UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Catherine Silver | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) Civil Action No. 05-0968 (JDB) |
| v. | )  (ECF) |
| | ) |
| Michael O. Leavitt | ) |
| Secretary of the United States Department of | ) |
| Health and Human Services | ) |
| | ) |
| Defendant. | ) |

PRAECIPE

Defendant respectfully request that the Clerk of the Court enter the appearance of Assistant United States Attorney Benton G. Peterson.

Respectfully submitted,

_____
Benton G. Peterson, Wis. Bar No. 1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7238
Benton.Peterson@usdoj.gov