UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Catherine Silver )<br>)<br>      Plaintiff )<br>)<br>      v. )<br>)<br>Michael O. Leavitt )<br>Secretary of the United States Department of )<br>Health and Human Services )<br>)<br>)<br>      Defendant. ) | Civil Action No. 05-0968 (JDB)<br>(ECF) |

**DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME TO
RESPOND TO COMPLAINT**

Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file an answer, or otherwise respond to Plaintiff's Complaint to August 1, 2005. Defendant's response is currently due on July 18, 2005.

This case seeks redress for Defendant's alleged unlawful denial of promotions based on Plaintiff's age. Complaint, pg. 5. Counsel for Defendant was out of the office for training at the National Advocacy Center from June 20 to July 5, 2005. Immediately, upon return from the National Advocacy Center, the undersigned was and continues to be assigned to assist in the taking of 20 depositions in the Moore v. Chertoff Civ. No.00-953 (RWR) matter though out the month of July. Defendant anticipates filing a dispositive motion in lieu of an answer, but Defendant will need additional time to consult with various agency counsel and to finalize the

motion. Further, this extension is sought in good faith and Plaintiff has consented to this extension of time.

WHEREFORE, based on the foregoing, Defendant respectfully requests an extension of time to and including August 1, 2005, to answer or otherwise respond to Plaintiff's Complaint.

Dated: July 14, 2005                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238