UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
Catherine Silver                       )
                                       )
            Plaintiff                  )
                                       )
                                       ) Civil Action No. 05-0968 (JDB)
      v.                               )  (ECF)
                                       )
Michael O. Leavitt                     )
Secretary of the United States Department of )
Health and Human Services              )
                                       )
                                       )
            Defendant.                 )
_____)

ORDER

This matter comes before the Court on the Defendant's First Motion For an Enlargement of Time. In consideration of the Motion, the entire record herein, and for good cause shown, it is on this ____day of _____, 2005, hereby:

ORDERED that the Defendants' First Motion For an Enlargement of Time is granted and Defendants have until and including August 1, 2005 to file a response to Plaintiff's complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:

**Joshua N. Burton**
HENRICHSEN SIEGEL, P.L.L.C.
5301 Wisconsin Avenue
Suite 570
Washington, DC 20015
(202) 966-6500
Fax: (202) 966-7464

Benton G. Peterson
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7238 (Tel)
(202) 514-8780 (Fax)