UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHERINE SILVER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action Number: 1:05CV0968(JDB) |
| | ) |
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) |
| | ) |
| Defendant. | ) |

UPON CONSIDERATION of Defendant's Motion to Dismiss, or In the Alternative for Summary Judgment, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this ____day of _____, 2005,

ORDERED, that Plaintiff's complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Benton G. Peterson
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530

Josh N. Burton
Henrichsen Siegel
5301 Wisconsin, D.C. 20015
Washington D.C. 20015