IN THE UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
1801 L STREET, N.W. SUITE 100
WASHINGTON, D.C. 20507

| | | |
|---|---|---|
| CATHERINE SILVER, | ) | |
| | ) | EEOC CASE NO. |
| Complainant, | ) | 100-2004-01035X |
| | ) | |
| v. | ) | AGENCY CASE NO. |
| | ) | ACF 013-03 |
| U.S. DEPARTMENT OF HEALTH | ) | |
| AND HUMAN SERVICES, | ) | Kurt C. Hodges |
| | ) | Administrative Judge |
| Agency. | ) | |

## NOTICE OF INTENT TO SUE

Now comes Complainant Catherine Silver, by and through her counsel, Henrichsen Siegel, PLLC, in compliance with Section 15(d) of the Age Discrimination in Employment Act of 1967, as amended, and notices the U.S. EEOC and the U.S. Department of Health and Human Services of her intent to file a complaint before the U.S. District Court for the District of Columbia.

Complainant, Catherine Silver, resides at 6001 Lucente Avenue, Suitland, Maryland 20746, phone number 301-735-4839; and is represented by Eric Siegel and Josh Burton, Henrichsen Siegel, PLLC, 5301 Wisconsin Avenue, Washington DC 20015, phone number 202-966-6500. The discrimination occurred at Respondent agency U.S. Department of Health and Human Services, Administration for Children and Families, Office of Grants Management, Division of Discretionary Grants, 370 L'Enfant Promenade, SW Washington, D.C. 20447. The discrimination, reported timely by Complainant, occurred on July 25, 2003, and has also re-occurred subsequently. Complainant has been denied promotion based upon her age.

Respectfully submitted,

_____
Josh N. Brewer
Nancy S. Brewer
Eric L. Siegel
Henrichsen Siegel, P.L.L.C.
5301 Wisconsin Avenue, Suite 570
Washington, D.C. 20015
Telephone: (202) 966-6500
Facsimile: (202) 966-7464
*Attorneys for Complainant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Complainant Catherine Silver's Notice of Intent to Sue was served by first-class mail, postage prepaid, and facsimile on this ___ day of March, 2005 on the following:

Alexandra Meighan
Attorney, Claims and Employment Law Branch
General Law Division
Office of the General Counsel
U.S. Department of Health and Human Services
330 Independence Avenue, S.W., Room 4760
Washington, D.C. 20201
Telephone: (202) 401-7446
Facsimile: (202) 619-2922

Josh N. Burton