

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W.
Suite 100
Washington, DC 20507
(202) 419-0710
TTY (202) 419-0702
FAX (202) 419-0701
1-800-669-4000

| | |
|---|---|
| Catherine Silver,<br>  Complainant,<br><br>                    v.<br><br>Secretary, Mike Leavitt,<br>U.S. Dept. Of Health & Human Services,<br>  Agency. | ) EEOC No. 100-2004-01035X<br>) Agency No. ACF 013-03<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Date:   May 13, 2005 |

### CLOSURE ORDER

Notice is hereby given that the above-captioned case is closed because the Complainant, through counsel, has withdrawn her request for a hearing. The Agency is **ORDERED** to issue a final decision within 60 days of receipt of this order in accordance with EEOC Regulations at 29 C.F.R. §1614.110(b).

This office will hold the report of investigation and the complaint file for 60 days, during which time the Agency may arrange for its retrieval. If we do not hear from the Agency within 60 days, we will destroy our copy of these materials. The Agency is directed to contact Kimberly Byrd, Hearings Clerk at (202) 419-0705 to retrieve the file.

It is so ORDERED.

Kurt C. Hodges
Administrative Judge
Telephone: (202) 419-0710
Facsimile: (202) 419-0701

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing **ORDER** within five (5) calendar days after the date it was sent *via* first class mail. I certify that on May 13, **2005**, the foregoing ORDER was sent *via* first class mail to the following:

David Shorts
EEO Manager
U.S. Dept. of H&HS
Office of the Secretary
Washington, D.C. 20201

Catherine Silver
6001 Lucente Ave.
Suitland, Maryland 20746

Nancy S. Brewer, Esq.
Henrichsen Siegel, P.L.L.C.
5301 Wisconsin Ave., Ste. 570
Washington, D.C. 20015

Alexandra Meighan, Esq.
Claims & Employment Law Branch
Office of the General Counsel
U.S. Dept. of Health & Human Services
330 Independence Ave., S.W., Rm. 4760
Washington, D.C. 20201

Kimberly Byrd
Hearings Clerk