IN THE UNITED STATES OF AMERICA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
1801 L STREET, N.W. SUITE 100
WASHINGTON, D.C. 20507

| | |
|---|---|
| CATHERINE SILVER, | ) |
| | ) EEOC CASE NO. |
| Complainant, | ) 100-2004-01035X |
| | ) |
| v. | ) AGENCY CASE NO. |
| | ) ACF 013-03 |
| U.S. DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, | ) Kurt C. Hodges |
| | ) Administrative Judge |
| Agency. | ) |

## WITHDRAWAL OF REQUEST FOR HEARING

Now comes Complainant Catherine Silver, by and through her counsel, Henrichsen Siegel, PLLC, withdrawing her request for hearing filed on June 30, 2004. Complainant chooses to proceed with a civil action, pursuant to 29 C.F.R. 1614.407 (b) and 29 C.F.R. 1614.201 (c) (1), having exhausted all administrative remedies under those provisions. Complainant previously provided a Notice of Intent to Sue, on or about March 29, 2005.

Respectfully submitted,

_[signature]_
Josh N. Brewer
Nancy S. Brewer
Eric L. Siegel
Henrichsen Siegel, P.L.L.C.
5301 Wisconsin Avenue, Suite 570
Washington, D.C. 20015
Telephone: (202) 966-6500
Facsimile: (202) 966-7464
*Attorneys for Complainant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Complainant Catherine Silver's Withdrawal of Request for Hearing was served by first-class mail, postage prepaid, and facsimile on this 2 day of May, 2005 on the following:

Alexandra Meighan
Attorney, Claims and Employment Law Branch
General Law Division
Office of the General Counsel
U.S. Department of Health and Human Services
330 Independence Avenue, S.W., Room 4760
Washington, D.C. 20201
Telephone: (202) 401-7446
Facsimile: (202) 619-2922

Administrative Judge Kurt Hodges
Washington Field Office
Equal Employment Opportunity Commission
1801 L. Street N.W. Suite 100
Washington, D.C. 20507

District Director
Washington Field Office
Equal Employment Opportunity Commission
1400 L Street N.W. Suite 200
Washington D.C. 20005

Nancy Brewer