

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Washington, D.C. 20201

JUL 14 2004

MEMORANDUM TO: Richard Bergeron
Acting Chief, General Law Division
Claims and Employment Law Branch, OGC

FROM            : EEO Manager
                  Office of the Secretary

SUBJECT         : EEOC Hearing – Catherine Silver (ACF-013-03)

Attached are copies of the correspondence file and Report of Investigation (ROI) in the above complaint. Please note our letter to the Equal Employment Opportunity Commission regarding the untimely request for a hearing.

As part of the ongoing resolution process, management representatives are encouraged to contact applicable management officials to explore all reasonable opportunities for resolution.

The EEO Office is responsible for procuring stenographic reporting services for hearings and depositions. However, please be mindful that additional costs could be incurred for untimely cancellations of these services. The Program Support Center, Division of Acquisition Management, SAS/DAM requires notification of cancellations two days prior to a scheduled hearing (or deposition) to prevent a penalty charge.

If you need additional information, please contact me or Christine Smith on 202.619.1564.

David Shorts

Attachments

cc: Curtis L. Coy
    Carol Carter Walker

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

JUL 14 2004

Washington, D.C. 20201

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Ms. Dana Hutter
Acting District Director
Equal Employment Opportunity Commission
1400 L Street, N.W., Suite 200
Washington, D.C. 20005

Re: Catherine Silver
Complaint Number: ACF-013-03
Date of Filing: November 19, 2003

Dear Ms. Hutter:

We are in receipt of Complainant's June 30, 2004 request for a hearing regarding the above complaint.

Please be advised that the agency's Report of Investigation (ROI), along with the notice that a hearing should be requested within thirty (30) calendar days, was mailed certified-return receipt requested to Complainant on April 13, 2004. Subsequently, on April 23, 2004, we received the return receipt, unsigned and undated. However, according to the regulations, documents are deemed to have been received within five (5) days from the date of mailing. Complainant's request for a hearing should have been postmarked by May 18, 2004. Therefore, her hearing request is more than a month late.

The entire file on the above discrimination complaint is enclosed for appointment of an Administrative Judge to conduct the hearing, if necessary.

As my office has responsibility for coordinating the hearing, it is imperative that we receive the scheduling notices, etc. **Please send a copy of all applicable correspondence pertaining to the hearing to:** David Shorts, EEO Manager, Office of the Secretary, Department of Health and Human Services, Room 510-B, Hubert H. Humphrey Building, 200 Independence Avenue, S.W., Washington, D.C. 20201 and to Richard Bergeron, Management Representative, Office of the General Counsel, Room 4760, Wilbur J. Cohen Building, 330 Independence Avenue, S.W., Washington, D.C. 20201.

At the conclusion of the hearing, the transcript, and the decision should be returned to:

    Ms. Evelyn M. White
    Principal Deputy Assistant Secretary for
     Administration and Management
    Room 309-F, Hubert H. Humphrey Building
    200 Independence Avenue, S.W.
    Washington, D.C. 20201

Page 2 - Catherine Silver (ACF-013-03)

If you need further information, please contact me or the hearing coordinator on 202.619.1564.

                Sincerely,

                *David Shorts*
                David Shorts
                EEO Manager
                Office of the Secretary

Enclosures

| | |
|---|---|
| <u>Catherine Silver</u> | <u>None</u> |
| Complainant | Representative |
| | |
| <u>Richard Bergeron</u> | 202.619.1433 |
| Management Representative | Telephone |
| | |
| <u>Christine Smith</u> | 202.619.1564 |
| Hearing Coordinator | Telephone |

cc: Catherine Silver
    Richard Bergeron
    Curtis L. Coy
    Carol Carter Walker