# INTERVIEW QUESTIONS
## (Scale 1-5)

Name *Beth Watzman*
Announcement No. _____
Grade Level *GS-9*

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

    Score __4__

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

    Score __3__

3) What is the difference between a grant and a contract?
    ...grant, contract and cooperative agreement?

    Score __3__

4) Describe the pre-award and post-award procedures used at your agency or organization.

    Score __4__

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

    Score __4__

Total Score __18__

*Good Candidate!*

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name  Beth Watzman
Announcement No.  ACF-03-008
Grade Level  9

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score  3

2) What is the extent of your knowledge of Federal regulations governing the administration of grants?  Give us some examples.

   Score  3

3) What is the difference between a grant and a contract?
   ...grant, contract and cooperative agreement?

   Score  3

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score  4

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year.  How are you at managing multiple activities at one time?  working under pressure?  Meeting tight deadlines?

   Score  4

Total Score  17

6 K

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name  Beth Watzman

Announcement No. _C_____

Grade Level  GS  09

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

    Score  4

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

    Score  3

3) What is the difference between a grant and a contract?
                        ...grant, contract and cooperative agreement?

    Score  2

4) Describe the pre-award and post-award procedures used at your agency or organization.

    Score  4

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

    Score  4

                                                            Total Score  18

Good Candidate

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name __Beth Watzman__
Announcement No. __ACF-03-008__
Grade Level __9__

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score __3__

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score __2__

3) What is the difference between a grant and a contract?
   ...grant, contract and cooperative agreement?

   Score __3__

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score __4__

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score __4__

Total Score __17__

NCI
grants mgmt Specialist
3 Dept. Courses

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name _Jennifer Richards_
Announcement No. _ACF 03-008_
Grade Level _9_

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score _4_

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score _5_

3) What is the difference between a grant and a contract?
   ...grant, contract and cooperative agreement?

   Score _5_

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score _4_

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score _5_

_Background in writing grants_
_Good knowledge of (3)_
_grants process_
_Good definition_

Total Score _23_

# INTERVIEW QUESTIONS
## (Scale 1-5)

**Name** _Jennifer Richards_
**Announcement No.** _____
**Grade Level** _GS-_ _____

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   _Grants Exp- Jefferson Colorado - HS Manager. Writing of continuation_
   Score _5_   _Grant Admstr. - Action Community Organization grants/Budgets._

2) What is the extent of your knowledge of Federal regulations governing the administration of grants?  Give us some examples.

   Score _5_

3) What is the difference between a grant and a contract?
                                        …grant, contract and cooperative agreement?

   Score _5_

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score _5_

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year.  How are you at managing multiple activities at one time?  working under pressure?  Meeting tight deadlines?

   Score _5_

   Total Score _25_

_1. continued: Nebraska Dept. of SS - Community Action Program grants administrator._
_Jennifer flew in from Denver, Colorado._
_Highly Qualified!!!   Hire_

# INTERVIEW QUESTIONS
## (Scale 1-5)

**Name** Jennifer Richards

**Announcement No.** _____

**Grade Level** GS-05

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score __5__

   *Fiscal Officer etc. responsibilities, grants & contracts, handles 209 and 27X*

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score __5__

   *Jefferson Co. HTS operates ma[ny] grants - one for PHP*

3) What is the difference between a grant and a contract? ...grant, contract and cooperative agreement?

   Score __5__

   *ok*

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score __5__

   *ok*

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score __5__

Total Score __25__

*Hire This one.*

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name _Jennifer Richards_
Announcement No. _ACF_
Grade Level _9_

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score _4_

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score _5_

3) What is the difference between a grant and a contract?   ...grant, contract and cooperative agreement?

   Score _5_

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score _5_

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score _5_

Total Score _24_

Fiscal Office
would like Application submission
and Financial Status Rept - draw downs 272
Grants Administrator
Excellent Candidate