DEPARTMENT OF HEALTH & HUMAN SERVICES                    Office of the Secretary

APR 13 2004                    Washington, D.C. 20201

CERTIFIED-RETURN RECEIPT REQUESTED

Ms. Catherine Silver
6001 Lucente Avenue
Suitland, Maryland 20746

Re: Complaint Number: ACF-013-03
Date of Filing: November 19, 2003

Dear Ms. Silver:

The purpose of this letter is to enclose, for your retention, the Report of Investigation
(ROI), with an investigative summary, regarding the above complaint, as required by 29
Code of Federal Regulations (CFR) Part 1614 (effective November 9, 1999).

The investigative summary states the issues and delineates the evidence addressing
both sides of each issue in the case. The summary also states the facts, as supported
by the ROI, sufficient to sustain a conclusion, without stating that conclusion.

At this time you have the right to request, within thirty (30) calendar days of receipt of
this letter, a final agency decision from the Department's Director, Equal Employment
Opportunity, or to request a hearing and decision from an EEOC Administrative Judge.

If you request a hearing, the request must be sent directly to EEOC, in writing, with a
copy to my office. The EEOC's address is as follows:

District Director
Washington Field Office
Equal Employment Opportunity Commission
1400 L Street, N.W., Suite 200
Washington, D.C. 20005

If you request a final agency decision from the Department's Director of EEO, please
submit your request, in writing, with a copy to my office, to:

Evelyn M. White
Principal Deputy Assistant Secretary
  for Administration and Management
Department of Health and Human Services
Room 309-F, Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

Page 2 - Catherine Silver (ACF-013-03)

If you do not make an election, you will receive a merit decision, without a hearing, based on the record.

If you request a hearing, you are expected to proceed without delay in presenting the complaint before the assigned EEOC Administrative Judge. You should also begin preparing a list of proposed witnesses with a summary of the testimony you believe each would present at the hearing. The Administrative Judge will request this list immediately after being assigned to the case.

You also should be prepared to discuss alternatives for resolving the complaint with the Administrative Judge. The failure to prosecute the complaint in a timely fashion may be grounds for the Administrative Judge to dismiss the case.

The ROI is not considered to be confidential, but we suggest that you share it only with persons assisting you with the complaint. All testimony in the file was taken under oath or affirmation. It is not necessary to contact individuals to have them reaffirm their statements. All participants in the complaints process are protected by law from restraint, interference, coercion, discrimination or reprisal.

You are advised of the need to exercise discretion with regard to use of the material in the ROI. Please note that Privacy Act restrictions against improper disclosure are binding on agency employees. The ROI will be used in any attempt to resolve the complaint and will be submitted to the EEOC if you request a hearing.

You have the right to amend your complaint with my office up to the time you request a hearing and decision from the EEOC. After requesting a hearing, you must file a motion to amend your complaint directly to the EEOC Administrative Judge.

If you decide not to pursue the complaint, please notify my office in writing immediately at the following address: Room 510-B, Hubert H. Humphrey Building, 200 Independence Avenue, S.W., Washington, D.C. 20201.

Sincerely,

David L. Shorts
Director, EEO Office
Office of the Secretary

Enclosure

DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the Secretary

Washington, D.C. 20201

APR 13 2004

MEMORANDUM TO: Curtis L. Coy
                        Deputy Assistant Secretary, OA, ACF

FROM            : Director, EEO Office
                  Office of the Secretary

SUBJECT         : Investigative Summary in the Discrimination Complaint of:
                  Catherine Silver (ACF-013-03)

Attached for your information is a copy of the investigative summary regarding the above complaint, as required by 29 CFR Part 1614 (effective November 9, 1999).

The investigative summary states the issues and delineates the evidence addressing both sides of each issue in the case. The investigative summary also states the facts, as supported by the Report of Investigation (ROI), sufficient to sustain a conclusion, without stating that conclusion.

As part of the ongoing resolution process, management officials are given an opportunity to review the investigative summary at the same time the ROI is forwarded to the Complainant. You are advised of the need to exercise discretion with regard to the use of this material. Please note that Privacy Act restrictions against improper disclosure are binding on agency employees.

The Complainant has thirty (30) calendar days to request a hearing and a decision by an EEOC Administrative Judge, or an immediate final agency decision issued by the Department's Director of EEO. If the Complainant does not respond within the 30-day period, a final agency decision will be issued, without a hearing, based on the record.

You will be notified if the Complainant requests a hearing. We encourage proposals to resolve the complaint at any time. If you have any questions, please contact me or Ann Garrett on 202.619.1564.

David L. Shorts

Attachment

cc: Carol Carter Walker, Acting Director, OGM w/attachment

# REPORT OF INVESTIGATION
## DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES

I.    Description of Complaint:

    a.    Name of Complainant and Case Number:

       Catherine Silver, ACF-013-03

    b.    Title and Grade of Complainant's Position:

       Grants Management Specialist, GS-9

    c.    Name and Location of Agency and Unit Involved in the Complaint:

       Administration for Children and Families
       Office of Administration
       Office of Grants Management
       Division of Discretionary Grants
       370 L'Enfant Promenade, SW
       Washington, D.C. 20447

    d.    Date of Alleged Discrimination:

       July 25, 2003

    e.    Kind of Discrimination Alleged:

       Age

    f.    Nature of Action, Decision or Conditions Giving Rise to the
       Complaint:

       Nonselection for Competitive Promotion

II. Description of Investigation:

    a.    Name of Investigator and Contract Firm

       William E. Ferry
       Martin-Miser Associates, Inc.

    b.    Dates of Investigation:

       January 5-March 8, 2004; intermittently

1

c.     Date Report of Investigations Submitted:

**APR 2 2004**

d.     Investigative Method Used:

On-Site Interviews

## III.   Description of Basis and Issue in Complaint:

On July 25, 2003, you learned that you were not selected for any of three vacancies for the position of Grants Management Specialist, GS-1101-9/11/12 announced under the Vacancy Announcement Number ACF-03-008 and located in the Division of Discretionary Grants. Office of Grants Management, Office of Administration. You applied for the position, were deemed qualified, made the best qualified list, but other employees not in your protected EEO group were selected[1].  Exhibit 3

## IV.   Background and Summary

The Complainant became a Federal employee in 1969.  In 1980 she joined ACF as a secretary.  From 1998 until February 2001 she served as a Program Specialist, GS-301-9, in the Office of Child Support Enforcement.  In February 2001 she signed a Career Opportunities Training Agreement (COTA) whereby she and the agency agreed that she would have a full year of training/experience to qualify for the targeted position of Grants Management Specialist, GS-1101-09.  She served as a Grants Management Specialist (COTA Trainee), GS-1101-9 from February 2001 until February 2002.

From May 24, 2002 until June 10, 2002, Vacancy Announcement Number ACF-02-037 was advertised for Grants Management Specialist, GS-11/12.  Initially, the Complainant was judged highly qualified, but later was told that she had to serve an additional 52 weeks after her COTA in order to qualify for the position.

From February 26, 2003 until March 28, 2003, Vacancy Announcement Number ACF-03-008 was advertised for Grants Management Specialist, GS-1101-9/11/12 within her division.  Initially, she was told that she was not qualified because she had not completed her COTA.  She consulted with Ms. Carol Carter Walker, Acting Director, Office of Grants Management.  Ms. Walker took action to have all the paperwork corrected to reflect that the Complainant completed her COTA in February 2002.  As a result of the corrections, the Complainant's name appeared on the selection certificate for the Grants Management Specialist at the GS-11 level. The selections were made at the GS-9 grade level.  Exhibit 13

---

[1] The investigation shows that only two positions were filled.

2

The Complainant alleges that around the time that Vacancy Announcement Number ACF-03-008 expired, Ms. Carol Carter Walker told her that it had been decided to fill the two vacancies at the GS-9 level. She maintained that she did not know and was not informed until after the fact that the two vacancies were filled at the GS-9 level. If she had known, she would have applied at the GS-9 level, even though she was a GS-9 already. The two vacancies were filled at the GS-9 level with two younger women. She alleged that on several occasions management indicated that they wanted younger women. In view of such statements and the selection of younger women, she alleged that she was not chosen because of her age, 63 (DOB-10/20/40). She noted that in February 2001, two young women, namely, Roni Brooks and Monique Weatherspoon, joined the Grants Management Division as Staff Assistants. Neither had Grants Management Specialist experience. They did not do Staff Assistant work, but rather started training as Grants Management Specialists. Presently, Roni Brooks is a Grants Management Specialist, GS-12, while Monique Weatherspoon is a GS-11. The Complainant remains at a GS-9 and has not been promoted. Exhibit 5

Ms. Daphne J. Weeden, Director, Division of Discretionary Grants, GS-15 (age 41, DOB-1/23/63), stated that when the selection certificates had been prepared by personnel and forwarded to her through Ms. Carol Carter-Walker, Acting Director, Office of Grants Management, she convened a panel of four Grants Management Officers in the district. They started interviews at the GS-9 level because the number of candidates was more numerous and they were interested in longevity for the positions. The Complainant was the only inside candidate. Ms. Weeden explained that the Complainant's COTA indicated that her targeted position was Grants Management Specialist at the GS-9 level. It was not a career ladder position. In 2002 the Complainant applied for a Grants Management Specialist position and by mistake was put on the certificate at the GS-11 level. The panel judged that she did not interview well. Exhibit 7

Ms. Weeden stated that for Vacancy Announcement Number ACF-03-008, the two selections were Ms. Jennifer Richards and Ms. Beth Watzman, both at the GS-9 level. Ms. Weeden agreed that the two comparisons named by the Complainant, Ms. Roni Brooks and Ms. Monique Weatherspoon, came into the division as Staff Assistants, but did Grants Management Specialist work. They became career ladder Grant Management Specialists and thus progressed to their present levels. She denied age discrimination in the non-selection of the Complainant. Exhibit 7

Ms. Carol Carter-Walker, Acting Director, Office of Grants Management and Deputy Director, Office of Administration (OA), GS-15, age 61, DOB-1/19/42, stated that as Deputy Director, OA, she was privy to and part of the discussions concerning the overall recruitment strategy for OA and ACF. The demographics of ACF indicated that more than half of its employees were eligible for retirement within five years. Moreover, ACF had a very strained administrative budget, most of which was used for salaries and benefits. Accordingly, ACF's recent strategy was to recruit staff at the lowest possible grade level to provide career opportunities to

3

attract new members and to use its limited budget resources wisely. In the case of Vacancy Announcement Number ACF-03-008, they decided to advertise at all levels, but to begin interviews first at the GS-9 level. Interviews would move to the GS-11 and GS-12 levels only if there were not enough qualified candidates for selection at the GS-9 level. Candidates who applied for more than one level were told that they would be interviewed only if they were willing to accept a position at the GS-9 level. Although she had no direct involvement in the selection process, she was familiar with the interview questions and the scores of the candidates. The selectees had superior educational credentials and experience at the state and/or federal levels as grants management specialists. Exhibit 8

Ms. Walker states that in 2002 the Complainant was considered at the GS-11 level and was evaluated as a poor candidate. She involved the Union. Thereafter, at the request of the Union, she received candid feedback from the then Division Director, Aleece Morgan, and Office Director, Dr. Maiso Bryant. There was an extensive debriefing during which the Complainant was informed that her assessment level was rated as poor. Ms. Walker believed that in the debriefing the Complainant was given specific guidance about how she might improve her competitiveness for future opportunities. At that time the Complainant was also informed in the presence of the Union that since her reassignment into the COTA had been non-competitive rather than competitive she was not eligible for non-competitive promotion to higher levels. Lastly, management was supposed to correct and clarify all of the paperwork surrounding the Complainant's COTA. In the spring of 2003, when the Complainant applied at the GS-11 level and was told that she was not eligible because she was still in a COTA position, Ms. Walker personally handled the correction and clarification of the COTA paperwork, thereby enabling the Complainant to be placed on the GS-11 selection certificate. Because management interviewed, evaluated and selected the needed candidates at the GS-9 level, neither the Complainant nor anyone else on the GS-11 or GS-12 was considered. She stated that there was no discrimination against the Complainant because of her age in the evaluation and selection of candidates for the positions. Exhibit 8

The Complainant was afforded the opportunity to offer a rebuttal but she declined the offer. Exhibit 7

Vacancy Announcement Number ACF-03-008 for two positions as Grant Management Specialist, GS-1101-9/1/12, in the Division of Discretionary Grants, OA, ACF, Washington D.C. was posted from 2/26/2003 until 3/28/2003. Duties included: (1) awarding and administering grant awards and providing technical assistance related to discretionary grants; (2) ensuring all grant applications comply with applicable program announcements and administrative and fiscal policies; (3) with advice of staff, negotiate the grant budget; (4) with advice, negotiate continuation and supplemental grant awards; (5) monitor grantees' operations to assure compliance with the award; (6) review, analyze, process and distribute financial performance, management and other required reports; (7) provide staff and/or senior officials with expert technical assistance; (8)

4

participate in project site visits to ensure grantees are meeting fiscal and compliance requirements.

Basic qualifications for the position:

GS-9 grade level: master's or equivalent degree or two years of higher education leading to such a degree or LL.B or JD., if related or one year of specialized experience in the field or related to the field that equipped the applicant with the necessary knowledge, skills and abilities (KSAs) to perform the position successfully.
GS-11 grade level: Ph.D. or equivalent doctoral degree or three years of higher level graduate education leading to such a degree or LL.M, if related or one year of specialized experience equivalent to the GS-9 level.
GS-12 grade level: one year of specialized experience that equipped the applicant with the necessary knowledge, skills and abilities necessary to perform the position successfully.  Such experience must be equivalent to the GS-11 level in Federal service.

Applicants were asked to submit their applications (resume and application questions) via QuickHire web site.  Exhibit 9

The Certificate of Eligibles at the GS-9 level contained 16 names.  The Certificate of Eligibles at the GS-11 level contained four names, the Complainant and another applicant, plus two applicants whose names also appeared on the GS-9 certificate. Exhibit 13

The Complainant's application shows the following:
Experience-
2/2001-present-Grants Management Specialist (COTA) Trainee/Grants Management Specialist, GS-1101-9.  She described her experience both as a COTA trainee level and as a Grants Management Specialist, GS-9 level;
1998-2/2001- Program Specialist, GS-301-9, Office of Child Support Enforcement, ACF;
1989-1998-Secretary, GS-318-7, Office of Public Affairs, ACF
Education-no information on formal education; she noted training in conjunction with her COTA.  Exhibit 10

A selectee at the GS-9 level was Jennifer Richards.  Her application shows the following:
Experience-
3/2002-present-Fiscal Officer, (General Professional III), Colorado Dept. of Public Health and Environment, Consumer Protection Division, Denver, CO;
7/2001-3/2002-Operations Manager, Jefferson County Head Start, Golden, CO;
3/2000-7/2001-Grants Administrator, Lincoln Action Program, Lincoln, NE;
1/2000-2/2000-Accounting Clerk II (temp. position), Nebraska Dept. of Administrative Services, Lincoln, NE;

5

11/1998-10/1999-Administrative Coordinator, Jefferson County Head Start, Golden, CO
8/1996-9/1997-Grants Administrator, Nebraska Dept. of Economic Development, Lincoln, NE;
4/1995-7/1996-Staff Assistant, same employer and location;
8/1993-3/1995-Secretary II, same employer and location;
8/1992-7/1993-Secretary I, same employer and same location.
**Education**
MA-Economics and Sociology, 1992;
BS-Economics and History, 1989.
She listed job-related training, skills and awards.  Exhibit 11.[2]

The application of the second selectee, also selected from the GS-9 certificate shows the following:
Experience-
9/1998-4/01-Receptionist/Administrative Assistant, Randstad, Rockville, MD;
8/95-7/97-Administrative Assistant. Council of Jewish Organizations of Flatbush, Brooklyn, NY;
4/1992-10/1994-Grants Management Specialist, GS-5 to 9, National Cancer Institute, Rockville, MD;
1/1991-4/1992-Administrative Clerk, GS-5, National Library of Medicine, Rockville, MD;
9/1990-1/1991-Clerk-typist, GS-4, same employer and same location.
**Education**
MS-Speech Language Pathology, 1989;
BS-Business Management, 1983.
She provided job-related training and awards.[3]  Exhibit 12

**V.     Survey of the General Environment**

The Office of Grants Management, under Acting Director, Carol Carter Walker, has two divisions, the Division of Discretionary Grants and the Division of Mandatory Grants.  Within the Division of Discretionary Grants, Ms. Daphne Weeden, the Director, has 14 employees.[4]  Exhibit 4

**VI.   Exhibit List**

1.  Notice of Right to File a Discrimination Complainant[5]

---

[2] The selectee's supervisor, Ms. Daphne Weeden, indicated that Ms. Richards' date of birth was March 3, 1967.  Accordingly, Ms. Richards was age 36 at the time of her selection.
[3] Her supervisor, Ms. Daphne Weeden, indicated that Ms. Watzman's date of birth was March 8, 1961. Accordingly, she was age 42 at the time of her selection.
[4] The ages of the employees were requested but not provided.
[5] The contractor was not provided with a copy of the entire EEO counselor's report, but only the attachments thereto.

2.  Notification of the Filing of a Formal Complaint of Discrimination by Complainant

3.  Acceptance Letter with Identification of Issue

4.  Organizational Chart and Employee Listing, Division of Discretionary Grants

5.  Affidavit of Complainant

6.  Investigator's Memo for the Record, Complainant's Rebuttal

7.  Affidavit of Daphne Weeden (age 41, DOB-1/23/63), Director, Division of Discretionary Grants, GS-15

8.  Affidavit of Carol Carter Walker (age 62, DOB-1/19/42). Acting Director, Office of Grants Management and Deputy Director, Office of Administration, GS-15

9.  Vacancy Announcement Number ACF-03-008 for Grants Management Specialist, GS-1101-9/11/12. Division of Discretionary Grants, ACF, Washington, DC - 2 vacancies

10.  Application of Complainant

11.  Application of Selectee, Jennifer Richards (age 37, DOB-3/3/67)

12.  Application of Selectee, Beth Watzman (age 43, DOB-3/8/61)

13.  Selection certificates at GS-9 and GS-11 levels, for Vacancy Announcement Number ACF-03-008; Investigator's Memo

14.  Questions used by the Interview Panel

15.  Position descriptions, Grants Management Specialist, GS-1101-9,11,12

16.  Complainant's Employee Performance Management Plan Rating, 2/1/02-12/31/02 and 3/1/01-12/31/01

17.  Complainant's Career Opportunities Training Agreement, 2/28/01-2/27/02, w/Atchs

18.  Investigator's Document Request and Memo of Explanation





DEPARTMENT OF HEALTH & HUMAN SERVICES

ADMINISTRATION FOR CHILDREN AND FAMILIES
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

NOV 1 9 2003

## NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

FROM:    EEO Counselor

SUBJECT:  Notice of Right to File a Discrimination Complaint

To: **Catherine Silver, ACF-013-03**

This is to inform you that, because the matter you brought to my attention has not been resolved by utilizing the Alternative Dispute Resolution (ADR) process, you are now entitled to file a discrimination complaint based on race, color, religion, sex, national origin, physical or mental handicap, age, and/or reprisal. If you file a complaint, it must be in writing, signed, and filed in person or by mail within (15) calendar days after receipt of this notice.

A discrimination complaint must be filed with the following agency official:

> David L. Shorts
> Director
> Equal Opportunity and Civil Rights Staff
> Department of Health and Human Services
> 6th Floor, Aerospace Building
> 370 L'Enfant Promenade, S.W.
> Washington, D.C.  20447

The Complaint must be specific and contain only those issues you discussed with me and raised in mediation. You must cite specific management actions which you believe were discriminatory and you must provide dates when those actions occurred. You must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board (MSPB) on the same matters.

If you retain an attorney or any other person to represent you, you or your representative must immediately notify the EEO Officer, in writing. You and/or your representative will receive a written acknowledgement of receipt of your discrimination complaint.

If you file a formal complaint with the agency, you are reminded of your responsibility to keep the agency informed of your current mailing address.

_Willie H. Sessoms_
Willie H. Sessoms
EEO Counselor

_Catherine Silver_
Complainant's Signature

EXHIBIT  1
PAGE 1 OF 1 PAGES

Exhibit

2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

**ADMINISTRATION FOR CHILDREN AND FAMILIES**
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

November 19, 2003

To:     David L. Shorts
        Director
        Equal Opportunity and Civil Rights Staff
        Department of Health and Human Services
        6th Floor, Aerospace Building
        370 L'Enfant Promenade, S.W.
        Washington, D.C. 20447

Subject:   Formal Compliant of Discrimination

This is to advise you that I would like to file a Formal Compliant of
Discrimination in that the Alternative Dispute Resolution Mediation process was
unsuccessful in resolving my issues and concerns regarding non selection to a GS-
11, Grants Management Specialist position.  I will sign a hard copy of this e-mail
and deliver it to your office to make this an official request.

Sincerely yours,

Catherine Silver

Cc: Willie H. Sessoms
     EEO Counselor

EXHIBIT ___2___
PAGE _1_ OF _1_ PAGES





DEPARTMENT OF HEA   & HUMAN SERVICES

**ADMINISTRATION FOR CHILDREN AND FAMILIES**
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

NOV 6 3

## CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Ms. Catherine Silver
6001 Lucente Avenue
Suitland, Maryland 20746                Re: ACF-013-03
                                        DOF: 11-19-03

Dear Ms. Silver:

The purpose of this letter is to acknowledge receipt and acceptance of your formal complaint of discrimination filed against the Administration for Children and Families (ACF), U.S. Department of Health and Human Services on November 19, 2003.

In your complaint, you alleged that you were discriminated against based on your age (63) when:

> On July 25, 2003 you learned that you were not selected for either of three vacancies for the position of Grants Management Specialist, GS-1101-9/11/12 announced under Vacancy Announcement Number ACF-03-008 and located in the Division of Discretionary Grants, Office of Grants Management, Office of Administration. You applied for the position, was deemed qualified, made the best qualified list, but other employees not in your protected EEO group were selected.

This complaint is being processed pursuant to the provisions of Title 29 Code of Federal Regulations, Section 1614. Under section 1614.106(d), you may amend your formal complaint with issues or claims that are "like or related" to the original complaint prior to the conclusion of the investigation without the need for additional counseling. You may also seek amendment of the complaint after you have requested a hearing by filing a motion with the Administrative Judge to include claims that are like or related to those raised in the complaint pending before the Commission. ACF will acknowledge in writing, any written amendments filed. The regulations require that the investigation be completed by the 180th day after the filing date of the complaint, or the 180th day after the filing date of the last amendment to the original complaint, or the 360th day from the filing date of the original complaint, whichever is earlier.

If you elect not to seek an amendment of a pending complaint before the EEOC, and so inform the agency, the administrative processing of your complaint will continue. An EEO

EXHIBIT 3
PAGE _1_ OF _4_ PAGES

Page - 2 – Ms. Silver

Investigator will contact you when the investigation of this complaint begins. You should present to the investigator all information you wish considered and the names of any witnesses you believe should be contacted. You must cooperate with the investigator assigned. Failure to do so may result in the dismissal of the complaint.

At the conclusion of the investigation, you will receive a copy of the Report of Investigation (ROI). Within 30 days of receipt of the ROI, you have the right to request a hearing and a decision from an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ), or request a final agency decision based upon the ROI.

Unless you have submitted an amendment or agreed in writing to extend the applicable time period, you have the right to request a hearing and a final decision from EEOC or an immediate final decision from the Department, if the investigation has not been completed within 180 days of the filing of the complaint. Should you elect a hearing, the hearing request must be transmitted to:

> **Ms. Tulio L. Diaz**
> **District Director**
> **Equal Employment**
>   **Opportunity Commission**
> **1400 L Street, N.W., Suite 200**
> **Washington, D.C. 20005**

Further, in the absence of a complaint amendment or agreed upon extension, you have the right to file a civil action within 180 days from the date of filing an individual or class complaint if no appeal has been filed or final action taken.

If you wish to amend your complaint after you have requested a hearing, you must file a motion to amend your complaint directly with the AJ assigned to hear the case.

Appropriate ACF management officials will be advised of the acceptance of this complaint and will be asked to provide onsite assistance to the investigator. In addition, the Servicing Personnel Office for ACF is being asked to preserve all existing records relevant to your complaint until final adjudication occurs.

3.2

Page – 3 – Ms. Silver

Enclosed is a notice that provides important information concerning the investigation of your complaint. Please read this notice carefully. Inquiries regarding the status of your complaint should be directed to Mr. Willie Sessoms on (202) 401-1448.

FOR THE DEPARTMENT:

Sincerely,

*David Shorts*

David L. Shorts
Director
Equal Employment Opportunity
   and Civil Rights Staff

Enclosure

cc:    Curtis L. Coy, Deputy Assistant Secretary, OA
       Carol Carter Walker, Acting Director, OGM
       Antonia Harris, PSC Personnel Officer
       Carlos O'Kieffe
       Bonita White
       Complaint File

3.3

## NOTICE REGARDING DISCRIMINATION COMPLAINT INVESTIGATIONS

An EEO Investigator will be assigned to collect the facts that pertain to your complaint. You will be contacted shortly by the Investigator to obtain his/her statement concerning their allegation(s) and legible copies of any pertinent documents in your possession that you feel have relevancy to the complaint. If there are persons whom you believe can provide information concerning your allegations, you should have available their full name, position, office location and telephone number, as well as a summary of the information which they are expected to provide. The EEO Investigator will determine who will be interviewed and what documentation is necessary to complete the investigation.

Your statement and that of witnesses may be obtained under oath or affirmation without a pledge of confidentiality. Alternatively, a written statement may be obtained under penalty of perjury. You have the right to be represented during your testimony; however, your attorney/representative may neither direct the course of the investigation, nor be present during the interviews of other witnesses.

Your disclosure of information is voluntary; however, failure to provide requested information may result in a recommendation that your client's complaint be dismissed. In this regard, you are responsible for prosecution of your complaint. Your attorney is authorized to act in your behalf; however, any failure to do so will be imputed to you and not your attorney.

The information contained in a discrimination complaint is neither anonymous nor confidential, therefore, it is available to any person having a need to know its contents and may be used for program analysis, review, evaluation and statistics. However, if there is a need to disclose information from the complaint file for reasons other than those cited above, or as stated in the Privacy Act of 1974, your prior consent will be requested.

EXHIBIT 3
PAGE 4 OF 4 PAGES

Exhibit

4

**ACF Intranet**    **OFFICE OF THE DEPUTY ASSISTANT SECRETARY FOR ADMINISTRATION**

## Administration for Children and Families
## Office of the Deputy Assistant Secretary
## for Administration



May 16, 2003

EXHIBIT 4

PAGE 1 OF 3 PAGES

# OFFICE OF GRANTS MANAGEMENT
# END OF YEAR
## COMPENSATORY TIME

### PAY PERIOD 21

| Name | Grade | Hourly Rate | | 09/21 | 09/22 | 09/23 | 09/24 | 09/25 | 09/26 | 09/27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **IMMEDIATE OFFICE** | | | | | | | | | | | |
| **Carol Carter Walker** | 15/1 | $ | | | | | | | | | |
| Lisa Dammar | 11/1 | $ | | | | | | | | | |
| Janean Chambers | 7/1 | $ | | | | | | | | | |
| Carey Roberts | 11/1 | $ | | | | | | | | | |
| **DDG** | | | | | | | | | | | |
| **Daphne Weeden, GMO** | 15/1 | $ | | | | | | | | | |
| **Joanne Moore, GMO** | 14/5 | $ | | | | | | | | | |
| Allison Brooks | 9/1 | $ | | | | | | | | | |
| Roni Brooks | 12/1 | $ | | | | | | | | | |
| Antoinette Carter | 12/4 | $ | | | | | | | | | |
| Lillian Cash | 13/5 | $ | | | | | | | | | |
| ~~Charles Cherry~~ | ~~7/7~~ | ~~$~~ | | | | | | | | | |
| Vongie Colbert | 13/3 | $ | | | | | | | | | |
| Darlene Langston | 11/4 | $ | | | | | | | | | |
| Twanna Nickens | 12/3 | $ | | | | | | | | | |
| Jennifer Richards | 9/1 | $ | | | | | | | | | |
| Catherine Silver | 9/7 | $ | | | | | | | | | |
| ~~Shirley Tyson~~ | ~~12/7~~ | ~~$~~ | | | | | | | | | |
| Margarite Valladares | 13/3 | $ | | | | | | | | | |
| Beth Watzman | 9/1 | $ | | | | | | | | | |
| Monique Weatherspoon | 11/1 | $ | | | | | | | | | |
| Barbara Ziegler-Johnson | 13/4 | $ | | | | | | | | | |
| | | | | | | | | | | | |
| **Lois Hodge, GMO** | 14/6 | $ | | | | | | | | | |
| Cathy Alvarez Chapman | 13/1 | $ | | | | | | | | | |
| Delores Dickenson | 13/1 | $ | | | | | | | | | |
| Mary Douglas | 7/9 | $ | | | | | | | | | |
| Doris Richardson | 13/1 | $ | | | | | | | | | |
| Rasheda Stevenson | 11/1 | $ | | | | | | | | | |
| Carolyn Williams | 11/1 | $ | | | | | | | | | |
| | | | | | | | | | | | |
| **Sylvia Johnson, GMO** | 14/1 | $ | | | | | | | | | |
| LaSandra Brown | 13/9 | $ | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Theresa Epps | 11/1 | $ | | | | | | | | | | |
| Ruthenia Hopkins | 13/1 | $ | | | | | | | | | | |
| Lydia Pilgrim | 9/5 | $ | | | | | | | | | | |
| Stephanie Williams | 12/1 | $ | | | | | | | | | | |
| | | | | | | | | | | | | |
| **William Wilson, GMO** | 14/7 | $ | | | | | | | | | | |
| Carmen Byrd | 13/1 | $ | | | | | | | | | | |
| Tim Chappelle | 13/1 | $ | | | | | | | | | | |
| Vernell Revell | 13/1 | $ | | | | | | | | | | |
| Ben Sharp | 13/1 | $ | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Totals** | | | | | | | | | | | 0 | |

EXHIBIT 4
PAGE 3 OF 3 PAGES



5

# Affidavit

District of Columbia )

<u>I, Catherine Silver, Grants Management Specialist</u>
<u>GS-9</u>
at                            (Title and grade)
Division of Discretionary Grants
Office of Grants Management
Office of Administration
Administration for Children and Families
901 "D" Street, SW
Washington, DC _____hereby solemnly swear as follows:

Work history-I became a Federal employee in 1969.    I joined HHS in
1979 and became a secretary in ACF in 1980.  From 1998 until February
2001, I was a Program Specialist, GS-301-9, in the Office of Child
Support Enforcement.   In February 2001 I joined ACF-Division of
Grants Management under the Career Opportunities Training Program
(COTA).   Lillian Cash, Senior Grants Management Specialist
volunteered to serve as my mentor, but Maiso Bryant said "no". Maiso
Bryant, Director, Office of Grants Management and Alece Morgan,
Grants Officer and Team Leader assigned Barbara Ziegler Johnson,
Grants Management Specialist to work with me as my mentor.  After I
received a few assignments from Barbara Ziegler Johnson, she said "she
did not want to continue to work with me as my mentor."  Yet Barbara
Ziegler Johnson agreed to mentor several other Grants Management

Page 1 of 5 pages                    Affiant's initials _C.S._



EXHIBIT  5
PAGE  1  OF  5  PAGES

Specialist. As a result from February 2001 until February 2002, I served as a Grants Management Specialist (COTA Trainee),   GS-1101-9.  For more than 2-1/2 years.  Maiso Bryant, Director and Alece Morgan, Grants Officer and Team Leader refused to sign my COTA papers.  I tried to schedule appointments  to talk about my COTA and a lack of having a Mentor with Maiso Bryant, Director and Alece Morgan, Grants Officer and Team Leader to discuss my COTA and they refuse to meet and did not want to discuss it with me, even though I had assumed the duties of Grants Management Specialist. My Career Opportunities Training Agreement Projected Completion Date: 2/27/2002. The objective of the training is to provide a systematic learning experience consisting of formal classroom training, on the job training, and self development activities to provide the trainee with a comprehensive background to successfully perform in the target position...which was signed by Maiso L. Bryant, Harold Staten, Darryl L. Summers, ACF Personnel.. 3/2/2001. Even though I assumed the full duties of a Grants Management Specialist, GS-1101-9  i.e., grants management work assignments, grantee conferences meeting with grantees, attending Panel Reviewers conferences and etc., in  February 2002; for approximately two (2) years Maiso Bryant, Director Division of Grants Management and Alece

Page 2 of 5 pages                              Affiant's initials  _C.J._

5.2

Morgan, Grants Officer and Director, Division of Grants Management;
"refused to meet" with me to discuss the COTA and "refused complete
my COTA Agreement".

May 24, 2002 to June 10, 2002, Vacancy Announcement ACF-02-037 was
advertised for a Grants Management Specialist, GS-11/12.  Initially, I was
judged highly qualified, but was told later I had to serve an additional 52
weeks after my COTA, in order to be eligible for a Grants Management
position  because Maiso Bryant did not sign the COTA. After a total of
two (2) years, again, younger people were chosen for the vacancies.
Vacancy Announcement ACF-03-008 for Grants Management Specialist,
GS-1101-9/11/12 was advertised from February 26, 2003 until March 28,
2003.  I applied at the GS-11/12 levels.  Initially, I was notified that I was
not qualified because I had not completed my COTA (Career
Opportunities Training Agreement).  However, Personnel later indicated
"I was highly qualified to be promoted."  I consulted with Ms. Carol
Carter Walker, Acting Director, Office of Grants Management, and she
took action to have all paperwork corrected and reflect that I had
completed my COTA in February 2002.  GS-09 grants management
specialist position effective February 28, 2002 which was signed by Carol

Affiant's initials *C. d.*

5.3

Carter Walker June 3, 2003 (SEE ATTACHMENT ACTIVITIES FOR THE RECORD) – Carol Carter Walker assumed Maiso Bryant's position and later amended and corrected my Career Opportunities Training Agreement stating this document should be used to 'graduate' Ms. Silver from her GS-9 grants management specialist (COTA) position to the full performance) of Daily Activities)

1. e.g. of Carol's e-mail , As a result of the corrections, my name appeared on the selection of certification for the Grants Management Specialist at the GS-11 level.  Around the time that the vacancy announcement expired, Ms. Walker told me that it had been decided to fill the vacancies at the GS-9 level.  I did not know, nor was I informed until after the fact that the two (2) vacancies were being filed at the GS-9 level.  If I had known, I would have applied for the GS-9 Grants Management Specialist position even though I am already a grade nine (9). The two vacancies were filled by younger women chosen at the GS-9 level.  Since it was mentioned on several occasions management indicated they wanted younger women.   Therefore, I believe that I was not chosen, because of age, 63 (10-20-40.)  I want to mention that back in February 2001, two (2) weeks after I began my COTA, two young women, namely Roni Brooks and Monique Weatherspoon, joined Grants Management Division as Staff Assistants.  They did not do Staff Assistants work a all, they started training as Grants Management Specialist. Presently, they have been promoted two grade levels GS-12 and GS-11, respectively and I have not been promoted in (3) three years I have

Page 4 of 5 pages                              Affiant's initials *CS.*

5.4

been in the Division of Grants Management. Roni Brooks (Lillian Cash, Mentor and then Barbara Z. Johnson, Mentor) and Monique Weatherspoon had Mentors assigned, and they were promoted after the first year in the Division of Grants Management. Neither one had prior experience of any kind regarding (Discretionary Grants, etc.) I have read the above statement, consisting of 5 pages. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I further understand the information given is not confidential and may be shown to the interested parties.

_Catherine Silver_
Signature of Affiant

Dated this _24_ day of February 2004

EXHIBIT    5
PAGE 5 OF 5 PAGES

Exhibit 6

# MEMORANDUM

February 27, 2004

To: File
From: William E. Ferry, Contract EEO Investigator
Subject: Complainant's Rebuttal

Upon receiving the Complainant's affidavit on February 24, 2004, I called her and inquired about her intention to provide a rebuttal. She said that she needed time to do so. I told her that when I had faxed them to her a week earlier, I told her that I needed the rebuttals (if she chose to do them) along with her finalized affidavit that I had faxed to her for review on January 29, 2004. I gave her another three days. When I called her today, she said that she would not provide one at this time, since everything seemed to be going against her.

EXHIBIT 6
PAGE 1 OF 1 PAGES



# Affidavit

District of Columbia )

I, Daphne J. Weeden, Director
      GS-15 , DoB 1/23/63 *
at           (Title and grade)
Division of Discretionary Grants
Office of Grants Management
Office of Administration
Administration for Children and Families
901 "D" Street, SW
Washington, DC               hereby solemnly swear as follows:


1.  Work history-I have 23 years of Federal Service.  In August 1990, I joined ACF as a

Grants Management Specialist, GS-12.  In 1999, I was promoted to the position of Grants

Policy Specialist. GS-13.   In 2000, I became the lead Grants Management Specialist,

GS-14.  In May 2003, I became Acting Director of this division and in September 2003, I

entered my present position.

2.   Vacancy Announcement ACF-03-008 for Grants Management Specialist,

GS-1101-9/11/12 was advertised from February 26, 2003 until March 28, 2003. When the

selection certificates were created by personnel and given to Ms. Carol Carter Walker and

then to me, I convened a panel of four grants management officers in the district.  We

started interviews at the GS-9 level, because the number of candidates were more

numerous and we were interested in longevity for the positions.  The Complainant was the

only inside candidate. The Complainant's COTA indicated that her targeted position was a

Grants Management Specialist  at the GS-9 level.  It was not a career ladder position.

Page 1 of 2 pages                Affiant's initials DJW

* authorized by witness to insert DoB on affidavit TWR

The two comparisons named by the Complainant, namely, Roni Brooks and Monique Weatherspoon, came into the division as staff assistants, but did Grants Management Specialist work. They became career ladder Grants Management Specialists and thus progressed to their present levels. I might add that the Complainant applied for a Grants Management Specialist position in 2002 and by mistake was put on the certificate at the GS-11 level. The panel judged that she did not interview well. The two selectees for the vacancy announcement ACF-03-008 were Jennifer Richards and Beth Watzman at the GS-9 level. Two other positions were filled off the same GS-9 certificate for Grants Policy Specialists. Our division had nothing to do with those selections.

3. Age discrimination-There was no discrimination against the Complainant because of her age in the selection of the candidates.

I have read the above statement, consisting of two pages. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I further understand the information given is not confidential and may be shown to the interested parties.

_____
Signature of Affiant

Dated this __ day of January 2004

EXHIBIT 7
PAGE 2 OF 2 PAGES



# Affidavit

District of Columbia

I, Carol Carter Walker, Acting Director, Office of Grants Management and Deputy Director, Office of Administration, GS-15, DOB - 1/19/42 *

at

Office of Grants Management
Office of Administration
Administration for Children and Families
Department of Health and Human Services
370 L'Enfant Promenade, SW
Washington, DC 20447

hereby solemnly affirm as follows:

1.      Work History.  I have 37 years of Federal Service.  I joined the Administration for Children and Families (ACF) in September, 1992, and in October, 2002, became Deputy Director, Office of Administration (OA).  In April 2003, I was given the addition role of Acting Director, Office of Grants Management (OGM).

2.      Vacancy Announcement ACF-03-008 for Grants Management Specialist, ACF, OA, OGM, Division of Discretionary Grants, GS-1101-09/11/12 was advertised from February 26, 2003 until March 28, 2003.  When the selection certificates were generated by the Program Support Center's Human Resource Service, they were sent to the OA Executive Officer, and subsequently to me as Acting Director, OGM.  I, in turn, turned them over to the then Acting Director, Division of Discretionary Grants, to form a panel of OA managers to interview, evaluate and make recommendations for selections of candidates.

As Deputy Director, OA, I was privy to and part of the discussions concerning OA's and ACF's overall recruitment strategy.  The demographics of ACF indicate that more than half of its employees are eligible for retirement within five years.  Further, ACF has had a very strained administrative budget, most of which is used to pay salaries and benefits.  Accordingly, ACF's recent strategy has been to recruit staff at the lowest possible grade level to provide career opportunities that would attract new members to the workforce and to use its limited administrative budget resources wisely.  In the instant situation, the decision was made to recruit at all grade levels, but to interview first all of the GS-09 candidates and to move to the GS-11 and then the GS-12 levels for consideration only if there were not enough qualified candidates for selection at the GS-09 level.  In fact, candidates who had applied for more than one level for the position were told when called to be scheduled for an interview that ACF was only interviewing at the GS-09 level and that they should schedule an interview only if they would accept the position at the GS-09 level, even if they were eligible for consideration at the higher grade level(s).

* authorized by witness to insert DoB on affidavit TCW

EXHIBIT 8
PAGE 1 OF 3 PAGES    1 CCW

I had no direct involvement with the actual assessment process. However I was familiar with the questions and the scores of the candidates and felt confident that the panel yielded the best candidates for the position. The selectees had superior educational credentials and experience at the state and/or federal levels as grants management specialists.

When this position was previously advertised in 2002, the Complainant was considered at the GS-11 level and was evaluated as a poor candidate for the position. She involved the Union informally in understanding her non-selection and received candid feedback from the then Division Director, Alece Morgan, and Office Director, Dr. Maiso Bryant, at the behest of the Union. There was an extensive debriefing during which the Complainant was informed candidly of her poor assessment level during the 2002 process. I believe that debriefing also included specific guidance about how the Complainant might improve her competitiveness for future opportunities.

When this position was previously advertised in 2002, it came to light that the Complainant's supervisor had not completed and forwarded the paperwork that should have shown that the complainant had completed all of the work under her Career Opportunities Training Agreement (COTA) and was thus no longer a GS-09 Grants Management Specialist ( COTA Trainee). Further, because of some further inconsistencies in some of the COTA paperwork, the complainant was under the impression that once she had completed the COTA agreement, she was then eligible for non-competitive promotion to the GS-11 level of the grants management specialist position. During the course of her debriefing with the Union present, she was informed, that since her reassignment into the COTA program had been non-competitive, rather than competitive, she was not eligible for non-competitive promotion to higher levels of the position. Further, management was supposed to correct and clarify all of the paperwork surrounding the complainant's COTA.

In 2003 when the instant position was advertised, the complainant applied at the GS-11 level and was initially told that she was not eligible for consideration for the vacancy because she was still in a COTA position. When I became aware that her former managers had not corrected and clarified her paperwork as they should have in 2002, I personally handled the corrections and clarification of the paperwork. These corrections/clarifications resulted in the complainant's name being added to the selection certificate for the GS-11 level of the position. Because management interviewed, evaluated and selected all of the needed candidates at the GS-09 level, neither Ms. Silver nor any other candidate on the GS-11 or GS-12 selection certificate was considered.

3.    Age Discrimination. There was no discrimination against the Complainant because of her age in the evaluation and selections of candidates for the subject position.

I have read the above statement consisting of three pages.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.  If further understand that the information given is not confidential and may be shown to the interested parties.

Signature of Affiant

*Carol Carter Walker*
Carol Carter Walker

Dated this 14th day of February, 2004.

EXHIBIT 8
PAGE 3 OF 3 PAGES



# Vacancy Information



| | |
|---|---|
| **Announcement Number:** | **ACF-03-008** |
| **Vacancy Description:** | **Grants Management Specialist GS-1101-9 / 11 / 12** |
| **Open Period:** | **02/26/2003 - 03/28/2003** |
| **Series/Grade:** | **GS-1101-09/12** |
| **Salary:** | **$39,597.00 TO $74,648.00** |
| **Promotion Potential:** | **GS-12** |
| **Hiring Agency:** | **Administration for Children and Families** |
| **Duty Locations:** | **2 vacancies in Washington, DC** |
| **Remarks:** | **APPLICATIONS (RESUME AND APPLICATION QUESTIONS) MUST BE RECEIVED ON-LINE VIA THE QUICKHIRE WEB SITE BEFORE MIDNIGHT EASTERN TIME ON THE CLOSING DATE OF THIS ANNOUNCEMENT.PLEASE SEE BELOW FOR DETAILS ON USING THE QUICKHIRE SYSTEM. THE QUICKHIRE WEBSITE CAN BE ACCESSED AT: https://jobs.quickhire.com/scripts/psc.exe** |
| **For more information, Contact:** | **QuickHire Helpdesk, 301-443-6163 quickquestions@psc.gov** |

## Additional Information

*Salary range listed above includes locality pay*

```
Appointment Type:Permanent
Work Schedule:Full Time
Tenure:Career/Career-Conditional
Relocation Expense:No
Recruitment Bonus: No
Supervisory/Managerial Position: No
Bargaining Unit Position: Yes
Competitive Status Required: No
Merit Promotion Position: Yes
```

EXHIBIT __9__
PAGE __1__ OF __6__ PAGES

Travel Required: Yes

ORGANIZATIONAL LOCATION:

Department of Health and Human Services (HHS), Administration for Children and Families (ACF), Office of the Deputy Assistant Secretary for Administration, Office of Grants Management, Division of Discretionary Grants, Washington, DC

AREA OF CONSIDERATION

All Sources - Open to the Public

DUTIES AND RESPONSIBILITIES:

If selected for this position you will be responsible for awarding and administering grant awards and providing technical assistance related to discretionary grants.  You will ensure that all grant applications comply with applicable program announcements and administrative and fiscal policies.  With the advice of the appropriate program staff, you will negotiate the grant budget in assigned areas and/or make recommendations to Specialists.  You will negotiate the amount of continuation and supplemental grant awards with advice and recommendations from the responsible project staff member.  You will monitor grantees' continuing operations to assure compliance with the terms and conditions of the grant award.  You will review, analyze, process and distribute financial, performance, management and other required reports for the management of grants.  You will provide program staff and/or senior officials with expert technical assistance, including the interpretation and application of grants laws, regulations, policies and procedures in assigned areas.  You will participate in project site visits with program staff to ensure grantees are meeting fiscal and compliance requirements.

BASIC QUALIFICATIONS:

GS-9:
Master's or equivalent graduate degree
OR
2 full years of progressively higher level graduate education
leading to such a degree
OR
LL.B. or J.D., if related
OR
You must have one year of specialized experience that has equipped you with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled.  To be creditable, specialized experience must have been equivalent to at least the GS-7 grade level in the Federal Government.

GS-11:
Ph.D. or equivalent doctoral degree
OR
3 full years of progressively higher level graduate education leading to such a degree
OR
LL.M., if related
OR
You must have one year of specialized experience that has equipped you with the particular knowledge, skills, and abilities to perform successfully the

9.2

duties of the position, and that is typically in or related to the work of the position to be filled. To be creditable, specialized experience must have been equivalent to at least the GS-9 grade level in the Federal Government.

Graduate education must be directly related to the duties of the position.
Equivalent combinations of education and experience are qualifying at the GS-9 & GS-11 levels.

.·GS-12:
You must have one year of specialized experience that has equipped you with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled. To be creditable, specialized experience must have been equivalent to at least the GS-11 grade level in the Federal Government.

Questions regarding this announcement should be referred to:
QuickHire Help Desk
Telephone (301)-443-6163
quickquestions@psc.gov
Hours of operation: Monday through Friday 7:30AM to 4:00PM EST

HOW TO APPLY:

Applications (resume and application questions) for this vacancy MUST be received on-line via the QuickHire web site before midnight Eastern Time on the closing date of this announcement.

If you fail to submit a COMPLETE online resume, you WILL NOT be considered for this position. Paper applications WILL NOT be accepted and requests for extensions WILL NOT be granted. If applying online poses a hardship to any applicant, the QuickHire Help Desk listed on the announcement will provide assistance to ensure that applications are submitted online by the closing date. If applicants·have a problem applying online, they must contact the QuickHire Help Desk PRIOR TO THE CLOSING DATE to speak to someone who can provide assistance for online submission. **QuickHire Help Desk Hours of operation: Monday through Friday 7:30AM to 4:00PM EST.**

NOTE: Your answers to questions in your online application will be verified against information you provide on your application and/or by reference checks. The level of education, experience, and/or training you claim must be supported in your application. Falsifying your background, education, and/or experience is cause for not hiring you or for barring you from Federal employment. A complete resume in your online application is mandatory for consideration.

See the instructions for using QuickHire, located at the end of this announcement for further information.

The PSC QuickHire web site can be accessed at:
https://jobs.quickhire.com/scripts/psc.exe

DOCUMENTATION:

NOTICE OF PERSONNEL ACTIONS (STANDARD FORM 50): All status applicants MUST submit a copy of their Standard Form 50 verifying current grade promotion, reinstatement eligibility or Highest federal civilian grade.

9.3

Case 1:05-cv-00968-JDB    Document 4-11    Filed 08/01/2005    Page 43 of 143

*SF 50's must be submitted via fax by the closing date of this vacancy. Fax Standard Form 50's to the attention of QuickHire HelpDesk at 301-480-3864. Please include the vacancy announcement number on the fax cover sheet.  DO NOT FAX APPLICATIONS*

VETERANS PREFERENCE:  If claiming 5-points veterans preference, you must submit copy #4 of your DD-214. If claiming 10-points veterans preference on the basis of receiving a Purple Heart, you must submit copy #4 of your DD-214.  If claiming 10-points veterans preference on the basis of a disability, you must submit copy #4 of your DD-214 and appropriate documentation from the military service or the Department of Veterans Affairs dated within 12 months of the application. If claiming 10-points Derived Preference, you must submit appropriate documentation from the military service or the Department of Veterans Affairs dated within 12 months.  Also submit an Application for 10-points Veterans Preference (SF-15). Failure to provide appropriate documentation will result in denial of requested veterans preference.

*All supporting veteran's preference documentation must be submitted via fax by the closing date of this vacancy. Fax supporting documentation to the attention of QuickHire HelpDesk at 301-480-3864. Please include the vacancy announcement number on the fax cover sheet.  DO NOT FAX APPLICATIONS*


<u>INDIVIDUALS WITH DISABILITIES, DISABLED AND VIETNAM ERA VETERANS, AND GULF WAR AND RECIPIENTS OF EXPEDITIONARY MEDALS(S)</u>
http://career.psc.gov/chpublic/vetpsc.htm

**PRIORITY SELECTION:**

DEPARTMENT OF HEALTH AND HUMAN SERVICES SURPLUS OR DISPLACED EMPLOYEES REQUESTING SPECIAL SELECTION PRIORITY CONSIDERATION

> If you are currently a DHHS employee who has received a Reduction in Force (RIF) separation notice or a Certification of Expected Separation (CES), you may be entitled to special priority selection under the DHHS Career Transition Assistance Program (CTAP).

<u>(click here for CTAP qualifications:</u>
<u>http://career.psc.gov/chpublic/ctap.html)</u>


DISPLACED EMPLOYEES REQUESTING SPECIAL SELECTION PRIORITY CONSIDERATION UNDER THE INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP)

> If you are a displaced employee you may be entitled to receive special priority selection under the ICTAP.

<u>(click here for ICTAP qualifications:</u>
<u>http://career.psc.gov/chpublic/ictap.html )</u>


<u>Learn more about the benefits offered to HHS Federal employees!</u>

*g.4*

INSTRUCTIONS FOR USING QUICKHIRE

The following information will take you step by step through the screens
you will need to complete in applying for positions via QuickHire:

1. Screen: " Welcome to the United States Department of Health and Human
Services Career Site."  At this screen click the "New User" button if you
are a new user and click "Next" at the bottom of the screen.  If not a new
user, type in email address and password and click either "Edit Personal
Information" or "Go To Jobs" to apply for a position  (proceed to number
5).

2. Screen: "User Information."  Answer ALL questions and either cut and
paste OR type in your resume in the space provided.  (System will accept
approximately 6 to 7 pages).   Click "Next" when all information has been
input.

3. Screen: "All Questions require a response to be considered for any
position."  Answer ALL questions and click "Continue" at the bottom
of the screen.

4. Screen: "Your Registration Information Has Been Saved!" Read information
on this screen and then click "Next" at the bottom
of the screen when you are ready to apply for a position.

5. Screen: "Welcome (Name)!

6. Scroll down the listing and select the vacancy you wish to apply to by
clicking that announcement number.

7. Screen: Vacancy Announcement.  Scroll down to the end of the vacancy
announcement and answer ALL questions that follow.  Click "Finish" at the
bottom of the screen to complete application process.

The QuickHire system will send a confirmation to your email address that
your application has been received if you choose that option.

**Frequently Asked Questions About QuickHire**
http://www.psc.gov/spo/qhfaq.html

9.5

 **Department of Health and Human Services**

**Weights and Screen Outs Report**

Vacancy Number: ACF-03-008

Vacancy Description: Grants Management Specialist GS-1101-9 / 11 / 12

---

Questions with an * are mandatory and require a response to be considered for this position.

**All Grades    Max Possible Score:** 36

| Question | Weight | Screen Out |
|---|---|---|

*(DE-only-APPLICANTS NOTE: This process only allows consideration of the top three ranked candidates, and veteran's preference rules apply. If selected through this process, you may have to serve another probationary period and your tenure group may be affected.)*

Please be sure to allow yourself adequate time to apply for this vacancy. We recommend that you review the questions for this announcement before you start the application process. The system will not save your responses unless you finish all of the questions for the specific grade level for which you are applying. If you wish to save your answers and return to your application at a later time, then you must respond to all of the questions for the specific grade level.

HOW TO SAVE YOUR ANSWERS: The QuickHire system only saves responses on a screen-by-screen basis. What does that mean? Each time you reach AND select a "Continue" or "Finish" button at the bottom of the page, the system saves the answers on that screen. All questions up to that button must have an answer, or an error message will be created. WHAT IF YOU EXIT THE APPLICATION AND DON'T ANSWER ALL OF THE QUESTIONS BEFORE THE "CONTINUE" OR "FINISH" BUTTON? Those answers on that screen will not be saved!!

EXHIBIT
PAGE 1 OF 9 PAGES

---



Catherine Silver
.6001 Lucennte Avenue
Suitland, Md. 20746

3 · 35-4839 (H)
202-260-6585(FAX)

# Catherine Silver

**Objective**

My goal and objective is to apply the knowledge and skills with respect to the Cost Principles and federal regulations and fiscal and administrative management in becoming Grants Management Officer in the Office of Grants Management.

Health & Human Services                    Washington, DC

**Experience**

**Office of Administration**

02/2001 - To Present:  GS 1101-9  Grants Management Specialist(COTA)Trainee/ Grants Management Specialist

Alece Morgan, Director until on or about March 2003
Division of Grants Management
202-401-4621

As a Grants Management Specialist (COTA Trainee) I independently apply in-depth knowledge of Federal and HHS grants administration and financial management rules and regulations, directives, policies and procedures in awarding and administering grant awards in providing authoritative technical assistance to program staff and grantees related to discretionary grants.  Apply expertise on statutory, regulatory, and policy guidance applicable to grants, and provide detailed information, directives to grantees on responsibilities/requirements inherent in the grants and policies and procedures and objectives of the grants management process which is applied during the (project period) grants life cycle.  Grants management assignments requires incisive analytical skills and technical knowledge of the financial policies and procedures, status, directives, rules and regulations, Federal Appropriations Laws, HHS Policy Directives, OMB Circulars - Cost Principles for Non-Profit Organizations A-122, OMB Circular A-133 for Audits, 45 CFR Part 74 - Administrative Requirements, 45 CFR Part 92, Grants Administration Manual (GAM); which includes the program legislation to carry out ACF grants management policies and procedures.

Being trained to serve as a Presenter/Speaker at Conferences/Workshops, providing technical assistance regarding administrative requirements, financial policies, status, rules and regulations.  In that capacity, I provide technical assistance to grantees, and program officials regarding OMB A 122, OMB A 133, Federal Appropriations Law, HHS Policy Directives, administrative and fiscal policies, procedures, status, rules regulations and directives pertaining to ACF Discretionary grants for the Office of Community Services grantees at Workshops and Seminars as it relates to financial policies, rules, regulations carrying out ACF grants management activities.

EXHIBIT _10_
PAGE _1_ OF _12_ PAGES

I have over two years of successful experience as a Grants Management Specialist working with grant programs - of that experience and service involving direct accountability for all facets of pre-award, and post award functions for an average of about 80 grants (as many as 100) ranging in scope to about $500,000. These grants (all generally at different stages of progress) ranging over functional area i.e., domestic violence, job opportunity for low income families, community food and nutrition, historical black colleges, sports & youth, loan and equity investments, urban & rural economic development - involve and array of community based agencies, local government agencies, colleges, universities, non-profit organizations and other similar entities across the nation; applying Appropriations Law, OMB Cost Principles, A-122 and A-133 Grant Administration Manual (GAM) policies. 45 CFR Part 74 and 45 CFR 92, program legislation, financial policies, rules and regulations.

My responsibilities involve analysis/evaluation of grant applications, grant actions (responsiveness to program announcements and administrative/fiscal guidance, cost principles/factors) to evaluate the grantees detailed budget justifications to ensure compliance with administrative and fiscal policies, and responsiveness to cost considerations. I conduct negotiations leading to grant budgets, and provide detailed information regarding cost principles and technical assistance to grantees.

Conduct analysis/evaluation of grant applications, grant action requests, in relation to program announcements, compliance with administrative/fiscal policies, responsiveness to cost consideration, adequacy of explanations for proposed deviations and justifications. Provide training and technical consultations to grantees on their programs and projects, resolution of deficiencies in the scopes of work and detailed budget justification, and other functional areas. I possess an in-depth knowledge regarding cost factors, cost analysis and cost principles. Analyzed price practices applicable to personnel costs, equipment and materials. Analyzed cost data submitted by grantees to substantiate direct cost and indirect costs in determining the reasonableness of costs.

Since February 2002, I have officially served as a Grants Management Specialist (GS-1101-9) with the Discretionary Grants Division; and my responsibilities involve performance of comprehensive negotiation, award, technical assistance, advisory, and administration processes. I have acquired over two years of expertise of negotiation experience, and training in the techniques of negotiations. As a result, I have negotiated budgets for grant applications, and various Grant Award Actions, i.e., new carry over balances, continuations, supplements, revisions, successor and replacement grants.

I conduct negotiations leading to clarification grant action request, grant budgets, provide detailed information and directions to grantees on responsibilities and requirements in grant and statutory/regulatory/policy compliance requirement, and prepare grant awards. Also, take necessary actions to protect the Government's interest and minimize potential problems - and to secure grantees commitment to and cooperation ensuring prudent, proper, and legal expenditures of federal funds. Also, monitor grantee's operations and performance to identify, formulate, and initiate corrective responses to program/project, and grantee deficiencies. Review, analyze, interpret, and initiate appropriate responses to negotiations of budgets, administrative requirements, fiscal and financial management performance. Plan and conduct negotiations with Project Officers, and grantee in reference to their

10.2

budgets for new grant applications, continuation, supplements, replacement and successor grants; with unliquidations, unobligations, and deobligations reflected.

GRANTS MANAGEMENT SPECIALIST (COTA Trainee), applied knowledge of the array of Federal/HHS status, regulations, polices, and procedures applicable to all phases of grants in providing technical support and services to the Director of OGM and two Grant Management Officers. Responsibilities focused on monitoring performance/progress of grantees throughout the lifecycle of grants - and included contributing to review of grantees financial and performance reports and ongoing personal contacts with grantees.

As requested by the Grants Management Specialist/Officers, handled contacts with grantees; initiated contacts to determine status/request submission of delinquent reports, acquire periodic status reports, provide information on payments, and pose/respond to questions on grants management issues.

Assembled and dispatch packages to new grantees (including repeat Recipients); maintain logs of all grantee correspondence relating to continuations and supplements. Review extensions and revisions of grants and provided disposition recommendations to support Grants Management Specialists. Prepare/disseminate periodic internal reports on the status of new grants. Handle analytical and administrative tasks associated with the occasional overpayment of a grant - and the grantee's return of the extra funds to the Agency; handle liaison with the Department of Accounting Operations to ensure proper posting/crediting of grantees, reimbursements of overpayments.

Provide delinquent letters to the Grants Management Specialist - and handle subsequent walk-through of those letters to ensure prompt final approval and dispatch to delinquent grantees. Maintain grants documentation/files ensuring that monthly reports are organized.

Maintain authoritative and detail instructions and guidance on processing grants of paperwork to other program staff. Maintain an intensive focus on attainment of optimum levels of customer service, ensure continued personal availability to respond to questions and problems that grantees may have. Apply self-motivation and initiative - voluntarily perform additional grants management technical tasks and support functions in addition of my assigned responsibilities.

Negotiate the amount of continuation and supplemental grant awards with advice and recommendations from the responsible project staff member. Serve as a division contact with the Division of Data Processing to obtain review and correction of problems encountered with GMIS - a grants-tracking automated system.

10.3

**Grants Management Specialist's Classes -Courses Completed**

**COURSES COMPLETED**

Cost Principles for A-21, A-122, and A-87 and FAR 31.2
Grants Management Financial Analysis - 5/26/02
Professional Skills for Quality Grants Management
Grants Automated Tracking 4/27/01
New Professional Orientation for Quality Grants Management

## CLASSES COMPLETED

GATES Overview
Grants Pre-Awards and Completion
Grants Award Action Maintenance and Negotiation Sheet Training

## SPECIAL SKILLS

Proficient in the use of Microcomputers, WINDOWS 98, MS-DOOS, WINDOWS 2000. And an array of applications software (Word Perfect, Excel, Power Point, etc.). Experienced in use of the Grants Automated Tracking and Evaluation System (GATES) and its predecessor system, the Grants Management Information System (GMIS). Experienced in supporting the planning, development, and execution of programs and public policy/public administration issues.

Office of Public Affairs

1989 - 1998:  GS 318-7     Secretary (Typing)
David Siegel, Deputy Director
Office of Public Affairs

Responsible for the overall administrative and support functions for the Office of Public Affairs (OPA) Deputy Director, and the OPA Division of Public Services, including several mid-level public affairs specialists. Assembles source materials and organizes background information for use in reports, proposals, newsclippings, etc.

Responds to inquiries regarding different programs within the administration and informational items, reviews official forms, edit letters, documents, etc., for accuracy and completeness, and ensures compliance with prescribed regulations.

Develop, Implement, and maintain a comprehensive publications information retrieval system.

Requisitions materials, supplies, and prepares justification statements.

Supervise support staff, i.e., student interns in maintaining office files, media library; data entry for mailing lists and print media clips.

10.4

Maintain control records of staff assignments in accordance with procedures for administrative controls.Compile and summarize information, as requested.

Coordinate and arrange meetings and conferences and prepares minutes, as needed.

Secures travel arrangements and keeps abreast of travel-related regulations and practices.

Reviews out-going correspondence for compliance with grammatical principles and content.

Office of Child Support Enforcement

1998 - 2001-  Program Specialist- GS 301-9
Tony Hardy, Director
Division of Federal Systems

Participate in discussions with Administration Officials, Division and office staff on various) Interstate Roster and Referral Guide (IRG) Profile/Interstate Central Registry Address and FIPS codes implementation issues; represent the Office of Child Support Enforcement in meetings and communicate issues raised.

Responsible for analyzing and reviewing Title IV-D requests from States to determine appropriateness of data elements necessary to locate absent parents. Analyze and recommend possible solutions to user problems regarding the FPLS data communications problems with the Interstate and Referral Guide (IRG) address information and Federal Information Processing Standards (FIPS) codes.

Responds to calls and written requests from States for case information obtained through the Social Security Administration's automated system known as SSAPRI. Prepares letters , memorandums, and other correspondence in response to FPLS requests from State and local CSE agencies, and inquiries from other outside sources.  Analyzes and recommend possible solution to user problems regarding FPLS data.

Provide address, employment, wages, and SSN information on persons to assist States and local child support enforcement agencies in tracking non-custodial parents.

Responsible for logging and tracking tapes and cartridges submitted by State CSE agencies; send logged media to SSA for processing.

Provide program and technical support on the newly expanded FPLS to State (CSE) offices and Federal agencies on FPLS program activities such as responding to inquiries from employers, State CSE agencies, and the public regarding information contained in the National Director of New Hire (NDNH), Federal Case Registry

10.5

(FCR) and State Case Registry (SCR).

Authorized/Responsible for resetting State and Federal authorized users for the MISF and SSAPRJ system.

Complete RMR's Required Manual Review - reference: SSN's

Responsible for FPLS Annual Report to IRS - disclosure information

Responsible for distribution of the Monthly Information Report (MI)/Summary for State/Agency of W-4 data through the National Directory of New Hire (NDNH).

Responsible/Backup person for the Overall Legacy of the FPLS Operation System.

TOTAL P.07

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| DATE | ACTIVITY |
|---|---|
| March 2, 2001<br>E-MAIL FROM TONY HARDY | FYI<br>Tony Hardy, Director<br>Division of Federal Systems<br>Phone: (202) 401-9231<br>Fax:     (202) 401-5553<br>-------- Original Text --------<br><br>From: Hezikiah Dority@OCSE.OMS@ACF.WDC. on 3/2/01 7:23 AM:<br>To: Ella Lawson@OCSE.DFS@ACF.WDC,Maiso Bryant@OCSE.OGM@ACF.WDC,Tony L Hardy@OCSE.DFS@ACF.WDC<br>Cc: Barbara A Butler@OCSE.OMS@ACF.WDC,Harold Staten@OCSE.OMS@ACF.WDC,Jack Canard@OCSE.OMS@ACF.WDC,Marcia W LaRue@OCSE.OMS@ACF.WDC,Shirley J Tyson@OCSE.OMS@ACF.WDC<br><br>I recently learned that Ms. Silver had not reported to her detail assignment in the Office of Grants Management which should have been effective on February 8 (as per paper work that has been sent to the personnel office). This detail was a way to get Ms. Silver in the Grants Office since her reassignment into a Career Opportunities Training Agreement (COTA) in the Grants Office was block by the federal freeze on staff movement. To correct this situation, Ms. Silver should report to the Grants Office on March 5, 2001. For all the parties concerned, please ensure that Ms. Silver report to the Grants Office on March 5.<br><br>Once the freeze is lifted and/or reassignments of staff are resumed, Ms. Silver will be reassigned to the Office of Grants Management. Its my understanding that Ms. Silver's reassignment to the Grants Office has been worked out by management in both the losing and gaining organizations. |
| Friday Feb. 28, 2001 | Career Opportunities Training Agreement<br>Projected Completion Date: 2/27/2002<br>The objective of the training is to provide a systematic learning experience consisting of formal classroom training, on the job training, and self development activities to provide the trainee with a comprehensive background to successfully perform in the target position.....signed by Maiso L. Bryant, Harold Staten, Darryl L. Summers, ACF Personnel and yours truly. 3/2/2001 |
| **April 1, 2002**<br>**APPLYING FOR GRANTS MANAGEMENT SPECIALIST POSITION 9/11/12** | Dear CATHERINE,<br><br>Thank you for applying to the position ACF-03-008, Grants Management Specialist GS-1101-9 / 11 / 12 at Department of Health and Human Services.<br><br>Your responses, as listed below, are being reviewed. You may revise your answers until this vacancy announcement closes April 1, 2003 by logging into QuickHire(tm) and reapplying for the same position or by following this link:<br>https://jobs.quickhire.com/scripts/psc.exe/rundirect?Org=1&Job=119 . |
| April 2, 2002<br>**APPLYING FOR GRANTS MANAGEMENT** | Dear CATHERINE,<br>Thank you for applying to the position ACF-03-008, Grants Management Specialist GS-1101-9 / 11 / 12 at Department of Health and Human Services.<br><br>Your responses, as listed below, are being reviewed. The vacancy |

10.7

# Daily Activities Log
# Catherine Silver, Grants Management Specialist

| | |
|---|---|
| **SPECIALIST POSITION 9/11/12** | announcement closed on April 1, 2003. |

Grade 11 responses:

1.  GS-11 Choose one answer that best describes your education, experience or combination of education and experience:
    Answer: I possess at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-9 level in the Federal service as described in the vacancy questions.

All Grades responses:

1.  Apply cost factors, including cost principles, to evaluate grantee requests and justification for funding.
    Answer: I have performed this task as a regular part of a job, independently and usually without review by supervisor, manager or senior employee.

2.  From the answer choices below, please select the ones that best reflects your experience in working with and providing technical assistance to grantees. I have extensive experience advising grantees on:
    Answer: grantee financial and administrative requirements closeout procedures

3.  Have you independently negotiated budgets, continuations, and other issues with grantees as it relates to the grant administration?
    Answer: Yes

3.1.  Please cite examples that illustrate your experience.
    Answer: As a grants Management Specialist (COTA Trainee) I independently apply in depth knowledge of Federal and HHS grants administration and financial management rules and regulations, directives, policies and procedures in awarding and administering grant awards in providing authoritative technical assistance to program staff and grantees related to discretionary grants. Apply expertise on statutory, regulatory, and policy guidance applicable to grants, and provide detailed information, directives to grantees on responsibilities/requirements inherent in the grants and policies and procedures and objectives of the grants management process which is applied during the (project period) grants life cycle. Grants management assignments requires incisive analytical skills and technical knowledge of the financial policies and procedures, status, directives, rules and regulations, Federal Appropriations Laws, Organizations A-122, OMB Circulars A-133 for Audits, 45 CFR Part 74- Administrative Requirements, 45 CFR Part 92, Grants Administrative Manual (GAM); which includes the program legislation to carry out ACF grants management policies and procedures.

4.  Interpret and apply Federal grant administration laws, policies, procedures and regulations in the review and evaluation of grant applications.

10.8

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

Answer: I have routinely performed this function and I have been successful at it performing it in a number of situations.

5. Provide technical assistance and guidance to grantees on financial and administrative requirements and closeout procedures.
Answer: I have routinely performed this function and I have been successful at it performing it in a number of situations.

6. Choose a method of consideration- Please select one choice from the follwing:
Answer: (MP-only) I am a Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my current Standard Form 50 (Notice of Personnel Action). Please consider me through the merit promotion process in which I will compete with all status applicants.

6.1. I will fax my Standard Form 50 supporting the claim above to 301-480-3864 by the closing date of this announcement. (Failure to do so will result in the denial of your status claim and you will only be considered under Delegated Examining. Please include the vacancy announcement number on the fax cover sheet.)
Answer: Yes

7. I am a USPHS Commissioned Corps officer.
Answer: No

Please make sure that you have entered your resume. You will be disqualified from consideration if your resume has not been entered before
this vacancy closes.

Please remember to send all supporting documentation to the HR office
for proper consideration.

Thank you for using the United States Department of Health and Human Services Career Site!
--------------------------------------------------------------------------------

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

| | |
|---|---|
| May 8, 2003 – e-mail | ACF-03-008 |

Dear CATHERINE SILVER:

We have received your application for consideration for employment with
Administration for Children and Families for the position of Grants Management Specialist GS-1101-9 / 11 / 12. The following summarizes the status of your application in this recruitment process.

We have carefully reviewed your application, but cannot consider you for the

10.9

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

|  | position because you Lack Specialized Experience.  As a Grants Management Specialist Trainee (COTA), GS-1101-09, you were rated ineligible lacking 52 weeks of specialized experience at the GS-09 level.  Our decision was based on your Reassignment SF-50 effective 02/25/01 which states in the remarks the following:<br><br>Position is at the Full Performance Level.<br>This is a Career Opportunities Training Agreement (COTA) position.  Qualified for this position only under training agreement.  Not eligible for other positions in this series until satisfactory completes proscribed training.  Training plan must be developed 30 days from the time of ?.<br><br>You did not provide any documentation to prove you have satisfactory completed the COTA training Agreement, and that you were converted off of the Trainee position.<br><br>Thank you for your employment interest in The Departement of Health and Human Services, Administration for Children and Families.  Though this position may not have been a good fit, we would like to encourage you to continue exploring employment opportunities with us.<br><br>Sincerely,<br><br><br>Shelly L. Moore<br>Human Resources Specialist |
|---|---|
| May 20, 2003<br>E-MAIL FROM CAROL CARTER WALKER | Catherine:<br>I just double-checked with Lee Kernan-Ivery, OA's Executive Officer.<br><br>OA submitted a personnel action request to the Personnel Office, PSC, on May 14, 2003, requesting that an SF-50 be generated, reassigning you out of COTA and into the full performance level of the GS-09 Grants Management Specialist position, as of February 22, 2002, the date that your COTA was completed, based on agreements by your management chain with you and your Union representative.<br><br>All SF-50s generated between February 22, 2002 and May 14, 2003, will be amended to reflect this change. OA has requested that the PSC expedite the generation of all of the SF-50s and you will be provided a copy as soon as we receive them.<br><br>Based on my written attestation to the PSC, that you had completed all COTA requirements as of February 22, 2002, and were therefore, erroneously classified as a COTA trainee at the time of the posting of a vacancy announcement for the GS-09, 11 and 12 grants management specialist position here in OGM, amended merit promotion certificates were issued to ACF, placing you on the appropriate merit promotion certifications for the grade level(s) for which you filed and were deemed to be among the best qualified.<br><br>The PSC acknowledged and apologized for the lateness of your receipt of the letters regarding your eligibility.  Further, as a result of your situation, they have instituted a procedure to verify the status of anyone who files for a position while under a COTA.<br><br>The only action that remains is to have the COTA plan formally amended and that will be done by week's end.<br><br>On behalf of OGM, I apologize for the long delay in setting this matter aright.<br><br>Carol Carter Walker |

10.10

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| | |
|---|---|
| | Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>(202) 401-9239 (voice)<br>(202) 401-9238 (office)<br>(202) 401-4869 (fax)<br>cwalker@acf.hhs.gov |
| Tuesday, June 3, 2003<br><br>Also E-mail | FOR THE RECORD – Amendment of Career Opportunities Training Agreement for Catherine Silver – received from Carol Carter Walker ....This document should be used to 'graduate' Ms. Silver from her GS-9 grants management specialist (COTA) position to the full performance GS-09 grants management specialist position effective February 28, 2002. signed by Carol Carter Walker June 3, 2003 (SEE ATTACHMENT)<br><br>Attached is an electronic copy of an amendment to Catherine Silver's COTA. This documentation should satisfy the documentation requirement in order to process the SF-50 to reassign Catherine Silver into the full performance position effective February 28, 2002.<br><br>Joe:<br>Two things:<br>I'm bringing you the signed original to attach to the original of the COTA.<br><br>This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 3002 and now, need to be changed to reflect the February 28, 2002 reassignment date.<br><br>Carol Carter Walker<br>Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4869 (facsimile) |
| Thursday, June 5, 2003 | Catherine Silver brought an error to my attention: The last sentence in this e-mail should read:<br>    "This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 2002 and now, need to be changed to reflect the February 28, 2002 reassignment date."<br><br> Carol Carter Walker<br>Deputy Director<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4869 (facsimile)<br>    -----Original Message-----<br>    From: Walker, Carol Carter (ACF)<br>    Sent: Tuesday, June 03, 2003 2:48 PM<br>    To: Pike, Aldne (PSC); Kernan-Ivery, Lee (ACF); Moore, Joyce C (ACF); Gulli, Joseph (ACF)<br>    Cc: Silver, Catherine (ACF); Weeden, Daphne (ACF)<br>    Subject: Amendment To COTA Agreement<br>    Importance: High<br><br>    Attached is an electronic copy of an amendment to Catherine Silver's COTA. This documentation should satisfy the documentation requirement in order to process the SF-50 to reassign Catherine Silver into the full performance position effective February 28, 2002. |

10.11

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| | |
|---|---|
| | Joe:<br>Two things:<br>I'm bringing you the signed original to attach to the original of the COTA.<br><br>This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 3002 and now, need to be changed to reflect the February 28, 2002 reassignment date.<br><br>Carol Carter Walker<br>Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4889 (facsimile) |
| Tuesday, June 10, 2003<br>Ee-mail received from<br>Carol Carter Walker | Due to organizational changes and new hires, the Office of Grants Management already has or shortly will have nearly a dozen staff that are relatively new to the ACF discretionary grants management world.  Some are new hires whom we expect to report in the next month or so.  Some are transfers from mandatory grants with no prior background in discretionary grants.  Some have related experience in procurement that can be transferred to the discretionary grants arena.  Some have been in the administrative arena, with no federal business background.<br><br>In order to be highly effective, all need a mix of formal training as provided by the HHS grants certification program and other sources; ad hoc training put together by those DDG grants management specialists who are experts; and DDG peer mentors to whom they can go for technical assistance and guidance when their team leaders are not available due to pressing workloads.<br>I am asking for volunteers who are willing to do two things:<br><br>(1)   serve as mentors for the staff who need training;  and<br>(2)   form a workgroup to develop and present one-two hour briefings on topics every grants specialist must know to survive.<br>You must be willing to serve as a mentor and maintain your regular workload.   Since we are scattered over four floors in two buildings, you and/or your trainee(s) may have to travel between buildings.<br>What's in it for you?<br><br>a)   An opportunity to refine what you know by having to prepare for and formally teach and mentor others;<br><br>b)   An additional skill to enhance your professional portfolio;<br><br>c)   'Extra Credit,' in your 2003 EPMS Appraisal for performing this additional responsibility successfully.<br><br>d)   Eligibility for special recognition by way of a Time Off or Special Act Award.<br><br>If you want to be considered, please submit your name, through your Team Leader, to Daphne Weeden, Acting Director, DDG, by no later than Thursday, June 12.  The Office of Grants Management management team will make selections and assign you to trainees by mid-June.<br><br>If you have questions or need further information about this opportunity, please let me know. Thank you for your attention.<br> Carol Carter Walker<br>Acting Director<br>Office of Grants Management |

EXHIBIT _10_
PAGE _1_ OF _10_ PAGES



# ESUME for JENNIFER RICHARDS

## RESUME

Jennifer Richards

Work/Day Phone: (303) 692-3621
Home/Evening Phone:
E-mail:

Social Security Number:
Country of Citizenship:  United States of America
Veteran's Preference:  No
Highest Grade:   Not Applicable
Contact Current Supervisor: No

VACANCY INFORMATION:

Announcement Number: ACF-03-008
Job Title:  Grants Management Specialist
Grades Applying For: GS-1101-9/11/12

 JRK EXPERIENCE:

Colorado Dept. of Public Health & Environment
Consumer Protection Division
4300 Cherry Creek Dr. South
Denver, CO  80246
Dates Employed: 03/2002-Present
Hours per Week: 40
Salary: $3,999/mo.

Fiscal Officer (General Professional III)

Managed all fiscal related functions of a $2.1 million
dollar division.  Tracked all division appropriations
including general funds, cash funds, cash funds exempt,
and federal funds. Established and monitored division
budget.  Learned and implemented budget related policies,
procedures, and processes.  Reviewed status of budget with
Division Director and provided recommendations as
necessary.   Prepared responses to questions from
legislative budget committee and governor's budget
office.  Prepared fiscal notes for proposed legislation.
Ensured compliance with federal rules and regulations for
5 federally funded grants and contracts.  Worked with
program managers to establish grant and contract budgets
based on Request for Proposals.  Ensured compliance with
    pes of work.  Collected financial and programmatic
    ta, and analyzed and interpreted financial reports.
Managed a 28 person division payroll including creating a
new time and effort report in compliance with state and
federal regulations, writing division time and leave

EXHIBIT _11_
PAGE _1_ OF _15_ PAGES

procedures, and reviewing all monthly payroll
documentation. Created a tracking system for all division
expenditures. Processed all division payment vouchers,
  urnal entries, and fiscal year-end accounts payable.
  onitored division accounts receivable system to ensure
correct processing of cash fees. Managed all division
procurement activities including monitoring and revising
division contracts. (Supervisor: Barbara Hruska. Phone:
303-692-3639)


Jefferson County Colorado
Jefferson County Head Start
900 Jefferson County Parkway, #80
Golden, CO 80401
Dates Employed: 07/2001-03/2002
Hours Per Week: 40
Salary: $3,833/mo.

Operations Manager

Managed all fiscal related functions of a $2.7 million
dollar federal Head Start program and a $300,000 dollar
county child care center. Supervised 4 Area Coordinators
(classroom site managers) and 1 Accounts Payable/Payroll
Clerk. Managed all day-to-day operations of the Head
Start Program. Team member in development of mission
statement and strategic planning process. Presented
financial information, operational issues, and program
alternatives to management team. Established dual Head
Start budgets because of differing fiscal years for the
  pt. of Health & Human Services and Jefferson County.
  earned and implemented budget related policies,
procedures, and processes. Assisted in creating and
implementing a cost allocation plan necessitated by
multiple funding sources for the child care center.
Managed a tracking system for all division expenditures.
Monitored accounts receivable system for receipt of cash
fees. Completed all cash drawdowns and financial
reporting including the SF269 and 272. Collected
financial and programmatic data and information. Analyzed
and interpreted financial reports and federal, state, and
county regulations. Ensured compliance with OMB Circulars
and Codes of Federal Regulation. Assisted in writing
continuation and supplemental grant proposals.
Negotiated, monitored, and revised contractual agreements.
Created financial reports and briefing papers for the
Head Start Director, Human Services Director, and Board of
County Commissioners. Served as liaison for Jefferson
County Head Start with other county departments and
community agencies. Served as Acting Head Start Director
when necessary. (Supervisor: Sandy Martin. Phone:
303-271-4003)


Lincoln Action Program, Inc.
210 "O" Street
 incoln, NE  68508
   tes Employed: 03/2000-07/2001
  ours Per Week: 40
Salary: $2,875/mo.

Grants Administrator

11.2

Administered and tracked $6.5 million dollars in grant funds for a non-profit, community action agency. Managed all pre-award and post-award grant activities. Created a ·ants management system to facilitate information flow ;roughout the life cycle of individual grants. Monitored and tracked revenues and expenditures for 50 grants from multiple funding sources including federal, state, county, city, and private sources. Prepared, negotiated, and revised budgets for grant proposals based on Federal Register Notices and Requests for Proposals. Analyzed and interpreted a myriad of applicable rules, regulations, and special conditions associated with the large number of funding sources. Ensured compliance with OMB Circulars, Codes of Federal Regulation, and scopes of work. Team member in preparation of annual agency budget. Explained Federal Financial Assistance guidelines to program and subgrantee staff. Trained and advised program staff with varying levels of experience in financial assistance on topics such as compliance with grant rules and regulations, basic fund accounting, budget management, and interpretation of financial reports. Wrote correspondence and provided written interpretations of fiscal requirements to both internal and external customers. Collected financial and programmatic data and information. Created, maintained, and analyzed financial spreadsheets and databases. Completed all cash drawdowns and financial reporting including the SF269 and 272. Managed cash flow of the agency. Created financial reports for the Financial Director and Executive Director. (Supervisor: ·aurie Killeen. Phone: 402-475-5161)

ı√ebraska Dept. of Administrative Services
301 Centennial Mall South
Lincoln, NE  68509
Dates Employed: 01/2000-02/2000
Hours Per Week: 40
Salary: $1,700/mo.

Accounting Clerk II - This was a temporary position.

Reviewed and corrected state 1099 reportable vendors' list. Handled phone calls from state vendors regarding 1099 tax forms. Analyzed accounting documents to ensure compliance with state regulations. (Supervisor: Diane Dirksen. Phone: 402-471-4464)

Jefferson County Colorado
Jefferson County Head Start
900 Jefferson County Parkway, #80
Golden, CO  80401
Dates Employed: 11/1998-10/1999
Hours Per Week: 40
Salary: $2,778/mo.

Administrative Coordinator

·dministered and tracked a $2.5 million dollar federal ıd Start grant and a $275,000 dollar county child care ·∍nter budget. Supervised 1 Administrative Specialist. Established dual Head Start budgets because of differing fiscal years for the Dept. of Health & Human Services and Jefferson County. Learned and implemented budget related

ıl.3

policies, procedures, and processes. Collected financial data and information. Created a tracking system for all division expenditures. Analyzed financial information to sure spending within budgeted categories. Established .counts receivable system including billing, receipting, and tracking of cash fees. Analyzed and interpreted financial reports and federal, state, and county regulations. Ensured compliance with OMB Circulars and Codes of Federal Regulation. Monitored and revised contractual agreements. Created financial reports and briefing papers for the Head Start Director, Human Services Director, and Board of County Commissioners. (Supervisor: Sandy Martin. Phone: 303-271-4003)

Nebraska Dept. of Economic Development
Nebraska School-to-Work Initiative
301 Centennial Mall South
Lincoln, NE  68509
Dates Employed: 08/1996-09/1997
Hours Per Week: 40
Salary: $1,942/mo.

Grants Administrator (Administrative Assistant I)

Administered and tracked $7.5 million dollars in federal grant funds from the Department of Labor. Analyzed and interpreted federal grant administration laws, policies, procedures, and regulations. Reviewed subgrantee applications submitted in response to a Request for Proposal for compliance with applicable laws, policies, ·ocedures, and regulations. Established a financial .nagement system to compile and manage data from 20 subgrantees across the State of Nebraska. Analyzed, monitored, and revised budgets for 20 subgrantees. Ensured compliance with OMB Circulars and Codes of Federal Regulation. Provided technical assistance on fiscal and administrative requirements for subgrantees including writing a grants management policies and procedures manual. Trained subgrantee fiscal agent and programmatic staff with varying levels of experience in financial assistance on compliance with OMB Circulars, Dept. of Labor Special Conditions, and State of Nebraska rules/regulations. Completed all cash drawdowns and financial reporting including the SF269. Collected financial and programmatic data and information. Developed financial spreadsheets, databases, and reports to track expenditures. Processed all payment vouchers and subgrantee claims for reimbursement. Wrote correspondence and provided written interpretations of fiscal requirements to both internal and external customers. Monitored and revised contractual agreements. (Supervisor: Dr. Darl Naumann. Phone: 402-441-7511)

Nebraska Dept. of Economic Development
Existing Business Assistance Division
301 Centennial Mall South
 ncoln, NE  68509
 .tes Employed: 04/1995-07/1996
Hours Per Week: 40
Salary: $1,583/mo.

11.4

Staff Assistant I

Coordinated all phases of the Nebraska state quality award
program including application process, site visits, and
awards presentation.  Completed financial reports for two
federal grants.  Processed all division payment vouchers
and timesheets, and then cross-referenced them to budget
reports.  Advised individuals on how to start a business
and explained any accompanying regulations.  (Supervisor:
Jack Ruff.  Phone: 402-471-3769)


Nebraska Dept. of Economic Development
Existing Business Assistance Division
301 Centennial Mall South
Lincoln, NE  68509
Dates Employed: 08/1993-03/1995
Hours Per Week: 40
Salary: $1,375/mo.

Secretary II

Explained major economic development programs and their
requirements.  Researched legislative bills and grant
proposals.  Wrote international economics column for
department newsletter.  Organized administration for three
federal grants.  Wrote and edited division and
governor's correspondence.  (Supervisor: Jack Ruff.
Phone: 402-471-3769)


Neb. Dept. of Econ. Dev. through the state temporary pool
Existing Business Assistance Division
301 Centennial Mall South
Lincoln, NE  68509
Dates Employed: 08/1992-07/1993
Hours Per Week: 32-40
Salary: $886-$1,107/mo.

Secretary I

Prepared, reviewed, and edited memos, letters, and
reports.  Maintained and updated division databases and
publications.  Responded to requests for information from
both internal and external customers.  Maintained filing
system for division grants and programs.  Answered and
directed phone calls for 7 person division.  (Supervisor:
Jack Ruff.  Phone: 402-471-3769)


EDUCATION:

Master of Arts, 1992
University of Nebraska-Lincoln
Lincoln, NE  68588
Major: Economics
Minor: Sociology
Semester Credit Hours Earned: 51

Bachelor of Science, 1989
Nebraska Wesleyan University
Lincoln, NE  68504
Major: Economics
Support: History
Semester Credit Hours Earned: 126

11.5

Diploma, 1985
Hastings Senior High School
Hastings, NE  68901

JOB-RELATED TRAINING COURSES:

Contracts Management Training, 2002
Procurement Training, 2002
Introduction to Governmental Accounting, 2001
Applying for Federal Grants and Cooperative Agreements, 2000
Managing Federal Grants and Cooperative Agreements for
Recipients, 2000
In-Depth Review of Head Start Fiscal & Administrative
Requirements, 2000
Public Financial Management Training, 1997

JOB-RELATED SKILLS:

Strong financial management skills.  Strong interpersonal
and teamwork skills.  Proficient in the use of personal
computers, laptop computers, word processing applications
(Microsoft Word & WordPerfect), spreadsheet applications
(Microsoft Excel & QuattroPro), database applications
(Microsoft Access), and internet/e-mail applications.
Strong typing skills at 55 wpm.

JOB-RELATED CERTIFICATES AND LICENSES:

Driver's License, State of Colorado, Expires March
2011

JOB-RELATED HONORS, AWARDS, MEMBERSHIPS, ETC.:

Star Performer Award-Creative Problem Solving & Teamwork,
December 2002
Star Performer Award-Creative Problem Solving & Service
Above Job Duties, September 2002
Member Neb. Dept. of Econ. Development Team of the Year
(School-to-Work Initiative), 1997

REFERENCES AVAILABLE UPON REQUEST

11.6



# Department of Health and Human Services
## Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

---

What locations do you wish to apply to?
  Washington, DC

What grades do you wish to apply to?
  09
  11
  12

<p><b><u>APPLICANT GUIDANCE:</u></b></p>Please be sure to allow yourself adequate time to apply for this vacancy. We recommend that you review the questions for this announcement before you start the application process. The system will not save your responses unless you finish all of the questions for the specific grade level for which you are applying. If you wish to save your answers and return to your application at a later time, then you must respond to all of the questions for the specific grade level.

HOW TO SAVE YOUR ANSWERS: The QuickHire system only saves responses on a screen-by-screen basis. What does that mean? Each time you reach AND select a "Continue" or "Finish" button at the bottom of the page, the system saves the answers on that screen. All questions up to that button must have an answer, or an error message will be created. WHAT IF YOU EXIT THE APPLICATION AND DON'T ANSWER ALL OF THE QUESTIONS BEFORE THE "CONTINUE" OR "FINISH" BUTTON? Those answers on that screen will not be saved!!

**All Grades * 1.** Apply cost factors, including cost principles, to evaluate grantee requests and justification for funding.

  **Answer(7 points):** 5. In addition to independently performing this task as a regular part of my job, I have supervised the performance of this task and/or I have trained others in performance and/or am normally consulted by others as an expert for assistance in performing t

If you answered "In addition to independently performing this task as a regul... " above please answer the following question(s):

  **1.1.** Please cite examples that illustrate your level of experience selected above. (Failure to provide evidence which supports the level selected will result in a lowered score)

  **Answer(0 points):** As the Grants Administrator for the Nebraska School-to-Work Initiative, an initiative funded through a Department of Labor grant award, I was a team member in the evaluation of subgrantee applications that were received in response to a request for proposal (RFP). The grant award required that approximately 90% of the grant be awarded to organizations at the local level. As the lead fiscal person, I reviewed all applications for compliance with federal cost principles. This required that I be knowledgeable about the principles as they applied to both

---

11.7



**Department of Health and Human Services**
Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

state/local governments and private non-profits because
the applications came from both kinds of organizations.
After potential subgrantees had been identified, I
contacted subgrantee fiscal agents to ask questions or
request further information. Throughout the
implementation of the grant, I provided technical
assistance related to the cost principles through group
training to fiscal and program staff, and through one-on-
one sessions as needed. I also answered questions and
provided opinions regarding the allowability of potential
expenditures.

In several other positions I have administered a number of
federal grants that required I be knowledgeable about the
applicable cost principles. I have worked with grant
writers and program managers to establish grant budgets
that were being submitted as part of an application
package for federal grant dollars. This required analysis
and interpretation of cost principles to ensure the
funding request was in compliance with the applicable
regulations. In addition, I have advised program and
administrative staff on the cost principles as we
implemented an approved federal grant award. I have
provided opinions on the allowability of potential
expenditures and provided training as needed.

* 2.   From the answer choices below, please select the ones that best
       reflects your experience in working with and providing technical
       assistance to grantees. I have extensive experience advising
       grantees on:

**Answer(4 points):** 1. eligibility
                      2. grantee financial and administrative requirements

* 3.   Have you independently negotiated budgets, continuations, and other
       issues with grantees as it relates to the grant administration?

**Answer(7 points):** Yes

If you answered "Yes" above please answer the following question(s):

   3.1. Please cite examples that illustrate your experience.

**Answer(0 points):** As the Grants Administrator for the Nebraska School-to-
                      Work Initiative, I independently negotiated budget
                      modifications with subgrantees. This required reviewing
                      the proposed modification to ensure compliance with
                      financial and administrative requirements, following up
                      with subgrantees for clarification of any issues, and
                      approving the final modification. I also negotiated
                      subgrantee requests for working capital and claims for
                      reimbursement. Some subgrantees did not have enough



# Department of Health and Human Services
## Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

resources to pay for grant expenditures up front so I worked with them to establish a request for working capital that ensured they would have enough funds to successfully operate their program. As claims for reimbursement were submitted by all subgrantees, I reviewed them for completeness, accuracy, and compliance with their approved budget. I was also a team member in negotiating subgrantees original budget requests, terms and conditions, and continuation proposals. I worked with the School-to-Work Director to provide opinions and guidance on fiscal and administrative issues.

As the Operations Manager for Jefferson County Head Start, I worked closely with the Head Start Director to write continuation and supplemental grant proposals and budgets. The Head Start Director relied on my knowledge of fiscal and administrative issues to complete negotiations with federal officials.

As the Grants Administrator for Lincoln Action Program, Inc., I worked directly with federal representatives to negotiate proposed grant budgets. I answered questions and provided additional documentation as requested. I also submitted requests for budget modifications and extensions, answering questions if needed.

* **4.** Interpret and apply Federal grant administration laws, policies, procedures and regulations in the review and evaluation of grant applications.

**Answer(7 points):** 5. I am highly skilled at performing this function.
If you answered "I am highly skilled at performing this function." above please answer the following question(s):

**4.1.** In the space provided, please describe your specific work experiences where you have interpreted and applied Federal grant administration laws, policies, procedures and regulations in the review and evaluation of grant applications.

**Answer(0 points):** While a Grants Administrator for the Nebraska School-to-Work Initiative, I had to interpret and apply applicable federal laws, policies, procedures, and regulations in order to review and evaluate subgrantee applications that were submitted in response to a request for proposal (RFP). Because federal rules required that approximately 90% of the grant be awarded to subgrantees, I had to use my interpretation skills as a team member on the evaluation committee. After the funds were awarded, I continued to interpret and apply the body of grant administration regulations for both the grantee and



**Department of Health and Human Services**
Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

subgrantees. I monitored all of the subgrantee awards to ensure compliance with grant administration laws, policies, procedures, and regulations.

In my current position as Fiscal Officer for the Colorado Department of Public Health and Environment, I must interpret and apply all of the applicable federal rules and regulations in order to write, review, and evaluate budgets prepared for federal grant applications. I work closely with the program managers throughout the application process. As the primary fiscal contact for my division, I must have a thorough understanding of the 5 federal grants and contracts awarded to the division, along with the policies, procedures, and regulations governing them in order to answer questions from auditors, internal budget and accounting staff, and staff representing the governor&#8217;s office and state legislature. I also provide recommendations to my supervisor who expects me to be knowledgeable about grant rules and regulations in order to contribute to programmatic and administrative decisions.

As the Operations Manager for a federal Head Start program, I had to interpret and apply numerous federal rules and regulations in order to write, review, and evaluate budgets prepared for federal grant applications and to make appropriate fiscal and programmatic decisions. As the person responsible for all fiscal related issues, as well as the day-to-day operations of 22 Head Start classrooms, I had to ensure compliance with financial, administrative, and programmatic rules and regulations. I also trained members of the Head Start management team on these rules and regulations.

As the Grants Administrator for Lincoln Action Program, Inc., I had to interpret and apply all of the applicable federal rules and regulations in order to write, review, and evaluate budgets prepared for federal grant applications. Since the agency was 100% grant funded, there were a large number of applications submitted, and my understanding was critical to the functioning of the agency. On average, I had to manage 10 federal grants from numerous agencies that had very different terms and conditions, yet all fell under the same set of administrative rules and cost principles applicable to the agency. I was the agency &#8220;go to&#8221; person for all grant related questions, and trained program managers



# Department of Health and Human Services
## Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

in the interpretation of federal grant related policies, procedures, and regulations.

During my career, I have attending several training sessions to gain knowledge of the many federal laws, policies, procedures, and regulations governing grants. Over the years I have taken courses such as Applying for Federal Grants and Cooperative Agreements for Recipients, Managing Federal Grants and Cooperative Agreements for Recipients, In-Depth Review of Head Start Fiscal & Administrative Requirements, and Public Financial Management Training. Through all of these courses, I have gained more knowledge about the body of rules and regulations governing federal grants, and in turn, took that knowledge back to my agency to teach program and fiscal staff, and to provide opinions and recommendations to my superiors. Through this diverse training and experience, I have worked with a wide variety of federal laws, policies, procedures, and regulations that expanded my knowledge of the federal grants process.

* **5.** Provide technical assistance and guidance to grantees on financial and administrative requirements and closeout procedures.

**Answer(7 points):** 5. I am highly skilled at performing this function.
If you answered "I am highly skilled at performing this function." above please answer the following question(s):

    **5.1.** Please cite examples that illustrate your level of experience selected above. (Failure to provide evidence which supports the level selected will result in a lowered score)

**Answer(0 points):** While the Grants Administrator for the Nebraska School-to-Work Initiative, I worked extensively with 20 subgrantees to ensure they were complying with financial and administrative requirements by providing ongoing advise and recommendations. The subgrantees were from a wide variety of organizations and had widely varying degrees of experience in grants management. To ensure the subgrantees had all the information and tools they needed to effectively manage their programs, I wrote a grants management policies and procedures manual that was distributed to all the subgrantees. I then led a grants management training seminar where I presented all the information from the manual, and also brought in a regional federal official to further discuss issues of interest. Because of varying degrees of subgrantee experience, I also met one on one with many fiscal agents and program directors to discuss financial and grants management issues that arose throughout administration of

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.



# Department of Health and Human Services
## Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

the program.  In addition, I provided both written and
verbal guidance to all subgrantees.

Finding solutions to financial and administrative problems
is an important function of the Grants Manager.  One of my
strengths is the ability to see the &#8220;big
picture&#8221; and to keep that picture in mind even when
dealing with issues at a very detailed level.  For
example, when I started as the Grants Administrator for
the Nebraska School-to-Work Initiative, there was no
grants management system in place.  This presented a
challenge because there were specific federal reporting
requirements that had to be met that involved compilation
of data from all subgrantees.  After studying the
legislation, regulations, and OMB Circulars, I designed a
reporting system that helped subgrantees organize their
data in a way that facilitated collection for them,
improved compilation on the state level, and was accepted
by the federal agency representative.

In my current position of Fiscal Officer for the Colorado
Department of Public Health and Environment, I am
responsible for understanding the financial and
administrative requirements of 5 federal grants and
contracts.  I work with the program managers to establish
grant budgets, and provide technical assistance and
guidance to them throughout the life of the grant.  I meet
regularly with program managers to brainstorm solutions
and provide information to facilitate effective program
delivery.  In addition, I work with the Division Director
to provide guidance on maximizing available grant
resources.

As the Operations Manager for Jefferson County Head Start,
I was responsible for understanding the financial,
administrative, and programmatic requirements of the
grant.  The Head Start Director and management team relied
on me to provide technical assistance and guidance for the
program.  I provided both verbal and written
interpretations of financial and administrative
requirements.  These interpretations were the foundation
of programmatic decisions made by the team.

As the Grants Administrator for Lincoln Action Program,
Inc., I administered no less than 50 grants with
approximately 10 of those grants awarded from the federal
government.  Of these 10 grants approximately 7 of them



# Department of Health and Human Services
## Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

---

were from the Department of Health & Human Services.
These were important grants for the agency because they
accounted for around $4.5 million dollars or 70% of the
total funding for the agency.  Throughout my tenure
there, I provided technical assistance and guidance to
program and fiscal staff on all of the applicable
financial and administrative requirements.  I did this
through both one on one sessions and group presentations.
I also provided opinions to the Financial Director and
Executive Director regarding financial questions and the
allowability and allocability of spending decisions.  In
addition, I also completed close-outs for grants and
advised program staff on those procedures.

<p><b><u>VETERAN'S PREFERENCE:</b></U><p><b>***</b>If claiming 5 point veterans
preference, you must submit copy #4 of your DD214.</p><p><b>***</b>If claiming 10-
points veterans preference on the basis of a disability, you must submit copy #4 of
your DD-214 and appropriate documentation from the Department of Veterans Affairs
dated within 12 months of the application.</p><p><b>***</b>If claiming 10-points
veterans preference on the basis of a disability, you must submit copy #4 of your DD-
214 and appropriate documentation from the Department of Veterans Affairs dated
within 12 months of the application.</p>Failure to provide appropriate documentation
will result in denial of requested veterans preference.

<p><b><u>PRIORITY CONSIDERATION:</p></b></u><b>***</b>If you are claiming ICTAP or
CTAP preference fax all required documentation to the number below.  Follow the
links listed for ICTAP and CTAP eligibility and supporting documentation
requirements.

<a href='http://career.psc.gov/chpublic/ctap.html' target=newwin>Follow this link
for CTAP eligibility</a>

<a href='http://career.psc.gov/chpublic/ictap.html'target=newwin>Follow this link
for ICTAP eligibility</a>

<p><b><u>STANDARD FORM 50 (NOTICE OF PERSONNEL ACTION):</p></b></u><B>***</B>All
status and reinstatement eligible applicants <b>MUST</b> submit a copy of their
<u>appointment or promotion</u> Standard Form 50 verifying current grade, promotion
potential, reinstatement eligibility or Highest Federal civilian grade.  Please do
not send Awards or Pay Adjustment SF-50's.  SF-50s must be submitted via fax by the
closing date of this vacancy</b><p>For additional information on reinstatement
eligibility visit: <a
href="http://www.usajobs.opm.gov/EI2.htm"target=newwin>http://www.usajobs.opm.gov/EI2


<i><b>Please fax all applicable required documentation by the closing date of this
vacancy to the attention of: QuickHire HelpDesk at 301-480-3864.  Include the
vacancy announcement number on the fax cover sheet.</b></i>

      **\* 6.**    Choose a method of consideration- Please select one choice from the
follwing:

---

11.13



# Department of Health and Human Services
## Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

---

**Answer(0 points):** 5. (NONE) The choices above are not applicable to me.
   If you answered "(MP-only) I am a Federal employee in the career
   competitive service with permanent or conditional tenure, as indicated on
   my current Standard Form 50 (Notice of Personnel Action). Please consider
   me through the merit promotion process in which I will compete with all
   status applicants." above please answer the following question(s):

    **6.1.** I will fax my Standard Form 50 supporting the claim above to 301-
   480-3864 by the closing date of this announcement. (Failure to do
   so will result in the denial of your status claim and you will only
   be considered under Delegated Examining. Please include the vacancy
   announcement number on the fax cover sheet.)

**Answer(0 points):**
   If you answered "(MP and DE) I am a Federal employee in the career
   competitive service with permanent or conditional tenure, as indicated on
   my current Standard Form 50 (Notice of Personnel Action). Please consider
   me via both of the methods described in the previous choices." above please
   answer the following question(s):

    **6.2.** I will fax my Standard Form 50 supporting the claim above to 301-
   480-3864 by the closing date of this announcement. (Failure to do
   so will result in the denial of your status claim and you will only
   be considered under Delegated Examining. Please include the vacancy
   announcement number on the fax cover sheet.)

**Answer(0 points):**
   If you answered "(NC) I am a Federal employee in the career competitive
   service with permanent or conditional tenure, as indicated on my current
   Standard Form 50 (Notice of Personnel Action). I am eligible for
   noncompetitive consideration because I am currently holding or have held a
   permanent grade that is equal to or above the full performance
   level/promotion potential of the position being advertised." above please
   answer the following question(s):

    **6.3.** I will fax my Standard Form 50 supporting the claim above to 301-
   480-3864 by the closing date of this announcement. (Failure to do
   so will result in the denial of your status claim and you will only
   be considered under Delegated Examining. Please include the vacancy
   announcement number on the fax cover sheet.)

**Answer(0 points):**
<i>(DE-only-APPLICANTS NOTE: This process only allows consideration of the top three
ranked candidates, and veteran's preference rules apply. If selected through this
process, you may have to serve another probationary period and your  tenure group
may be affected.)</i>

    **\* 7.**   I am a USPHS Commissioned Corps officer.

**Answer(0 points):** No
**Grade 09**   **\* 1.**   GS-9 Choose one answer that best describes your education,

---



# Department of Health and Human Services
## Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** JENNIFER RICHARDS

experience or combination of education and experience:

**Answer(0 points):** 1. I possess at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-7 level in the Federal service as described in the vacancy questions.

*Graduate education must be directly related to the duties of the position.*

*Examples of specialized experience at the GS-7 level may include: Comprehension of grant administration and financial policies and procedures.  Skill in providing advisory services to program staff and grantees.  Use of computer software for data review analysis.*

**Grade 11   * 1.   GS-11 Choose one answer that best describes your education, experience or combination of education and experience:**

**Answer(0 points):** 1. I possess at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-9 level in the Federal service as described in the vacancy questions.

*Graduate education must be directly related to the duties of the position.*

*Examples of specialized experience at the GS-09 level may include: Interpretation and evaluation of grant applications to comply with applicable program announcements and administrative and fiscal policies. Assist higher level specialists in negotiating grant budgets in specific areas particularly in the granting of awards. Review and analysis of financial and performance reports from grantees.*

**Grade 12   * 1.   GS-12 Choose one answer that best describes your experience:**

**Answer(0 points):** 1. I possess at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-11 level in the Federal service as described in the vacancy questions.

*Examples of specialized experience at the GS-11 level may include: Interpretation and evaluation of grant applications  with applicable program announcements and administrative and fiscal policies to ensure compliance.  Negotiate the grant budget in assigned areas and make recommendations to senior level specialists on grant budgets.  Provide expert technical assistance on the interpretation and application of grants laws, regulations, policies and procedures.*



# QuickHire
Evaluate the people, not the paper.

### Department of Health and Human Services

### Applicant Resume Detail

**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12

**Staging Area ID:** SA-DHHS-0002

---

**Name:** BETH A WATZMAN                                          **SSN:** ▮▮▮▮▮▮

Job Title:                                Receptionist/Administrative Assistant
Employer:                                 Randstad
Employer's Address:                       1750 Rockville Pike, Rockville, MD  20852
Supervisor's Name and Phone Number:       Kerstin Morrill (301-231-5222)
From:                                     09/98 To: 04/01
Salary Per Year:                          $10.00-$12.00 Per Hour
Hours Per Week:                           40
Duties and Accomplishments:
    Performed a wide variety of administrative support tasks such as answering
phones, customer service, tracking invoices, data entry and editing correspondence
using advanced word processing functions.

Job Title:                                Administrative Assistant
Employer:                                 Council of Jewish Organizations of
                                          Flatbush (COJO)
Employer's Address:                       1550 Coney Island Avenue
                                          Brooklyn, NY  11230
Supervisor's Name and Phone Number:       Rabbi Yecheskel Pikus (718-377-2900)
From:                                     08/95 To:  07/97
Salary Per Year:                          $28,000 per year
Hours Per Week:                           40
Dusties and Accomplishments:
    Administrative Assistant to the Executive Director of a non-profit social
services organization.  Accumulated data and developed grant applications
according to requirements of funding institutions.  Administered grants awarded to
COJO for the purpose of assisting the following populations:  immigrants, low
income families and single heads of households.  Maintained program records,
submitted statistics on a monthly basis to funding institutions and wrote progress
reports.  Based on client needs and expenditure patterns, made recommendations to
Executive Director regarding future years' budget requests.
    Coordinated annual fundraising breakfast, which had approximately 1,000
attendees.  Developed 38 page breakfast journal which was distributed to breakfast
attendees.  Created and maintained database to track breakfast attendees.
    Managed mass mailings to legislators, Board of Directors, community members,
etc.

Job Title:                                Grants Management Specialist
Employer:                                 National Cancer Institute (NCI)
Employer's Address:                       6120 Executive Blvd., Rockville, MD  20852
Supervisor's Name and Phone Number:       Sara Stone (301-496-7800)

---

QuickHire®: Evaluate the People, Not the Paper.  All Rights Reserved.

EXHIBIT ____12____
PAGE ___1___ OF __9__ PAGES

 **QuickHire.** Evaluate the people, not the paper.

**Department of Health and Human Services**

**Applicant Resume Detail**

Vacancy Description: Grants Management Specialist GS-1101-9 / 11 / 12

Staging Area ID: SA-DHHS-0002

---

Name: BETH A WATZMAN                                    SSN: ▬▬▬▬▬▬

---

From:                              04/92 To: 10/94
Salary Per Year:                   GS-09 salary level (received career
                                   promotions from GS-05 through
                                   GS-09 during this period of time.)

Hours Per Week:  40
Duties and Accomplishments:
    Managed a wide variety of grant mechanisms including the Traditional Research
Project Grants, Fellowships, Training Grants, Program Project Grants, Conference
Grants, Small Business Innovation Research Grants, Shannon Awards, First Awards,
Merit Awards, Foreign Grants, etc.  Demonstrated thorough knowledge of all aspects
of the grants management process, including pre-award and post-award.
    Reviewed grant applications for compliance with PHS/DHHS/NIH, Institute,
Branch and other Government policies and regulations and to insure that all
reporting requirements had been met.
    Performed cost analysis of proposed budget, comparing budget with those of
preceding project years.  Reviewed the budget for reasonableness of costs,
relationship to proposed project and applicant institution's financial management
capabilities.
    Negotiated with grantee institution their level of funding and terms and
conditions of award.
    Interpreted policy and regulations and applied them to all grants management
actions.  Sought guidance from the PHS Policy Statement, PHS Grants Management
Manual, NIH Manual of Issuance, and NCI and GAB Grants Administration Manuals.
    Provided guidance and clarification to grantee regarding NIH/NCI policies and
procedures and rationale for funding decisions.  Responded to inquiries from
grantee regarding allowability of various actions.


Job Title:                         Administrative Clerk
Employer:                          National Library of Medicine (NLM)
Employer's Address:                8600 Rockville Pike, Bethesda, MD  20894
Supervisor's Name and Phone Number:  Theodore Youwer (301-496-5441)
From:                              01/91 To: 04/92
Salary Per Year:                   GS-05 salary level
Hours Per Week:                    40
Duties and Accomplishments:
    Assisted Chief of Office of Administrative Management Services (OAMS) in
preparation of yearly budget requests; prepared itemized lists of anticipated OAMS
expenditures for upcoming fiscal year.  Responsible for updating OAMS budget
spreadsheet (Lotus 1-2-3) with purchase requests for supplies, equipment, and
maintenance contracts, and for tracking expenditures within specific object

---

QuickHire®:  Evaluate the People, Not the Paper.  All Rights Reserved.

 12.2



**Department of Health and Human Services**

**Applicant Resume Detail**

Vacancy Description: Grants Management Specialist GS-1101-9 / 11 / 12

   Staging Area ID: SA-DHHS-0002

---

| Name: BETH A WATZMAN | SSN |
|---|---|

classes.  Responsible for ensuring that cost accrued by on-line standing work
requests to the NIH National Center for Research Resources (NCRR) did not exceed
the authorized dollar limitation; coordinated the approval/rejection of requests
for additional funds once this dollar limitation had been reached.

Reviewed incoming manual issuances to determine which portions affected OAMS
and notified Chief of OAMS (supervisor) of any changes, which could affect
operating procedures of OAMS or policy decisions made by OAMS.  Assisted in the
preparation of NLM Manual Issuances pertaining to administrative support services
performed by OAMS.  Assisted in the preparation of the OAMS portion of the NLM
quarterly report (i.e., collected information, and authored draft).  Responsible
for the development and implementation of various OAMS procedures in an effort to
maximize office systems efficiency, and to insure OAMS compliance with NLM policy
and procedures.  Created various databases to be used as integral part of these
procedures.  Established a functional filing system.  Experienced with the NIH
Adminsitrative Database System (ADB).  Used this system to request, approve, and
determine status of online work orders and to obtain vendor information pertinent
to purchase requests.  Liaison between the NLM program areas, and the NIH NCRR and
NIH Office of Research Services (ORS).  Coordinated work requested by the program
areas to the NCRR and the ORS and resolved problems pertaining to the request.
Work requests included orders for maintence, telecommunications, medical arts and
photography, and special exhibits.  Performed special projects as requested by the
Chief of OAMS.

Responsible for all federal Supply Schedule and Open Market procurement
actions originating in OAMS, including requests for office supplies and equipment,
and maintenance contracts.  Thoroughly understands procedures for insuring
competition and soliciting sources; has demonstrated the ability to accurately
determine appropriate source and evaluate quotations, thereby insuring that OAMS
was in compliance with Federal(FAR) and HHS(HHSAR) regulations for competition.
Entered purchase request on-line into the Administrative Database System(ADB),and
prepared purchase request form(NIH 1861/NIH402).  Provided vendor literature,
price quotations, and other documentation to NLM's Small Purchase Office.
Resolved problems with vendor regarding item/service availability, delivery of
incorrect item, non-delivery of item, etc. Served as "approving official" when
item was received by OAMS.

Served as liaison between OAMS and NLM Office of Personnel Management,
apprising OAMS staff members of changes in personnel policy or procedural
requirements which may affect them.  Resolved administrative problems pertaining
to OAMS staff's payroll, leave status, training, etc.  Sought guidance from the
NLM Administrative Manual, the NIH Manual of Issuance and the NLM Office of
Personnel as needed.  Analyzed employee Time and attendance Records and provided

---

12.3

 **Department of Health and Human Services**

**Applicant Resume Detail**

**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12

**Staging Area ID:** SA-DHHS-0002

---

**Name:** BETH A WATZMAN                                      SS█████████

---

status reports to the Chief of OAMS, enabling him to determine unfavorable trends
in employee attendance and overall efficiency of employee time.  Monitored and
insured correct completion of such personnel forms as Standard Form 52, Personnel
Action Request;  HHS 350, training Nomination and Authorization; and Optional Form
8, Position Description.  Served as timekeeper for 22-24 OAMS staff members,
including 7 part time employees with fluctuating tours of duty.  Insured that
proper documentation had been submitted when employees were not present at work.

| | |
|---|---|
| Job Title: | Clerk Typist (GS-303-04) |
| Employer: | National Library of Medicine (NLM) |
| Employer's Address: | 8600 Rockville Pike, Bethesda, MD  20894 |
| Supervisor's Name and Phone Number: | Theodore Youwer (301-496-5441) |
| From: | 09/90 To:01/91 |
| Salary Per Year: | GS-04 salary level |
| Hours per week: | 40 |
| Duties and Accomplishments: | |

Performed general office procedures such as preparing correspondence from rough
drafts or verbal instructions, reviewing incoming mail and routing it to
appropriate sections, and filing documentation.  Reviewed regulations and written
policies to determine applicability to the branch and as necessary forwarded
various issuances to the appropriate supervisor for action. Answered telephone
inquiries from NLM staff and from other NIH Institutes.  Determined if action
should be taken in response to these queries and the timing of such action.
Initiated facility maintenance requests.  Served as the primary office point of
contact for the NLM Office of Personnel Management regarding the processing of
personnel actions.  Served as timekeeper for 22 employees.  Implemented a revised
tracking system for the use of temporary card keys and updated the files for
telephone credit cards and key requests.  Responsible for all procurement actions
originating in OAMS, including office supplies, equipment, maintenance contracts,
and local messenger services.

EDUCATION:
A.  Highest level completed:  Master of Science Degree
B.  Last High School attended:  Winston Churchill High School
                                Potomac, Maryland  20854
                                High School Degree received June, 1979
C.  Colleges and Universities Attended:
    1) Name:                    Loyola College
       City, State, and Zip:  Baltimore, Maryland  21210

---

QuickHire®: Evaluate the People, Not the Paper.  All Rights Reserved.

12.4



**Department of Health and Human Services**

**Applicant Resume Detail**

Vacancy Description: Grants Management Specialist GS-1101-9 / 11 / 12

Staging Area ID: SA-DHHS-0002

---

**Name:** BETH A WATZMAN                                          SSN: ▓▓▓▓▓▓▓

---

|  |  |
|--|--|
| Total Credits Earned: | 52 |
| Major: | Speech Language Pathology |
| Degree: | M.S. |
| Year: | 1989 |

2) Name:                   University of Maryland
   City, State, and Zip:   College Park Maryland  20742
   Total Credits Earned:   120
   Major:                  Business Management
   Degree:                 B.S.
   Year:                   1983

OTHER QUALIFICATIONS (Job-related awards, skills, and training courses)

A.  Awards:  Group Performance Awards received 05/93 and 05/94 for work performed as a member of a grants managment team.

B.  Computer Skills:  I am experienced with Word Perfect, Microsoft Word, Microsoft Excel, dBase III Plus, and Lotus 1-2-3.  I am also experienced with the National Institutes of Health's administrative Database and the National Cancer Institute's automated grants management system.  I type 55 words per minute with less than 3 errors.

C.  Relevant Training Courses:

       School Name:    NIH Training Center
       Date Attended:  1993
       Course Name:    1) Grants Management Responsibilities and the Grants Process
                       2) The Legal Underpinnings of Grants
                       3) Cost Principles in Grants Administration

---

QuickHire®: Evaluate the People, Not the Paper.  All Rights Reserved.

Date: 9/29/03                                                          Page:5

12.5

 **Department of Health and Human Services**

Evaluate the people, not the paper.

**Applicant Assessment Report**

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** BETH WATZMAN

---

What locations do you wish to apply to?
        Washington, DC

What grades do you wish to apply to?
        09

<p><b><u>APPLICANT GUIDANCE:</u></b></p>Please be sure to allow yourself adequate
time to apply for this vacancy. We recommend that you review the questions for this
announcement before you start the application process. The system will not save your
responses unless you finish all of the questions for the specific grade level for
which you are applying. If you wish to save your answers and return to your
application at a later time, then you must respond to all of the questions for the
specific grade level.

HOW TO SAVE YOUR ANSWERS: The QuickHire system only saves responses on a screen-by-
screen basis. What does that mean? Each time you reach AND select a "Continue" or
"Finish" button at the bottom of the page, the system saves the answers on that
screen. All questions up to that button must have an answer, or an error message
will be created. WHAT IF YOU EXIT THE APPLICATION AND DON'T ANSWER ALL OF THE
QUESTIONS BEFORE THE "CONTINUE" OR "FINISH" BUTTON? Those answers on that screen
will not be saved!!

**All Grades * 1.**   Apply cost factors, including cost principles, to evaluate grantee
                requests and justification for funding.
    **Answer(5 points):** 4. I have performed this task as a regular part of my job,
                          independently and usually without review by a supervisor
                          or senior employee.
    If you answered "In addition to independently performing this task as a
    regul... " above please answer the following question(s):
        **1.1.** Please cite examples that illustrate your level of experience
             selected above. (Failure to provide evidence which supports the
             level selected will result in a lowered score)
    **Answer(0 points):**
      **\* 2.**   From the answer choices below, please select the ones that best
             reflects your experience in working with and providing technical
             assistance to grantees.  I have extensive experience advising
             grantees on:
    **Answer(4 points):** 2. grantee financial and administrative requirements
                          3. indirect cost claims
      **\* 3.**   Have you independently negotiated budgets, continuations, and other
             issues with grantees as it relates to the grant administration?
    **Answer(7 points):** Yes
    If you answered "Yes" above please answer the following question(s):
        **3.1.** Please cite examples that illustrate your experience.

---

12.6



# Department of Health and Human Services
## Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** BETH WATZMAN

---

**Answer(0 points):** I have negotiated with grantee institution their level of funding and terms and conditions of award.

I have provided guidance and clarification to grantee regarding NIH/NCI policies and procedures and rationale for funding decisions.  I have responded to inquiries from grantee regarding allowability of various actions.

* **4.** Interpret and apply Federal grant administration laws, policies, procedures and regulations in the review and evaluation of grant applications.

**Answer(5 points):** 4. I have routinely performed this function and I have been successful at it performing it in a number of situations.

If you answered "I am highly skilled at performing this function." above please answer the following question(s):

**4.1.** In the space provided, please describe your specific work experiences where you have interpreted and applied Federal grant administration laws, policies, procedures and regulations in the review and evaluation of grant applications.

**Answer(0 points):**

* **5.** Provide technical assistance and guidance to grantees on financial and administrative requirements and closeout procedures.

**Answer(5 points):** 4. I have routinely performed this function and I have been successful at it performing it in a number of situations.

If you answered "I am highly skilled at performing this function." above please answer the following question(s):

**5.1.** Please cite examples that illustrate your level of experience selected above. (Failure to provide evidence which supports the level selected will result in a lowered score)

**Answer(0 points):**
<p><b><u>VETERAN'S PREFERENCE:</u></b></p><p><b>***</b>If claiming 5 point veterans preference, you must submit copy #4 of your DD214.</p><p><b>***</b>If claiming 10-points veterans preference on the basis of a disability, you must submit copy #4 of your DD-214 and appropriate documentation from the Department of Veterans Affairs dated within 12 months of the application.</p><p><b>***</b>If claiming 10-points veterans preference on the basis of a disability, you must submit copy #4 of your DD-214 and appropriate documentation from the Department of Veterans Affairs dated within 12 months of the application.</p>Failure to provide appropriate documentation will result in denial of requested veterans preference.

<p><b><u>PRIORITY CONSIDERATION:</u></b><b>***</b></b>If you are claiming ICTAP or CTAP preference fax all required documentation to the number below.  Follow the

---

QuickHire®:  Evaluate the People, Not the Paper.  All Rights Reserved.

 **Department of Health and Human Services**
**Applicant Assessment Report**

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** BETH WATZMAN

---

links listed for ICTAP and CTAP eligibility and supporting documentation
requirements.
<a href='http://career.psc.gov/chpublic/ctap.html' target=newwin>Follow this link
for CTAP eligibility</a>

<a href='http://career.psc.gov/chpublic/ictap.html'target=newwin>Follow this link
for ICTAP eligibility</a>

<p><b><u>STANDARD FORM 50 (NOTICE OF PERSONNEL ACTION):</p></b></u><B>***</B>All
status and reinstatement eligible applicants <b>MUST</b> submit a copy of their
<u>appointment or promotion</u> Standard Form 50 verifying current grade, promotion
potential, reinstatement eligibility or Highest Federal civilian grade.  Please do
not send Awards or Pay Adjustment SF-50's.  SF-50s must be submitted via fax by the
closing date of this vacancy</b><p>For additional information on reinstatement
eligibility visit: <a
href="http://www.usajobs.opm.gov/EI2.htm"target=newwin>http://www.usajobs.opm.gov/EI2


<i><b>Please fax all applicable required documentation by the closing date of this
vacancy to the attention of: QuickHire HelpDesk at 301-480-3864.  Include the
vacancy announcement number on the fax cover sheet.</b></i>

    **\* 6.**   Choose a method of consideration- Please select one choice from the
following:

**Answer(0 points):** 5. (NONE) The choices above are not applicable to me.
If you answered "(MP-only) I am a Federal employee in the career
competitive service with permanent or conditional tenure, as indicated on
my current Standard Form 50 (Notice of Personnel Action). Please consider
me through the merit promotion process in which I will compete with all
status applicants." above please answer the following question(s):

    **6.1.** I will fax my Standard Form 50 supporting the claim above to 301-
480-3864 by the closing date of this announcement. (Failure to do
so will result in the denial of your status claim and you will only
be considered under Delegated Examining. Please include the vacancy
announcement number on the fax cover sheet.)

**Answer(0 points):**

If you answered "(MP and DE) I am a Federal employee in the career
competitive service with permanent or conditional tenure, as indicated on
my current Standard Form 50 (Notice of Personnel Action). Please consider
me via both of the methods described in the previous choices." above please
answer the following question(s):

    **6.2.** I will fax my Standard Form 50 supporting the claim above to 301-
480-3864 by the closing date of this announcement. (Failure to do
so will result in the denial of your status claim and you will only
be considered under Delegated Examining. Please include the vacancy
announcement number on the fax cover sheet.)

**Answer(0 points):**

---



## Department of Health and Human Services
### Applicant Assessment Report

**Staging Area ID:** SA-DHHS-0002
**Vacancy Number:** ACF-03-008
**Vacancy Description:** Grants Management Specialist GS-1101-9 / 11 / 12
**Name:** BETH WATZMAN

---

If you answered "(NC) I am a Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my current Standard Form 50 (Notice of Personnel Action). I am eligible for noncompetitive consideration because I am currently holding or have held a permanent grade that is equal to or above the full performance level/promotion potential of the position being advertised." above please answer the following question(s):

   6.3. I will fax my Standard Form 50 supporting the claim above to 301-480-3864 by the closing date of this announcement. (Failure to do so will result in the denial of your status claim and you will only be considered under Delegated Examining. Please include the vacancy announcement number on the fax cover sheet.)

**Answer(0 points):**
<i>(DE-only-APPLICANTS NOTE: This process only allows consideration of the top three ranked candidates, and veteran's preference rules apply. If selected through this process, you may have to serve another probationary period and your  tenure group may be affected.)</i>

   * 7.   I am a USPHS Commissioned Corps officer.

**Answer(0 points):** No

**Grade 09**   * 1.   GS-9 Choose one answer that best describes your education, experience or combination of education and experience:

**Answer(0 points):** 1. I possess at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-7 level in the Federal service as described in the vacancy questions.

<i>Graduate education must be directly related to the duties of the position.</i>

<i>Examples of specialized experience at the GS-7 level may include: Comprehension of grant administration and financial policies and procedures.  Skill in providing advisory services to program staff and grantees.  Use of computer software for data review analysis.</i>

---

Exhibit
13

ACF-03-008

Certificate of Eligibles
DHHS/Program Support Center

DELEGATED EXAMINING UNIT
Certificate Number:    HHS/PSC-1-03-151
Certificate Issued on:  4/11/03
Certificate Expires on: 7/10/03

Type of Appointment: Career/Career-Conditional Appointment
Occupation: Grants Management Specialist GS-1101-9 / 11 / 12
Pay Plan-Series-Grade: GS-1101-09
Location: Washington, DC
Random Number: 4

GRADE: 09



| | | | | |
|---|---|---|---|---|
| D | 96.67 | NV | | SSN |
| D A | 96.67 | NV | | SSN |
| A | 96.67 | NV | RICHARDS, JENNIFER<br>12304 W. CROSS DR. #204<br>LITTLETON, CO 80127<br>Phone: 720-922-3547 | SSN:   EOD 7/27/03 |
| NS | 95.83 | TP | | SSN: |
| A | 95.00 | NV | KEEL, CHARMAINE<br>4220-202C WILSHIRE BLVD<br>WILMINGTON, NC 28403<br>Phone: 9103500448 | SSN:2   EOD 6/29/03 |
| NS | 95.00 | NV | WASHINGTON, DC 20001<br>Phone: | SSN: |

Signature: _____        Date: 6/4/03
          Selecting Official

ge 1

EXHIBIT 13
PAGE 1 OF 5 PAGES

ACF MERIT PROMOTION SELECTION CERTIFICATE
Announcement No: ACF-03-008
Certificate No.: ACF-03-008-GS-09

ISSUE DATE: 4/14/03
EXPIRATION DATE: 5/15/03
TITLE/SERIES/GRADE OF POSITION:  Grants Management Specialist GS-1101-9 / 11 / 12
NUMBER OF VACANCIES: Two (2)
PROMOTION POTENTIAL: GS-12
LOCATION: Washington, DC

INSTRUCTIONS TO SELECTING OFFICIAL

You should carefully consider all supportive documentation of the candidates'
qualifications.  You have the right to select any candidate on this list or to
elect not to select any of those referred.

GRADE: 09



NS
8
GRE???LL, MD 2???0
Pho???                                        SSN

NS
W???T??, DC 20001                              SSN
Phone:        ??8

A    FAULK, VIRGINIA                           SSN           EOD 4/29/03
     13812 BONSAL LANE
     SILVER SPRING, MD 20906
     Phone: 301-871-9050

NS
???3                                           SSN
ODENTON, MD 21113
Phone

NS
APARTMENT 304                                  SSN
SILVER SPRING, MD 20904
Phone:

NS
???                                            SSN
304
HYATTSVILLE, MD 20782
Phone:

NS
FORESTV???LE, MD 2074?                         SSN
Phone:

'Annotate your Selection with a "A", Non-Selections with a "NS" and Declinations with
a "D".  The selection remains tentative until the personnel office makes an actual job
offer to the selectee.***

13.2

2

ACF MERIT PROMOTION SELECTION CERTIFICATE
Announcement No: ACF-03-008
Certificate No.: ACF-03-008-GS-09

NS

SILVER SPRING, MD 20904
Phone

SSN:

A

12015 DEVILWOOD DRIVE
POTOMAC, MD 20854
Phone: 301-762-8243

SSN:

EOD 6/24/03

NS

Phone:

SSN:

Proposed Effective Date:_____

Signature and Title of Selecting Official: _____ Date: 6/4/03

Servicing Personnel Specialist: Shelly L. Moore - (301) 443-0751

**Annotate your Selection with a "A", Non-Selections with a "NS" and Declinations with a "D".  The selection remains tentative until the personnel office makes an actual job offer to the selectee.***

3

13.3

ACF MERIT PROMOTION SELECTION CERTIFICATE
Announcement No: ACF-03-008
Certificate No.: ACF-03-008-MP-GS-11A

ISSUE DATE: 5/13/03
EXPIRATION DATE: 6/12/03
TITLE/SERIES/GRADE OF POSITION:  Grants Management Specialist GS-1101-9 / 11 / 12
NUMBER OF VACANCIES: TWO (2)
PROMOTION POTENTIAL: GS-12
LOCATION: Washington, DC

INSTRUCTIONS TO SELECTING OFFICIAL

You should carefully consider all supportive documentation of the candidates'
qualifications.  You have the right to select any candidate on this list or to
elect not to select any of those referred.

GRADE: 11

NS ████████████████████A          SSN ████████████
   ████████████████ NE
   WASHINGTON, DC 20018
   Phone: ███████████4

NS ████████████████████          SSN ████████████
   FORESTVILLE, MD 20747
   Phone: 3██████████04

NS ████████████████████          SSN ████████████
   SILVER SPRING, MD 20904
   Phone: ████████████

NS SILVER, CATHERINE              SSN: ████████████
   6001 LUCENTE AVENUE
   SUITLAND, MD 20746
   Phone: 301-735-4839CH

Proposed Effective Date:_____

Signature and Title of Selecting Official _____.  Date: 6/4/03

Servicing Personnel Specialist: WILSON MERCADO-301-443-5624

***Annotate your Selection with a "A", Non-Selections with a "NS" and Declinations with
a "D".  The selection remains tentative until the personnel office makes an actual job
offer to the selectee.***

13.4

# MEMORANDUM

March 8, 2004

To: File
From: William E. Ferry, Contract EEO Investigator
Subject: Ages of Selectees and Applicants

On March 8, 2004, Ms. Daphne Weeden, Director, Division of Discretionary Grants, indicated the following dates of birth for the two selectees;

Jennifer Richards- March 3, 1967
Beth Watzman-March 8, 1961

On March 8, 2004, Rita Richey, an applicant on both the GS-9 and GS-11 certificates, confirmed over the telephone (301-594-4893-Nat'l Library of Medicine telephone number) that she was interviewed for the Grants Management Specialist position at the GS-9 level and was age 39 at the time.

On March 7, 2004, a telephone call to Ms. Linda Gray-Broughton (202-526-6724) was answered by a person who identified himself as her husband and stated that she was under age 40. He did not wish to provide her date of birth.

EXHIBIT 13
PAGE 5 OF 5 PAGES



# INTERVIEW QUESTIONS
## (Scale 1-5)

**Name** _____

**Announcement No.** _____

**Grade Level** _____

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score _____

2) What is the extent of your knowledge of Federal regulations governing the administration of grants?   Give us some examples.

   Score _____

3) What is the difference between a grant and a contract?
                        ...grant, contract and cooperative agreement?
   Score _____

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score _____

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year.  How are you at managing multiple activities at one time?  working under pressure?  Meeting tight deadlines?

   Score _____

                                            Total Score _____

EXHIBIT ___14___
PAGE___1___ OF ___1___ PAGES

Exhibit

15

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| [ ] Redescription [X] New [ ] Reestablishment [ ] Other | [X] Hdqtrs. [ ] Field | WASHINGTON, DC | WASHINGTON, DC | |

Explanation (Show any positions replaced)

| 10. Position Status | 11. Position Is: | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| [X] Competitive | [ ] Supervisory | [X] 1—Non-Sensitive  [ ] 3—Critical Sensitive | 0000 |
| [ ] Excepted (Specify in Remarks) | [ ] Managerial | [ ] 2—Noncritical Sensitive  [ ] 4—Special Sensitive | 14. Agency Use |
| [ ] SES (Gen.)  [ ] SES (CR) | [X] Neither | | |

7. Fair Labor Standards Act: [X] Exempt [ ] Nonexempt

8. Financial Statements Required: [ ] Executive Personnel Financial Disclosure  [ ] Employment and financial interest

9. Subject to IA Action: [X] Yes [ ] No

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Grants Management Specialist | GS | 1101 | 09 | vj | 04/24/02 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Grants Management Specialist | GS | 1101 | 09 | | |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify)

C Brooks

| 18. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| Department of Health and Human Services | Office of Grants Management |
| a. First Subdivision | d. Fourth Subdivision |
| Administration for Children and Families | Division of Discretionary Grants |
| b. Second Subdivision  Office of the Deputy Assistant Secretary for Administration | e. Fifth Subdivision |

Signature of Employee (optional)

19. Employee Review—This is an accurate description of the major duties and responsibilites of my position.

Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
Alece Morgan, Acting Director
Division of Discretionary Grants

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Signature: Carol Carter Walker    Date: 4/25/02

Signature:    Date:

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

22. Position Classification Standards Used in Classifying/Grading Position
General Business and Industry Series, GS-1101

Typed Name and Title of Official Taking Action
Vanessa Jenkins
Human Resources Specialist

Signature: Vanessa Jenkins    Date: 4/24/02

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

EXHIBIT 15
PAGE 1 OF 10 PAGES
BUS: 0010

Promotion Potential to GS-12 (PD88-0257)
GS-11 - PD077152?

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265        Previous Edition Usable        5008-106        OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

# STATEMENT OF DIFFERENCE

## Grants Management Specialist
## GS-1101-09

This position is basically the same as the duties reflected in
PD# 77-1528, GS-1101-11, except for the following:

## Factor 1 - Knowledge Required by the Position

Employee uses knowledge of grants management principles,
processes, and methods and their application to agency grant
program, to analyze recurring assignment of moderate difficulty.
Use standard business methods and management principles and
practices and their application to evaluation of grantee
proposals to review grant announcements and conduct routine cost
analyses of proposals; monitor grantee financial reports; and
respond to grantee questions and inquiries.

## Factor 2 - Supervisory Controls

Work is assigned in terms of objectives and priorities.
Assistance is provided on new or unusual assignments.  The
employee exercises initiative and judgement in performing
actions related to the discretionary grants process, in
accordance with standard practices and established procedures.
Recommendations are reviewed prior to signature for
documentation, judgement, and compliance with policies and
procedures.

## Factor 4 - Complexity

The work involves a variety of tasks, including planning,
analysis, evaluation and negotiation.  Incumbent's
responsibilities cover most aspects of the grants award and
administration processes through closeout.

15.2

# POSITION DESCRIPTION (Please Read Instructions on the Back)

| | | | |
|---|---|---|---|
| | | | **1. Agency Position No.** |

**2. Reason for Submission**
- [ ] Redescription
- [ ] New
- [ ] Reestablishment
- [ ] Other

E _____ tion (Show any positions replaced)

**3. Service**
- [XX] Hdqtrs.
- [ ] Field

**Employing Office Location**
WASHINGTON, DC

**5. Duty Station**
WASHINGTON, DC

**6. OPM Certification No.**

**7. Fair Labor Standards Act**
- [X] Exempt
- [ ] Nonexempt

**8. Financial Statements Required**
- [ ] Executive Personnel Financial Disclosure
- [ ] Employment and Financial Interests

**9. Subject to IA Action**
- [X] Yes
- [ ] No

**10. Position Status**
- [X] Competitive
- [ ] Excepted (Specify in Remarks)
- [ ] SES (Gen.)
- [ ] SES (CR)

**11. Position is:**
- [ ] Supervisory
- [ ] Managerial
- [X] Neither

**12. Sensitivity**
- [X] 1—Non-Sensitive
- [ ] 2—Noncritical Sensitive
- [ ] 3—Critical Sensitive
- [ ] 4—Special Sensitive

**13. Competitive Level Code**
0000

**14. Agency Use**

_____ rtification and
Organizational Update

### 15. Classified/Graded by

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Grants Management Specialist | GS | 1101 | 11 | vj | 04/24/02 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | . | | | |
| e. Recommended by Supervisor or Initiating Office | Grants Management Specialist | GS | 1101 | 11 | | |

**16. Organizational Title of Position (if different from official title)**

**17. Name of Employee (if vacant, specify)**
Stevenson R

**18. Department, Agency, or Establishment**
Department of Health and Human Services

**a. First Subdivision**
Administration for Children and Families

**b. Second Subdivision** Office of the
Deputy Assistant Secretary for Administration

**c. Third Subdivision**
Office of Grants Management

**d. Fourth Subdivision**
Division of Discretionary Grants

**e. Fifth Subdivision**

**19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.**

**Signature of Employee (optional)**

_____ rvisory Certification. I certify that this is an accurate statement of _____ major duties and responsibilities of this position and its organizational _____ relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor**
Alece Morgan, Acting Director
Division of Discretionary Grants

**b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)**

| Signature | Date | Signature | Date |
|---|---|---|---|
| *(signature)* | 4/22/02 | | |

**21. Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

**22. Position Classification Standards Used in Classifying/Grading Position**
General Business and Industry Series,
GS-1101

**Typed Name and Title of Official Taking Action**
Vanessa Jenkins
Human Resources Specialist

| Signature | Date |
|---|---|
| *(signature)* | 4/24/00 |

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

### 23. Position Review

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24 Remarks**

AS PER REORGANIZATION PUBLISHED IN
FEDERAL REGISTER VOL. 67, NO. 38,
FEBRUARY 26, 2002

15.3

Promotion Potential to GS-12  PD88635T        BUS:  0010

**25. Description of Major Duties and Responsibilities (See Attached)**

NSN 7540-00-634-4265        Previous Edition Usable        5008-106        OF 8 (Rev. 1-85)
U.S. Office of Personnel Management

Grants Management Specialist

GS-1101-11

Serrano (OGC), ~~AWWA Office of~~
~~Program Support (OPS)~~

## Duties

Management, Child Support Enforcement
Office

Serves as a Grants Management Specialist in the ~~Division~~ of
~~Discretionary~~ Grants) Office of ~~Financial Management,~~ and is
responsible for awarding and administering grant awards and
providing technical assistance related to discretionary grants.
Major duties include:

- Ensures that all grant applications comply with applicable
  program announcements and administrative and fiscal
  policies, are reasonable in terms of the requesting
  institution's salary policies, are supported by adequate
  explanations showing deviations of requested amounts and are
  categorized properly so that direct costs can be computed
  correctly.  May attend grant application review panels in an
  advisory capacity.

- With the advice of the appropriate program staff, negotiates
  the grant budget in assigned areas and/or makes
  recommendations to senior grants management specialists on
  grant budgets.  Apprises the grantee of the
  responsibilities, requirements, grants management
  objectives, policies and procedures to be followed during
  the life of the grant.  Subsequently prepares grant awards
  and, in general, secures the cooperation of grantees in
  ensuring prudent and proper use of public funds.

- Negotiates the amount of continuation and supplemental grant
  awards with advice and recommendations from the responsible
  project staff member.

- Monitors grantees' continuing operations to assure
  compliance with the terms and conditions of the grant award.
  Makes recommendations to resolve grantee problems in
  coordination with program officials.  Ensures documentation
  of actions taken is complete and accurate.

- Reviews, analyzes, processes and distributes to appropriate
  staff financial, performance, management and other required
  reports for the management of grants.  Tracks trends and
  patterns, including statistical analysis, of grantee
  financial performance.

- Provides program staff and/or senior grants management
  officials with expert technical assistance, including the
  interpretation and application of grants laws, regulations,
  policies and procedures in assigned areas.

15.4

Page 2

Participates in project site visits with program staff to ensure grantees are meeting fiscal and compliance requirements.

- Assures grants are closed out in accordance with administrative and fiscal requirements.

Factor 1 - Knowledge required by the Position

- ~~Substantial~~ knowledge of Federal, Department and agency grant administration and financial policies and procedures, statutes, regulations and directives to carry out ACF grants management activities.

- ~~Substantial~~ knowledge of cost factors, including cost principles, to evaluate grantee requests and justification.

- ~~Substantial~~ knowledge of effective leadership methods to coordinate and analyze the efforts, recommendations and other input of various specializations, e.g., program, legal, accounting staff.

- Skills in negotiating and providing advisory services to program staff and grantees.

- Substantial knowledge of information database user operations and computer software for data review analysis.

Factor 2 - Supervisory Controls

The incumbent receives work assignments from *Office Director* ~~Section Chief~~ in terms of broad program objectives and basic priorities. The incumbent works with relative independence in performing actions related to long-term discretionary grants, referring to supervisor or senior grants specialists in unusual circumstances or when situations involve major deviations from established policy. Work is evaluated on the basis of feedback from program staff, effectiveness of advice and assistance provided and overall implementation of grants management policies and procedures.

Factor 3 - Guidelines

Guidelines include 45 CFR Parts 74 and 92, the HHS and ACF Grants Administration Manuals and other Federal policies, directives and regulations applying to grants administration.

15.5

Page 3

Responsibilities require analytical and interpretive skills in
financial management areas where there are no clear precedents or
established guidelines.

Factor 4 - <u>Complexity</u>

The work involves a variety of complex tasks, including planning,
analysis, evaluation and negotiation.  Incumbent's
responsibilities cover most major and minor aspects of the grants
award and administration processes through closeout and require
substantial analytical and interpretive skill in matters
involving complex financial management issues.

Factor 5 - <u>Scope and Effect</u>

The purpose of the work is to ensure that ACF discretionary grant
awards are negotiated, awarded and administered in accordance
with statutory requirements.  The work has a major impact on the
efficiency and effectiveness of ACF and the successful delivery
of essential services to vulnerable populations nationwide.

Factor 6 - <u>Personal Contacts</u>

Contacts include various staff in the Office of Financial
Management, staff in program areas which issue grants, grantees
and their representatives and Departmental officials in
accounting and payment management.

Factor 7 - <u>Purpose of Contacts</u>

Contacts are to obtain financial information and other data,
provide advice and guidance, negotiate grant awards with
acceptable terms and conditions, interpret policies and
regulations and ensure compliance with grants fiscal
requirements.

Factor 8 - <u>Physical Demands</u>

The work is sedentary in nature but requires occasional travel.

Factor 9 - <u>Work Environment</u>

The work is performed in an office setting.

15.6

**POSITION DESCRIPTION** (Please Read Instructions on the Back)

| | | |
|---|---|---|
| 1. Reason for Submission | | 4. Employing Office Location: WASHINGTON, DC |
| Redescription ☐ New ☐ | 3. Service ☒ Hdqrts. ☐ Field | 5. Duty Station: WASHINGTON, DC |
| Establishment ☒ Other | | |

02-KP-112    88-6357    6. OPM Certification No.

| 7. Fair Labor Standards Act ☒ Exempt ☐ Nonexempt | 8. Financial Statements Required ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests | 9. Subject to IA Action ☒ Yes ☐ No |
|---|---|---|

tion (Show any positions replaced)

| 10. Position Status ☒ Competitive ☐ Excepted (Specify in Remarks) ☐ SES (Gen.) ☐ SES (CR) | 11. Position is: ☐ Supervisory ☐ Managerial ☒ Neither | 12. Sensitivity ☒ 1—Non-Sensitive ☐ 3—Critical Sensitive ☐ 2—Noncritical Sensitive ☐ 4—Special Sensitive | 13. Competitive Level Code 0000 |
|---|---|---|---|

nt and recertification

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Grants Management Specialist. | GS | 1101 | 12 | vj | 04/24/02 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Grants Management Specialist | GS | 1101 | 12 | | |

| 16. Organizational Title of Position (if different from official title) | 17. Name of Employee (if vacant, specify) |
|---|---|
| | T. Nickens |

| 18. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| Department of Health & Human Services | Office of Grants Management |
| a. First Subdivision | d. Fourth Subdivision |
| Administration for Children & Families | Division of Discretionary Grants |
| b. Second Subdivision  Office of the | e. Fifth Subdivision |
| Deputy Assistant Secretary for Administration | |

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

| visory Certification. I certify that this is an accurate statement of jo duties and responsibilities of this position and its organizational nships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the | knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations. |
|---|---|
| a. Typed Name and Title of Immediate Supervisor  Alece Morgan, Acting Director  Division of Discretionary Grants | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) |
| Signature  Alece H. Morgan  Date  4/2/02 | Signature  Date |

| 21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards. | 22. Position Classification Standards Used in Classifying/Grading Position  General Business and Industry Series, GS-1101 |
|---|---|
| Typed Name and Title of Official Taking Action  Vanessa Jenkins  Human Resources Specialist | |
| Signature  Vanessa Jenkins  Date  4/24/02 | Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management. |

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

AS PER REORGANIZATION PUBLISHED IN
FEDERAL REGISTER VOL. 67, NO. 38,
FEBRUARY 26, 2002

NKPP                                                BUS: 0010

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265    Previous Edition Usable    5008-106    OF 8 (Rev. 1-85) U.S. Office of Personnel Management

15.7

Grants Management Specialist

GS-1101-12

*Grants management Office*

*Services (OHS), Office of Program Support (OPS)*

*Office Division   PP 7/29/96*

## Duties

~~Serves as a Grants Management Specialist in the Division of~~ *Management Child Support Enforcement* ~~Discretionary Grants,~~ *Grants* Office of ~~Financial Management~~ and is responsible for awarding and administering grant awards and providing technical assistance related to discretionary grants. Major duties include:

- Ensures that all grant applications comply with applicable program announcements and administrative and fiscal policies, are reasonable in terms of the requesting institution's salary policies, are supported by adequate explanations showing deviations of requested amounts and are categorized properly so that direct costs can be computed correctly. May attend grant application review panels in an advisory capacity.

- With the advice of the appropriate program staff, negotiates the grant budget in assigned areas and/or makes recommendations on grant budgets. Apprises the grantee of the responsibilities, requirements, grants management objectives, policies and procedures to be followed during the life of the grant. Subsequently prepares grant awards and, in general, secures the cooperation of grantees in ensuring prudent and proper use of public funds.

- Negotiates the amount of continuation and supplemental grant awards with advice and recommendations from the responsible project staff member.

- Monitors grantees' continuing operations to assure compliance with the terms and conditions of the grant award. Makes recommendations to resolve grantee problems in coordination with program officials. Ensures documentation of actions taken is complete and accurate.

- Reviews, analyzes, processes and distributes to appropriate staff financial, performance, management and other required reports for the management of grants. Tracks trends and patterns, including statistical analysis, of grantee financial performance.

- Provides program staff and grantees with expert technical assistance, including the interpretation and application of grants laws, regulations, policies and procedures in assigned areas.

15.8

Participates in project site visits with program staff to ensure grantees are meeting fiscal and compliance requirements.

- Assures grants are closed out in accordance with administrative and fiscal requirements.

## Factor 1 – Knowledge required by the Position

- Expert knowledge of Federal, Department and agency grant administration and financial policies and procedures, statutes, regulations and directives and private industry business practices to carry out ACF grants management activities.

- Expert knowledge of cost factors, including cost principles, to evaluate grantee requests and justification.

- Expert knowledge of effective leadership methods to coordinate and analyze the efforts, recommendations and other input of various specializations, e.g., program, legal, accounting staff.

- Advanced skills in negotiating and providing advisory services to program staff and grantees.

- Expert knowledge of information database user operations and computer software for data review analysis.

## Factor 2 – Supervisory Controls

The incumbent receives work assignments ~~from Section Chief~~ in terms of broad program objectives and basic priorities. The incumbent works with full independence in performing actions related to long-term discretionary grants, requesting guidance in unusual circumstances or when situations involve major deviations from established policy. Work is evaluated on the basis of feedback from program staff, effectiveness of advice and assistance provided and overall implementation of grants management policies and procedures.

## Factor 3 – Guidelines

Guidelines include 45 CFR Parts 74 and 92, the HHS and ACF Grants Administration Manuals and other Federal policies, directives and regulations applying to grants administration.

15.9

Page 3

Responsibilities require analytical and interpretive skills in financial management areas where there are no clear precedents or established guidelines.

## Factor 4 – Complexity

The work involves a variety of highly complex and specialized tasks, including planning, analysis, evaluation and negotiation. Incumbent's responsibilities cover all of the major and minor aspects of the grants award and administration processes through closeout and require substantial analytical and interpretive skill in matters involving complex financial management issues.

## Factor 5 – Scope and Effect

The purpose of the work is to ensure that ACF discretionary grant awards are negotiated, awarded and administered in accordance with statutory requirements.  The work has a major impact on the efficiency and effectiveness of ACF and the successful delivery of essential services to vulnerable populations nationwide.

## Factor 6 – Personal Contacts

Contacts include various staff in the Office of Financial Management, staff in program areas which issue grants, grantees and their representatives and Departmental officials in accounting and payment management.

## Factor 7 – Purpose of Contacts

Contacts are to obtain financial information and other data, provide advice and guidance, negotiate grant awards with acceptable terms and conditions, interpret policies and regulations and ensure compliance with grants fiscal requirements.

## Factor 8 – Physical Demands

The work is sedentary in nature but requires occasional travel.

## Factor 9 – Work Environment

The work is performed in an office setting.

EXHIBIT 15
PAGE 10 OF 10 PAGES

Exhibit

16

# EMPLOYEE PERFORMANCE MANAGEMENT PLAN AND RATING
## IDENTIFICATION INFORMATION

Silver, Catherine M.
*EMPLOYEE'S NAME (Last, First, MI)*

Grants Management Specialist
*POSITION TITLE*

ACF/OCSE/OGM
*ORGANIZATION*

GS/WG **1101** - **9**
*Series*      *Grade*

Social Security Number

*Code*

PERFORMANCE PERIOD: **2/1/02**     **12/31/02**
                      *FROM*         *TO*

APPRAISAL YEAR     **2002**

## PLAN ESTABLISHMENT

This Plan consists of __5__ Elements.

☒ The total weight of all job elements is 100 points.

☒ The total weight of all critical job elements is greater than total weight of all non-critical job elements (i.e., at least 51 points).

☒ The lowest weighted critical element ( __20__ points) has a higher weight than the highest weighted non-critical element ( __10__ points).

I certify that this performance plan sets forth the job elements and standards upon which the work performance of this employee will be rated:

_Daphne Weeden_   2/4/02   _Mauro Bryant_   2/04/02
*APPRAISING OFFICIAL'S SIGNATURE*   *Date*   *REVIEWER'S SIGNATURE*   *Date*

I have received a copy of this plan and understand that it describes the job elements and standards upon which my work performance will be rated:

_Catherine Silver_   2/4/02
*EMPLOYEE'S SIGNATURE*   *Date*

Relationship to Within-grade Increase:  At least a Fully Successful Summary Rating is required for an acceptable level of competence determination for granting a within-grade increase.

## PROGRESS REVIEW

I certify that a review of progress under this plan was conducted:

_____   _____   _Catherine Silver_   10/25/02
*APPRAISING OFFICIAL*   *Date*   *EMPLOYEE*   *Date*

EXHIBIT _____ 1C
PAGE _____ OF 24 PAGES

GS-09

*Silver, Catherine M..*
_____    _____    o-52-8810
EMPLOYEE'S NAME (Last, First, MI)                                          *Social Security Number*

## BASIS FOR SUMMARY RATING

I derived this summary rating on the following basis (check one):

[X]  Rating the job elements in the attached plan.
[ ]  Consolidating the attached summary ratings (Document below the method used to consolidate summary ratings).

## CONSOLIDATING SUMMARY RATINGS

*Note:  Complete when two or more Summary Ratings have been issued during the appraisal year.*

SUMMARY RATING #1
FROM (mmddyy)      TO (mmddyy)            _____ POINTS X    _____ DAYS =    _____

SUMMARY RATING #2
FROM (mmddyy)      TO (mmddyy)            _____ POINTS X    _____ DAYS =    _____

SUMMARY RATING #3
FROM (mmddyy)      TO (mmddyy)            _____ POINTS X    _____ DAYS =    _____

                          TOTALS:        DAYS ->  _____    POINTS-> _____

_____ / _____ = _____ POINTS(*RATING OF RECORD*)
*(Total Points)*              *(Total Days)*

## PERFORMANCE RATING

| | Point Range: | | Summary Rating: | LEVEL OF PERFORMANCE | Code |
|---|---|---|---|---|---|
| | 100 – 199 or | Employee is rated acceptable on one or more critical elements | [ ] UNACCEPTABLE | [ ] _____ | 1 |
| | 200 – 299 or | Employee is rated marginally successful on one or more critical elements | [ ] MARGINALLY SUCCESSFUL | [ ] _____ | 2 |
| TOTAL SCORE 340 | 300 – 399 | | [X] FULLY SUCCESSFUL | [ ] _____ | 3 |
| | 400 – 460 | | [ ] EXCELLENT | [ ] _____ | 4 |
| | 461 – 500 | | [ ] OUTSTANDING | [ ] _____ | 5 |

This Rating is    [X] A Rating of Record    [ ] A Summary Rating

*Delece H. Mongan*          3/1/2003          *Maud Bryt*          3/01/23
APRAISING OFFICIAL'S SIGNATURE    Date          REVIEWER'S SIGNATURE          Date

*Catherine Silver*          4/18/03          *Maud Bryt*          3/01/03
EMPLOYEE'S SIGNATURE          Date          MANAGER OF PERFORMANCE AWARD          Date
*(Indicates that a copy of summary rating was received)*          BUDGET SIGNATURE

16.2



GS-09

| Element #   1 | **EPMS JOB ELEMENT** | ☒ Check if Critical |
|---|---|---|

Analysis of financial assistance awards, to include review of applications receipt consideration of proposed award instruments, performance of comprehensive technical/budget reviews of approved applications, and overall conformity to grants management policies and procedures.

---

**EXCELLENT: (4 points)**          **Performance Standards**

Same as level 3 except that: the reviews conducted almost always reflect a comprehensive and critical analysis of the awards; employee incorporates information available from other sources (e.g. audits, prior years reports, site visits, waivers) to ensure that special conditions, when necessary, are developed in order to protect the Government's interests and minimize problems. Financial assistance awards are almost always executed within 30 days of receipt. Requires general guidance from supervisor only for complex actions.

---

**FULLY SUCCESSFUL: (3 points)**

Assist senior grants management specialist and team leaders in the initial review of applications to determine completeness and compliance with requirements; i.e., timeliness, eligibility and proof of nonprofit status. Performs grant actions on schedule for issuance within 30 days of receipt, with consideration given to overall workload and unscheduled priorities. Approved applications are usually reviewed and analyzed to insure compliance with applicable program announcements, eligibility, completeness of application, proper ranking, documentation of funding decision, budgeted costs are reasonable, allowable and allocable, correct award instrument and applicable terms and conditions. Usually follows established policies and procedures. A technical/budget analysis is prepared when conducting monetary award reviews; i.e. new, continuations and supplement actions. Usually exercises sound judgment in reviewing and negotiating grant budgets in assigned areas, making recommendations, and uses diplomacy in working relationships. Grant actions are usually well-documented in the files. Complex developing issues or problems that delay action are usually identified and solutions proposed with supervision assistance; basic issues are resolved with supervision.

---

**MARGINALLY SUCCESSFUL: (2 points)**

One or more fully successful standards are not achieved with extensive supervision. Completion of grant awards are unnecessarily delayed or are regularly returned due to inadequate documentation or analysis. Unnecessarily delayed or overdue awards negatively impact office goals and objectives. Grant award negotiations and technical reviews require detailed management guidance concerning administrative or technical policies or procedures. Developing grant award issues and/or problems are not identified in a timely manner.

---

[ SCORE ]

Weight:  30          X          Value:  3          =          Score:  90
_____          _____          _____
1-100          1-5          1-500

16.3

GS-09



| Element #    1 | **EPMS JOB ELEMENT (Continued)** |
|---|---|

**[   PROGRESS REVIEW NARRATIVE   ]**

Employee's performance in this area of responsibility is meeting the requirements.  Ms. Silver is conscientious in moving her assignments.  She is currently learning about grants management. Ms. Silver is encouraged to focus on identifying the program announcement that the application was reviewed under, how to review the application and conduct an analysis of the budget, using appropriate remarks and completing the Financial Assistance Award in GATES.  She is encouraged to review her notes and manual on Grants Management Financial Analysis.   Grants Management Officers will continue to provide close supervision and guidance on a regular basis. Grants Management classes are being offered to Ms. Silver.

**[   SUMMARY NARRATIVE   ]**

Employee's performance in this area of responsibility is meeting the requirements.  Ms. Silver continued to be conscientious in moving her assignments; however, she is encouraged to refer to all grants management resources that are available to her in justifying her recommendations.  She needs to demonstrate more confidence in working independently and not depend on co-workers but instead to get her guidance from the Grants Management Officers.

16·4

GS-09

| Element #   2 | **EPMS JOB ELEMENT** | ☒ Check if Critical |

Post-Award monitoring of grantee, includes analyzing grant revisions, documentation of grant files, review and analysis of financial reports, obtaining overdue reports, conduct close-out procedures, perform site visits and prepare trip reports, identify and provide resolution of problem grantees, and provide overall conformity to grants management policies and procedures, etc.

---

**EXCELLENT:** (4 points)          **Performance Standards**

Problems identified are almost always effectively and timely addressed and coordinated with the grantee, Division of Payment Management (DPM) and program offices as appropriate with management guidance necessary only for highly complex situations. Situations which may result in conflicts between ACF and grantees are brought to management's attention with suggested general solutions in a timely manner. Almost always takes required action to assure timely receipt of all reports. Documentation of actions taken is almost always complete and accurate.

---

**FULLY SUCCESSFUL:** (3 points)
Post-award issues are reviewed in a manner usually in conformance with regulations, polices, and procedures. Usually assures receipt of required financial and program reports within the established deadline and documents action to obtain delinquent reports GATES data entry is monitored for accuracy and completeness. Usually reviews and analyzes Financial Reports in a timely and thorough manner with emphasis on Non-Federal share, indirect costs, unobligated balances and program income. Close outs are completed utilizing available policy and procedural guidance to address areas such as (a) program income, (b)equipment and ( c) supplies disposition, (d) final reporting and (d) related financial issues with minimal supervisory assistance. Usually closes out and retires expired awards within six months of expiration of assigned grants, with consideration given to formally authorized extensions of closeout periods. Usually responds to written inquiries within 30 days from receipt. Usually develops recommendations to resolve controversial and/or unusual issues or problems. Inquiries are usually addressed in a diplomatic manner and management is informed of significant related events as they develop. Usually assures that expired grant files contain required documentation for close out. Usually analyzes financial reports to assure all requirements have been met (e.g. non-Federal matching share, unliquidated obligations). Usually documents files following request from grantees for delinquent reports. Usually exercises sound judgment in analyzing post-award grant actions. The files are reviewed and documented to show the nature of the problem and the approach used to solve the problem. Problem grantees are identified and supervisor notified. Usually provides assistance to problem grantees on a timely basis. Site visits are performed as resources permit. Trip reports are completed within 10 work days of completion of trip. Uses diplomacy in working relationships. Issues are resolved with supervision.

---

**MARGINALLY SUCCESSFUL:** (2 points)
One or more fully successful standards are not achieved with extensive supervision. Completion of post-award grant actions are unnecessarily delayed or are regularly returned due to inadequate documentation or analysis. Developing post-award grant issues and/or problems are not identified in a timely manner. Detailed management guidance is required on administrative and/or technical issues. Post-award grant issues and/or problems are not identified in a timely manner. Site visits fail to reflect complete and comprehensive reviews and trip reports regularly require administrative or technical edits by management.

---

[ **SCORE** ]

| Weight: | 30 | X | Value: | 4 | = | Score: | 120 |
| | 1-100 | | | 1-5 | | | 1-500 |

16.5

GS-09

| Element #    2 | **EPMS JOB ELEMENT (Continued)** |
|---|---|

**[   PROGRESS REVIEW NARRATIVE   ]**

Employee's performance in this area of responsibility is meeting the requirements.  The progress review narrative for Element #1 also applies in this element.  Ms. Silver is encouraged to be familiar with the content of the regulations and OMB circulars.  Grants Management Officers will continue to provide close supervision and guidance on a regular basis.

**[   SUMMARY NARRATIVE   ]**

Employee's performance in this area of responsibility is very successful.  Ms. Silver has improved in this element.  There has been improvement in prioritizing her workload and distinguishing the various types of assigned actions.  She is encouraged to work more independently with minimum supervision.

GS-09



| Element #   3 | **EPMS JOB ELEMENT** | ☒ Check if Critical |

Performs analyzes and resolves actions involving Suspension, Termination, identification of High-Risk grantees, and Audit Resolution.

**EXCELLENT:** (4 points)　　　　**Performance Standards**

Resolution of all assigned outstanding monetary and non-monetary audit findings is accomplished in less then 4 months. Almost always prepares OIG clearance documents (OCDs) and audit disallowance letters (ADLs) in a clear and concise manner to reflect resolution action. Proposed audit resolution actions almost always are supported by thorough documentation and conform to applicable laws and regulations.

**FULLY SUCCESSFUL:** (3 points)

Promptly recommends to supervisor, termination or suspension of a grant or placement on high-risk as appropriate and prepares written documentation necessary to complete action. Usually resolves outstanding monetary and non-monetary audit findings within prescribed times frames. Usually prepares OCDs and ADLs in a clear and concise manner to reflect the resolution action. Proposed audit resolution actions are usually supported by thorough documentation and conform to applicable laws and regulations. Issues are resolved with supervision.

**MARGINALLY SUCCESSFUL:** (2 points)

One of the more fully successful standards are not achieved with extensive supervision. Grant closeout packages are untimely or regularly returned due to inadequate documentation or analysis, or failure to follow established procedures. Unique closeout and audit situations and/or developing closeout and audit issues are not identified in a timely manner. Financial or property interests are not protected. Detailed management guidance is required on administrative and/or technical issues.

**[ SCORE ]**

Weight:　20　　　　　X　　　　Value:　3　　　　=　　　Score:　60
　　　　1-100　　　　　　　　　　　　1-5　　　　　　　　　　1-500

16·7



GS-09

| Element # | 3 | **EPMS JOB ELEMENT (Continued)** |
| --- | --- | --- |

---

[    **PROGRESS REVIEW NARRATIVE**    ]    _____

Employee's performance in this area of responsibility is meeting the requirements.

[    **SUMMARY NARRATIVE**    ]    _____

Employee's performance in this area of responsibility is meeting the requirements

16.8



GS-09

| Element # 4 | **EPMS JOB ELEMENT** | ☐ Check if Critical |
|---|---|---|

Provides Consultation, Training and Technical Assistance to grantees and program office staff, to include generation of oral and written responses, and provision of policy guidance.

---

**EXCELLENT:** (4 points)          **Performance Standards**

Written responses are almost always completed in less than 30 days from date of receipt. Oral responses almost always reflect a comprehensive understanding of the issues involved and are given in a timely manner. Training and technical assistance sessions for program staff and grantees are well prepared and communicated in a clear, concise and diplomatic manner. Acts in a professional resource capacity to programs relative to grants management issues at panel review meetings. Basic inquiries are addressed independently and seldom result in the need for management-level assistance.

---

**FULLY SUCCESSFUL:** (3 points)

Usually presents clear, concise and technically correct interpretations of ACF (a)grants laws, regulations, policies and procedures orally or in writing to assure grantee/applicant compliance with current standards. Actively participates in the conduct of training sessions with program staff and/or grantees. Issues are resolved with supervision.

---

**MARGINALLY SUCCESSFUL:** (2 points)

One or more fully successful standards are not achieved with extensive supervision. At times the incumbent provides technically flawed advice to program office staff, management, grantees, or the public. Training presentations reflect minimal subject area knowledge or preparation. Presentations at briefings, meetings, or training sessions may lack adequate supporting documents. Policy interpretations fail to consider salient elements of an issue or the impact upon operations and program offices. Guidance is untimely and inquiries may be redirected to management or other staff to resolve. Tact and diplomacy may not be demonstrated.

---

**[ SCORE ]**

| Weight: | 10 | X | Value: | 3 | = | Score: | 30 |
|---|---|---|---|---|---|---|---|
| | 1-100 | | | 1-5 | | | 1-500 |

GS-09

16 9

| Element #    4 | EPMS JOB ELEMENT (Continued) |
|---|---|

_____     [  PROGRESS REVIEW NARRATIVE   ]     _____

Employee's performance in this area of responsibility is meeting the requirements.  Ms. Silver appears to be comfortable in providing routine technical assistance; however, she is encouraged to consult with the Grants Management Officers prior to responding to program office staff and grantees regarding grant issues.

_____     [  SUMMARY NARRATIVE   ]     _____

Employee's performance in this area of responsibility is meeting the requirements.  The comments are the same as the progress review report.

GS-09



| Element #   5 | **EPMS JOB ELEMENT** | ☐ Check if Critical |
|---|---|---|

Performance of a variety of tasks to enhance the overall efficiency and effectiveness of grants management.

---

**EXCELLENT:** (4 points)                    **Performance Standards**

In addition to exceeding level 3 requirements, almost always completes special assignments in a thorough, accurate and timely manner. Completed assignments reflect initiative. Sometimes assists other staff following completion of own assignments.

---

FULLY SUCCESSFUL: (3 points)

Usually completes special assignments in a thorough, accurate and timely manner. Usually monitors accuracy and completeness of data in GATES. Makes sound and timely recommendation to management regarding overall for effectiveness and efficiency. Knowledgeable in using various computer software necessary to generate reports and presentations; i.e.3 PMS computer system, WORD, Excel Access, PowerPoint, etc.. Provides various task to enhance overall efficiency and effectiveness of grants management; i.e. mail, sorting, Hot Line phone response, etc.. Issues are resolved with supervision.

---

MARGINALLY SUCCESSFUL: (2 points)

One or more fully successful standards are not achieved with extensive supervision. Other staff occasionally assist in completing work incumbent fails to complete.

---

**[ SCORE ]**

Weight:    10        X        Value:    4        =        Score:    40
           1-100                           1-5                         1-500

GS-09

16.11

| Element #    5 | **EPMS JOB ELEMENT (Continued)** |

[    **PROGRESS REVIEW NARRATIVE**    ]

Employee's performance in this area of responsibility is successful.  Ms. Silver is willing to assist whenever there is a need.  She is encouraged to voluntarily assist with future projects in DDG.

[    **SUMMARY NARRATIVE**    ]

Employee's performance in this area of responsibility is very successful.  Ms. Silver continued to assist whenever there is a need..

GS-09



# EMPLOYEE PERFORMANCE MANAGEMENT PLAN AND RATING
## IDENTIFICATION INFORMATION

Sillver, Catherine M.
*EMPLOYEE'S NAME (Last, First, MI)*

Grants Management Specialist
*POSITION TITLE*

ACF/OCSE/OGM
*ORGANIZATION*

Social Security Number

GS/WG  **1101**  -  **9**
       *Series*      *Grade*

**KFD**
*Code*

PERFORMANCE PERIOD:  FROM: **3/1/01**   TO: **12/31/01**    APPRAISAL YEAR  **2001**

---

## PLAN ESTABLISHMENT

This Plan consists of **5** Elements.

☒ The total weight of all job elements is 100 points.

☒ The total weight of all critical job elements is greater than total weight of all non-critical job elements (i.e., at least 51 points).

☒ The lowest weighted critical element ( **20** points) has a higher weight than the highest weighted non-critical element ( **10** points).

I certify that this performance plan sets forth the job elements and standards upon which the work performance of this employee will be rated:

*APPRAISING OFFICIAL'S SIGNATURE*   **4/1/2001**   *REVIEWER'S SIGNATURE*   **4/1/2001**
                                    *Date*                                 *Date*

I have received a copy of this plan and understand that it describes the job elements and standards upon which my work performance will be rated:

*EMPLOYEE'S SIGNATURE*   **4/1/2001**
                         *Date*

**Relationship to Within-grade Increase:** At least a Fully Successful Summary Rating is required for an acceptable level of competence determination for granting a within-grade increase.

---

## PROGRESS REVIEW

I certify that a review of progress under this plan was conducted:

_____   _____        _____   _____
*APPRAISING OFFICIAL*        *Date*         *EMPLOYEE*                   *Date*

GS-09

16.13



| Element #   1 | EPMS JOB ELEMENT | ☒ Check if Critical |
|---|---|---|

Analysis of financial assistance awards, to include review of applications receipt consideration of proposed award instruments, performance of comprehensive technical/budget reviews of approved applications, and overall conformity to grants management policies and procedures.

---

**EXCELLENT: (4 points)**　　　　**Performance Standards**

Same as level 3 except that: the reviews conducted almost always reflect a comprehensive and critical analysis of the awards; employee incorporates information available from other sources (e.g. audits, prior years reports, site visits, waivers) to ensure that special conditions, when necessary, are developed in order to protect the Government's interests and minimize problems. Financial assistance awards are almost always executed within 30 days of receipt. Requires general guidance from supervisor only for complex actions.

---

**FULLY SUCCESSFUL: (3 points)**

Assist senior grants management specialist and team leaders in the initial review of applications to determine completeness and compliance with requirements; i.e., timeliness, eligibility and proof of nonprofit status. Performs grant actions on schedule for issuance within 30 days of receipt, with consideration given to overall workload and unscheduled priorities. Approved applications are usually reviewed and analyzed to insure compliance with applicable program announcements, eligibility, completeness of application, proper ranking, documentation of funding decision, budgeted costs are reasonable, allowable and allocable, correct award instrument and applicable terms and conditions. Usually follows established policies and procedures. A technical/budget analysis is prepared when conducting monetary award reviews; i.e. new, continuations and supplement actions. Usually exercises sound judgment in reviewing and negotiating grant budgets in assigned areas, making recommendations, and uses diplomacy in working relationships. Grant actions are usually well-documented in the files. Complex developing issues or problems that delay action are usually identified and solutions proposed with supervision assistance; basic issues are resolved with supervision.

---

**MARGINALLY SUCCESSFUL: (2 points)**

One or more fully successful standards are not achieved with extensive supervision. Completion of grant awards are unnecessarily delayed or are regularly returned due to inadequate documentation or analysis. Unnecessarily delayed or overdue awards negatively impact office goals and objectives. Grant award negotiations and technical reviews require detailed management guidance concerning administrative or technical policies or procedures. Developing grant award issues and/or problems are not identified in a timely manner.

---

**[ SCORE ]**

| Weight: | 30 | X | Value: | 3 | = | Score: | 90 |
|---|---|---|---|---|---|---|---|
| | 1-100 | | | 1-5 | | | 1-500 |

GS-09



| Element #   1 | **EPMS JOB ELEMENT (Continued)** |
| --- | --- |

[  **PROGRESS REVIEW NARRATIVE**   ]

[   **SUMMARY NARRATIVE**   ]

Employee's performance during this performance period was successful.  As a trainee, Ms. Silver was able to successfully review and analyze new actions with the assistance of the Grants Management Officer.  The next performance period will give Ms. Silver more experience in reviewing the various program areas and what is required in analyzing the different types of project budgets.



GS-09

| Element #   2 | **EPMS JOB ELEMENT** | ☒ Check if Critical |
|---|---|---|

Post-Award monitoring of grantee, includes analyzing grant revisions, documentation of grant files, review and analysis of financial reports, obtaining overdue reports, conduct close-out procedures, perform site visits and prepare trip reports, identify and provide resolution of problem grantees, and provide overall conformity to grants management policies and procedures, etc.

**EXCELLENT:** (4 points)                    **Performance Standards**

Problems identified are almost always effectively and timely addressed and coordinated with the grantee, Division of Payment Management (DPM) and program offices as appropriate with management guidance necessary only for highly complex situations. Situations which may result in conflicts between ACF and grantees are brought to management's attention with suggested general solutions in a timely manner. Almost always takes required action to assure timely receipt of all reports. Documentation of actions taken is almost always complete and accurate.

**FULLY SUCCESSFUL:** (3 points)
Post-award issues are reviewed in a manner usually in conformance with regulations, polices, and procedures. Usually assures receipt of required financial and program reports within the established deadline and documents action to obtain delinquent reports GATES data entry is monitored for accuracy and completeness. Usually reviews and analyzes Financial Reports in a timely and thorough manner with emphasis on Non-Federal share, indirect costs, unobligated balances and program income. Close outs are completed utilizing available policy and procedural guidance to address areas such as (a) program income, (b)equipment and ( c) supplies disposition, (d) final reporting and (d) related financial issues with minimal supervisory assistance. Usually closes out and retires expired awards within six months of expiration of assigned grants, with consideration given to formally authorized extensions of closeout periods. Usually responds to written inquiries within 30 days from receipt. Usually develops recommendations to resolve controversial and/or unusual issues or problems. Inquiries are usually addressed in a diplomatic manner and management is informed of significant related events as they develop. Usually assures that expired grant files contain required documentation for close out. Usually analyzes financial reports to assure all requirements have been met (e.g. non-Federal matching share, unliquidated obligations). Usually documents files following request from grantees for delinquent reports. Usually exercises sound judgment in analyzing post-award grant actions. The files are reviewed and documented to show the nature of the problem and the approach used to solve the problem. Problem grantees are identified and supervisor notified. Usually provides assistance to problem grantees on a timely basis. Site visits are performed as resources permit. Trip reports are completed within 10 work days of completion of trip. Uses diplomacy in working relationships. Issues are resolved with supervision.

**MARGINALLY SUCCESSFUL:** (2 points)
One or more fully successful standards are not achieved with extensive supervision. Completion of post-award grant actions are unnecessarily delayed or are regularly returned due to inadequate documentation or analysis. Developing post-award grant issues and/or problems are not identified in a timely manner. Detailed management guidance is required on administrative and/or technical issues. Post-award grant issues and/or problems are not identified in a timely manner. Site visits fail to reflect complete and comprehensive reviews and trip reports regularly require administrative or technical edits by management.

---------------------------------------------- [ **SCORE** ] ----------------------------------------------

| Weight: | 30 | X | Value: | 3 | = | Score: | 90 |
|---|---|---|---|---|---|---|---|
| | 1-100 | | | 1-5 | | | 1-500 |

GS-09



Element #    2                    **EPMS JOB ELEMENT (Continued)**

[    PROGRESS REVIEW NARRATIVE    ]

[    SUMMARY NARRATIVE    ]

Employee's performance during this performance period was successful.  Ms. Silver is encouraged to work closely with the Grants Management Officer regarding the analysis process in determining the appropriate response.



GS-09

| Element #   3 | **EPMS JOB ELEMENT** | ☒ Check if Critical |
|---|---|---|

Performs analyzes and resolves actions involving Suspension, Termination, identification of High-Risk grantees, and Audit Resolution.

---

**EXCELLENT: (4 points)**          **Performance Standards**

Resolution of all assigned outstanding monetary and non-monetary audit findings is accomplished in less then 4 months. Almost always prepares OIG clearance documents (OCDs) and audit disallowance letters (ADLs) in a clear and concise manner to reflect resolution action. Proposed audit resolution actions almost always are supported by thorough documentation and conform to applicable laws and regulations.

---

**FULLY SUCCESSFUL: (3 points)**

Promptly recommends to supervisor, termination or suspension of a grant or placement on high-risk as appropriate and prepares written documentation necessary to complete action. Usually resolves outstanding monetary and non-monetary audit findings within prescribed times frames. Usually prepares OCDs and ADLs in a clear and concise manner to reflect the resolution action. Proposed audit resolution actions are usually supported by thorough documentation and conform to applicable laws and regulations. Issues are resolved with supervision.

---

**MARGINALLY SUCCESSFUL: (2 points)**

One of the more fully successful standards are not achieved with extensive supervision. Grant closeout packages are untimely or regularly returned due to inadequate documentation or analysis, or failure to follow established procedures. Unique closeout and audit situations and/or developing closeout and audit issues are not identified in a timely manner. Financial or property interests are not protected. Detailed management guidance is required on administrative and/or technical issues.

---

**[ SCORE ]**

Weight:  __20__    X    Value:  __3__    =    Score:  __60__
            1-100                          1-5                              1-500

GS-09



| Element #    3 | **EPMS JOB ELEMENT (Continued)** |
|---|---|

[    PROGRESS REVIEW NARRATIVE    ]

[    SUMMARY NARRATIVE    ]

Employee's performance during this performance period was successful. As a trainee, Ms. Silver had the opportunity to close out several grants. It is anticipated that Ms. Silver will close out more grants in the next performance period with the continued assistance of the Grants Management Officer.

GS-09



| Element #   4 | EPMS JOB ELEMENT | ☐ Check if Critical |
|---|---|---|

Provides Consultation, Training and Technical Assistance to grantees and program office staff, to include generation of oral and written responses, and provision of policy guidance.

---

**EXCELLENT:** (4 points)          **Performance Standards**

Written responses are almost always completed in less than 30 days from date of receipt. Oral responses almost always reflect a comprehensive understanding of the issues involved and are given in a timely manner. Training and technical assistance sessions for program staff and grantees are well prepared and communicated in a clear, concise and diplomatic manner. Acts in a professional resource capacity to programs relative to grants management issues at panel review meetings. Basic inquiries are addressed independently and seldom result in the need for management-level assistance.

---

**FULLY SUCCESSFUL:** (3 points)

Usually presents clear, concise and technically correct interpretations of ACF (a)grants laws, regulations, policies and procedures orally or in writing to assure grantee/applicant compliance with current standards. Actively participates in the conduct of training sessions with program staff and/or grantees. Issues are resolved with supervision.

---

**MARGINALLY SUCCESSFUL:** (2 points)

One or more fully successful standards are not achieved with extensive supervision. At times the incumbent provides technically flawed advice to program office staff, management, grantees, or the public. Training presentations reflect minimal subject area knowledge or preparation. Presentations at briefings, meetings, or training sessions may lack adequate supporting documents. Policy interpretations fail to consider salient elements of an issue or the impact upon operations and program offices. Guidance is untimely and inquiries may be redirected to management or other staff to resolve. Tact and diplomacy may not be demonstrated.

[ **SCORE** ]

| Weight: | 10 | X | Value: | 3 | = | Score: | 30 |
|---|---|---|---|---|---|---|---|
| | 1-100 | | | 1-5 | | | 1-500 |

GS-09



Element #    4          **EPMS JOB ELEMENT (Continued)**

[   **PROGRESS REVIEW NARRATIVE**   ]

[   **SUMMARY NARRATIVE**   ]

Employee's performance during this performance period was successful.

GS-09



| Element #   5 | **EPMS JOB ELEMENT** | ☐ Check if Critical |
|---|---|---|

Performance of a variety of tasks to enhance the overall efficiency and effectiveness of grants management.

---

**EXCELLENT:**  (4 points)                    **Performance Standards**

In addition to exceeding level 3 requirements, almost always completes special assignments in a thorough, accurate and timely manner.  Completed assignments reflect initiative.  Sometimes assists other staff following completion of own assignments.

---

FULLY SUCCESSFUL:  (3 points)

Usually completes special assignments in a thorough, accurate and timely manner.   Usually monitors accuracy and completeness of data in GATES.  Makes  sound and timely recommendation to management regarding overall for effectiveness and efficiency. Knowledgeable in using various computer software necessary to generate reports and presentations; i.e.3 PMS computer system, WORD, Excel Access, PowerPoint, etc.. Provides various task to enhance overall efficiency and effectiveness of grants management; i.e. mail, sorting, Hot Line phone response, etc..  Issues are resolved with supervision.

---

MARGINALLY SUCCESSFUL:  (2 points)

One or more fully successful standards are not achieved with extensive supervision.  Other staff occasionally assist in completing work incumbent fails to complete.

---

**[ SCORE ]**

Weight:  10        X       Value:  4       =       Score:  40
         1-100                      1-5                      1-500

GS-09

| Element #   5 | EPMS JOB ELEMENT (Continued) |
|---|---|

[   PROGRESS REVIEW NARRATIVE   ]

[   SUMMARY NARRATIVE   ]

Employee's performance during this performance period was highly successful.  Ms. Silver willingly performed a variety of grants management activities.  It is to be noted that she was a participant in organizing the grants filing area.

GS-09



*Silver, Catherine M..*
EMPLOYEE'S NAME *(Last, First, MI)*                                      *Social Security Number*

## BASIS FOR SUMMARY RATING

I derived this summary rating on the following basis (check one):

☒  Rating the job elements in the attached plan.
☐  Consolidating the attached summary ratings *(Document below the method used to consolidate summary ratings).*

## CONSOLIDATING SUMMARY RATINGS

*Note: Complete when two or more Summary Ratings have been issued during the appraisal year.*

SUMMARY RATING #1
FROM (mmddyy)      TO (mmddyy)           _____ POINTS X      _____ DAYS = _____

SUMMARY RATING #2
FROM (mmddyy)      TO (mmddyy)           _____ POINTS X      _____ DAYS = _____

SUMMARY RATING #3
FROM (mmddyy)      TO (mmddyy)           _____ POINTS X      _____ DAYS = _____

TOTALS:          DAYS -> _____      POINTS-> _____

_____ / _____ = _____ POINTS(*RATING OF RECORD*)
*(Total Points)*      *(Total Days)*

## PERFORMANCE RATING

|  | Point Range: |  | Summary Rating: | LEVEL OF PERFORMANCE | Code |
|---|---|---|---|---|---|
|  | 100 – 199 or | Employee is rated acceptable on one or more critical elements | ☐ UNACCEPTABLE | ☐ _____ | 1 |
|  | 200 – 299 or | Employee is rated marginally successful on one or more critical elements | ☐ MARGINALLY SUCCESSFUL | ☐ _____ | 2 |
| TOTAL SCORE 310 | 300 – 399 |  | ☒ FULLY SUCCESSFUL | ☒ _____ | 3 |
|  | 400 – 460 |  | ☐ EXCELLENT | ☐ _____ | 4 |
|  | 461 – 500 |  | ☐ OUTSTANDING | ☐ _____ | 5 |

This Rating is    ☒ A Rating of Record    ☐ A Summary Rating

*David Bryant*                      2/21/2002            *[signature]*                    2/21/2002
APPRAISING OFFICIAL'S SIGNATURE    *Date*            REVIEWER'S SIGNATURE            *Date*

*Catherine Silver*                 3/19/2002           *[signature]*                    4-23-02
EMPLOYEE'S SIGNATURE               *Date*            MANAGER OF PERFORMANCE AWARD    *Date*
*(Indicates that a copy of summary rating was received)*    BUDGET SIGNATURE

EXHIBIT ___ 16
PAGE 24 OF 24 PAGES

GS-09



### CAREER OPPORTUNITIES TRAINING AGREEMENT

**NAME:**            Catherine Silver

**POSITION TITLE:**    Parental Information Systems Spec., GS-301-9

**SUPERVISOR:**      Maiso L. Bryant
                  Director, Office of Grants Management

**TARGET POSITION:** Grants Management Specialist, (COTA Trainee), GS-1101-9

**TARGET POSITION LOCATION:**   Office of Grants Management
                           Office of Child Support Enforcement
                           Administration for Children and Families

**SUPERVISOR'S NAME:** Maiso L. Bryant

**DATE SELECTED:** 02/28/01

**PROJECTED COMPLETION DATE:** 02-27-02

**TRAINING OBJECTIVE:**

The objective of the training is to provide a systematic learning experience consisting of formal classroom training, on-the-job training, and self-development activities to provide the trainee with a comprehensive background to successfully perform in the target position.

**FORMAL TRAINING**

Course attendance will be scheduled at intervals to complement on-the-job training. The formal training will begin in 03/01/01 and will continue until required courses are completed.

The trainee will participate in the following courses, which are relevant to qualify for the target position:

| Course Name | Site/Cost | Training Period |
|---|---|---|
| New Professional Orientation for Quality Grants Management | Capitol Hill $135 | TBA * |
| Professional Skills for Quality Grants Management | DHHS; $550 | 06/18-22/01 |
| Grants Management Financial Analysis | DHHS; $550 | 03/26/01 |



EXHIBIT ___ / 7
___ OF 9 PAGES

| | | |
|---|---|---|
| Grants Management Process & Authorities | DHHS; $700 | TBA* |
| Project Officer Training | DHHS; No Cost | TBA * |
| Audits for Grants Management | ACF; No Cost | TBA* |
| Grants Automated Tracking | Computer-Based Training | 04/27/01 |

*Required training will be completed prior to 02/27/02.

Catherine Silver may also participate in academic courses offered at local schools, universities, DHHS/ACF Career Education Centers, the ACF Training Resource Center (including lunchtime seminars), or interagency facilities. Formal training courses relevant to the target position may be taken during or after working hours at government expense, subject to the availability and approval of funds for these training purposes.

## ON-THE-JOB TRAINING

The trainee will work under the direction of a Grants Management Officer or senior grants management specialists who will give her assignments geared toward the target position as a Grants Management Specialists. Assignments will include analyzing grant budgets, managing grants, briefing skills, and writing reports.

The trainee will be placed in increasingly responsible and productive work assignments under one or more work mentors.

While attending formal training courses, the trainee will perform assignments that are designed to provide the knowledge, skills, and abilities required to successfully perform as a Grants Management Specialists, GS-1101-9. The trainee is under the supervision of the Director, Office of Grants Management.

## SELF-DEVELOPMENT

The trainee is responsible for reading a wide variety of information, statues, policies, procedures and regulations related to the administration and management of discretionary grants programs. She will become conversant and knowledgeable about cost analysis, Federal, Department, and agency grant administration and financial policies. The trainee will perform and actively participate in a variety of employee activities related to the Office of Grants Management.

## EVALUATION OF THE TRAINEE'S PROGRESS

Evaluations will be made approximately six months after the trainee is placed in the COTA position. Evaluations will assess her progress toward meeting the job element requirements. The Training Agreement will also be reviewed to determine the need for modification. The Employee Performance Management System will be used to evaluate the progress of the employee. A performance plan has been established which indicates the job elements and performance standards against which the employee is expected to perform.

17.2



The following individuals agree with the training plan as written herein:

_Mario Bryant_                          _3/2/01_
**Immediate Supervisor**                **Date**

_Harold Staten_                         _3/2/01_
**STAFFDIV Budget Officer \***          **Date**

_Catherine Silver_                      _3/2/01_
**COTA Trainee**                        **Date**

_Darryl L. Summers_, Ph.D.             _5/25/01_
**ACF Training Officer**                **Date**

_signature_                             _6/28/01_
**ACF Personnel Officer**               **Date**

\*  Required, if costs are associated with the completion of the training plan.  Signature
certifies that training funds are/will be available for formal training specified in the
training plan.

Upon successful completion of the approved COTA Training Plan, the following signatures
are required:

I certify that the trainee has completed all training described in the Training Plan:

_Carol Carter Walker_                   _6/02/03_
**Immediate Supervisor**                **Date**

_Catherine Silver_                      _6/4/03_
**COTA Trainee**                        **Date**

_Darryl L. Summers_                     _6/9/03_
**ACF Training Officer**                **Date**

17.3

QUALIFICATIONS ANALYSIS

Name:                      Catherine Silver
Title:                     Parental Information Systems Spec., GS-301-9
Target Position:           Grants Management Specialist, GS-1101-9
Location:                  ACF, Office of Child Support Enforcement
                           Office of Grants Management

Qualifications Required:

Two (2) full years of graduate level education or Master's Degree or equivalent Graduate Degree - OR - One year of specialized experience equivalent to the next lower grade that equipped the applicant with the particular knowledge, skills and abilities to perform the duties of the position.

Qualifications Evaluation:

Ms. Silver's application does not reflect the experience that meets the requirements for specialized experience. Consequently, as of the effective date of the Career Opportunities Training Agreement (COTA) assignment, she will need the full complement of experience required by the qualification standards.

Since, Ms. Silver's selection for the Career Opportunities Training Agreement (COTA) assignment was through non-competitive procedures, for each month of training/experience acquired in the trainee position, credit is given for one month of qualifying experience. Accordingly, Ms. Silver will need a total of one year of specialized experience beginning 02-25-01 to qualify for the target position.

Training Areas Recommended:

To be determined by the supervisor.

Vanessa Jenkins
Personnel Staffing and Classification Specialist

17.4

**FOR THE RECORD**
**Amendment of Career Opportunities Training Agreement**
**for Catherine Silver**

This document amends the Career Opportunities Training Agreement (COTA) executed on behalf of Catherine Silver on February 28, 2001.

Due to scheduling conflicts, Ms. Silver was not able to be scheduled for two courses originally listed as mandatory in her COTA. These courses were: Project Officer and Audits for Grants Management.

Her first- and second-line supervisors subsequently reviewed the COTA and determined that these courses were not critical to her successful completion of the required one-year of specialized training to become a full-performance GS-09 grants management specialist. Her managers agreed to amend her COTA accordingly; however the formal amendment was never effected.

This 'For the Record' documents the agreement to make the above-referenced courses optional rather than mandatory. This document should be used to 'graduate' Ms. Silver from her GS-09 grants management specialist (COTA) position to the full performance GS-09 grants management specialist position, effective February 28, 2002.

*Carol Carter Walker*
Carol Carter Walker
Acting Director
Office of Grants Management
Office of Administration
Administration for Children and Families
June 3, 2003

17.5

```
   To:  Catherine Silver@OCSE.OGM@ACF.WDC,Maiso Bryant@OCSE.OGM@ACF.WDC
 From:  Karol Watson@OA.OHRM@ACF.WDC
   Cc:  Hezikiah Dority@OCSE.OMS@ACF.WDC
Subject: Important COTA Information
achment: BEYOND.RTF
  Date:  3/20/01 4:11 PM
```

## COTA:  THE ROLE OF THE TRAINING TEAM

The Career Opportunities Training Agreement (COTA) is a career development tool that can be used by the Department and its components to train employees for careers in different occupations and/or job series. Employees who successfully compete for and get selected for a COTA vacancy AND successfully complete the required training will be eligible for a promotion to the targeted position.  COTA employees who receive a lateral reassignment do not compete for the position, however, they do need to complete the required COTA training.

The Program Support Center's Staffing and Classification Team provides oversight for the COTA program.  The COTA Vacancy Announcement, Qualifications Analysis, and final paperwork for the targeted series is under their authority.  The Training Team's involvement is with the development and approval of the Training Agreement.

The COTA Training Agreement MUST be developed and submitted to the ACF Training Team NO LATER THAN 30 days after the employee is selected to participate in COTA.  During the development of the Training Agreement the Training Team is available for discussion and review of the document.  A sample COTA Vacancy Announcement, a copy of the COTA Guidelines, and a sample Training Agreement are available on the ACF Intranet at http://intranet.acf.dhhs.gov/offices/oa/ohrm/index.htm (To go to the intranet site click with your mouse on the above line.)

The Training Team reviews and signs the Training Agreement for approval and returns it to the originating office. At the conclusion of the COTA Training, the supervisor signs the Training Agreement to confirm that the Training is complete.  The Training Officer has the final sign-off before returning the COTA to the Staffing and Classification Team for completion of the necessary paperwork for the reassignment or promotion to the targeted position.  Once the signed Training Agreement has been returned to Staffing and Classification, the Training Team is no longer involved in the COTA process.

"Be patient with yourself.  Self-growth is tender; it's holy ground.  There's no greater investment." -- Steven Covey

Karol Taylor Watson



kawatson@acf.dhhs.gov
Phone: 202-401-5614
FAX: 202-401-5546
http://acf.dhhs.gov/



# OVERVIEW OF DEVELOPMENT, SUBMISSION, AND COMPLETION OF COTA TRAINING PLANS

## Development of Training Plan

1. As soon as an employee has been selected for placement into a COTA trainee position, the personnelist should complete a qualifications analysis for the selected trainee, which must include:

- the trainee's name;
- the effective date of the placement action;
- the title, series and grade of the trainee and target positions;
- the qualifications required for the target position;
- an assessment of what, if anything, in the trainee's background, is qualifying and can be subtracted from the required experience;
- the total time the trainee is required to serve as a COTA trainee; and
- the name and organization of the trainee's supervisor.

2. The Personnelist will sign and date the qualifications analysis, forward it to the COTA employee's supervisor, and e-mail the ACF Training Office that the qualifications analysis has been forwarded to the supervisor.

3. The Training Officer or designee will e-mail the trainee's supervisor to alert the supervisor of the requirement to develop, within 30 days of the effective date of the COTA assignment, a training plan for the trainee. The Training Office will provide consultation and guidance to the supervisor in developing the training plan.

## Submission of the Training Plan

1. The completed training plan, signed by both the supervisor and the trainee, must be forwarded to the Training Office. If the training plan requires the expenditure of money, the signature of the official in the trainee's immediate office responsible for authorizing the use of funds for training must be provided on the signature page of the training plan.

2. The ACF Training Officer will review and approve the training plan or communicate suggested changes to the supervisor.

3. After signing the training plan, the Training Officer will obtain the approval of the Personnel Officer; retain a copy of the signed training plan; and return the original copy of the approved COTA training plan to the supervisor.

4. The supervisor should give the COTA trainee a copy of the approved training plan and retain the original.

## Completion/Follow-up of Training Plan

1. Upon completion of the COTA assignment, both the trainee and the supervisor must certify (by signing and dating the signature page of the training plan) that the trainee has satisfactorily fulfilled all training requirements of the plan.

2. The supervisor should immediately forward the certification of completion of the training plan

17-8



to the Training Officer. Concurrently, the supervisor should initiate and forward to OHRM the required paperwork to place the trainee into the target position.

3. The Training Officer will review and sign the completed training plan, obtain any other required signatures, and forward it to the appropriate Personnelist.

4. The Personnelist will ensure that the action required to place the trainee in the target position is acted upon and will ensure the filing of the completed training plan in the Official Personnel Folder.

**OTHER AVAILABLE COTA GUIDANCE ON THE ACF INTRANET (OA/OHRM Home Page):**



- **DHHS COTA Guidelines**

- **Sample COTA Vacancy Announcement**

- **Sample COTA Training Plan**

EXHIBIT ____ 17
PAGE _9_ OF _9_ PAGES



Required documents and data-Catherine Silver, ACF-013-03

Issue/basis-non-selection for one of the three vacancies of Grants Management Specialist, GS-1101-9/11/12 announced under Vacancy Announcement Number ACF-03-008 and located in the Division of Discretionary Grants, Office of Grants Management , Office of Administration, beause of her age 63

1. agency rules, regulations and procedures for filling this vacancy
2. concerning the vacancy announcement ACF-03-008 , please provide
   a. copy of announcement (both the internal and external, if advertised in both areas)
   b. position description of position
   c. application of Complainant and selectees
   d. rating sheets
   e. selection certificates, annotated by age
   f. interview notes of Complainant and selectee
   g. memos related to the selection and reasons for the non-selection of Complainant
   h. documentation related to the evaluation of Complainant and selectees
   i. documentation of selections (SF-50s)
   j. position descriptions of the Complainant and selectees, prior to the time of the selection
3. Please identify the names, postions/grades, telephone numbers of the recommending and selecting officials for this vacancy announcement
4. For the period from 1/1/01 to 12/31/03, please provide a list of selections made in the Division of Discretionary Grants, giving the person's name, date of birth, position, grade level
5. For the same period and within the same division, please provide a list of persons promoted to Grants Management Specialist at GS-9,11,12 levels, giving the person's name, prior position and grade, new position and grade, date of birth and date(s) of promotions
6. Organization chart for the Office of Grants Management, indicating the major divisions and the personnel within each (by name, position, grade level and date of birth)

EXHIBIT 18
PAGE ___ OF ___ PAGES

**WILLIAM E. FERRY**
911 Trentle Court
Charlotte, North Carolina 28211
(704) 366-9568

3/25/04

Mr. Miser —

My computer froze so I could not
print the chronology of my attempts
to get info on the Silver ACF complaint,
ACF- 013-03. Attached are —

① my initial email and request dated 1/15/04

② an email from Mr. David Shorts, dated 2/24/04,
wherein he asked personnel about the
document request.

On 1/21/04, during the on-site, I met with
Mr. Shorts to reduce the items on my request.

From 1/28/04 to 2/18/04, I made weekly phone
calls to Mr. Shorts to check on the status
of my request.

William E. Ferry

18.2

# YAHOO! Mail



Print - Close Window

**Date:** Mon, 12 Jan 2004 18:44:01 -0800 (PST)
**From:** "William Ferry" <wferry28211@yahoo.com>
**Subject:** Document Request-Catherine Silver
**To:** dshorts@acf.hhs.gov

Mr. Shorts-Per your request, I faxed my letter of
authorization and the request for info several hours
ago.  Now I am emailing the request. Thanks for your
help.  I plan to be at home tomorrow so please give me
a call about the turnaround time on this request.
Bill Ferry

---

Do you Yahoo!?
Yahoo! Hotjobs: Enter the "Signing Bonus" Sweepstakes
http://hotjobs.sweepstakes.yahoo.com/signingbonus

Attachment



**SilverCatherineRFI.doc**
.doc file

18.3

 My Yahoo!  Mail

# YAHOO! Mail ✉️ Welcome, wferry28211
[Sign Out, My Account]

 powered by HP

Search
the web [_____] 🔍

Mail Home · Help



## Netflix Delivers DVD Renta
### As many as you want, just $20 a month
**Try Netflix for FREE**

| ✉️ Mail ▾ | 👤 Addresses ▾ | 📅 Calendar ▾ | 📝 Notepad ▾ | wferry28211@yahoo.com [Sign Out] |

| Check Mail | Compose | | Mail Upgrades - Search Mail - Mail Options |

**Folders** [Add]

📥 **Inbox (48)**
📄 Draft
📤 Sent
📁 **Bulk (42)** [Empty]
🗑️ Trash [Empty]

**My Folders** [Hide]
📁 do not call

😀 **Check your Credit! It's Free.**
🏠 **Cut Your House Payment by 45%!**
AARP **Join AARP-Get great discounts!**
**Break Free from Bad Credit!**

Previous | Next | Back to Messages

Printable View - Full Headers

| Delete | Reply ▾ | Forward ▾ | Spam |

Move to folder... ▾ OK

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Shorts, David (ACF)" <DShorts@acf.hhs.gov>  📖 Add to Address Book
**To:** "Jenkins, Vanessa (PSC)" <VJenkins@PSC.GOV>
**CC:** "wferry28211@yahoo.com'" <wferry28211@yahoo.com>
**Subject:** Catherine Silver Document Request
**Date:** Tue, 24 Feb 2004 14:43:49 -0500

Hello Vanessa:

Can you give Bill and I an update on Catherine Silver's document request?
Thanks.


David L. Shorts
Director, EEO/Civil Rights Staff
Office of Administration
Administration for Children and Families
Telephone: (202) 401-4784
Fax: (202) 205-5888
dshorts@acf.hhs.gov

| Delete | Reply ▾ | Forward ▾ | Spam |

Move to folder... ▾ OK

Previous | Next | Back to Messages

Save Message Text

| Check Mail | Compose | | Mail Upgrades - Search Mail - Mail Options |

Mail - Address Book - Calendar - Notepad

Address Book  Auctions  Autos  Briefcase  Calendar  Chat  Classifieds  Finance  Games  Geocities  Greetings  Groups  Health  Horoscopes  HotJobs
Kids  Mail  Maps  Member Directory  Messenger  Mobile  Movies  Music  My Yahoo!  News  PayDirect  Personals  Pets  Photos  Shopping  Sports
TV  Travel  Weather  Yellow Pages  more...

Copyright © 1994-2004 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

EXHIBIT 18
PAGE 4 OF 4 PAGES