UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATHERINE SILVER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action Number: 1:05CV0968(JDB) |
| | ) |
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF ERRATA**

Defendant in the above captioned matter, through undersigned counsel, files this Notice of Errata regarding its motion to dismiss, or in the alternative, for summary judgment, which was filed August 1, 2005. The undersigned learned today that only a portion of the text of the main document actually entered the court's electronic case filing system. The undersigned is unaware of the cause of the technical failure. However, pursuant to instruction from the court, the undersigned now attaches to this Notice, the motion to dismiss, or in the alternative, for summary judgment filed August 1, 2005. An electronic copy of the motion to dismiss, or in the alternative, for summary judgment and this Notice has been emailed to plaintiff's counsel today. Counsel regrets the error.

August 8, 2005                                         Respectfully submitted,


                                                       _____
                                                       BENTON G. PETERSON
                                                       Assistant United States Attorney
                                                       Judiciary Center Building, Room
                                                       555 Fourth Street, N.W.
                                                       Washington, D.C.  20530
                                                       (202) 514-7238