## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

CATHERINE SILVER )
6001 Lucente Avenue )
Suitland, MD 20746 )
)
     Plaintiff, )
)
v. )    **Case No.: 1:05CV0968**
)
MICHAEL O. LEAVITT, )    **JURY TRIAL DEMANDED**
SECRETARY OF THE UNITED STATES )
DEPARTMENT OF HEALTH AND HUMAN )
SERVICES )
330 Independence Avenue )
Washington, DC 20201 )
)
     Defendant. )
_____ )

### AFFIDAVIT OF CATHERINE SILVER

I, Catherine Silver, based upon my own personal knowledge depose and say:

1.     I became a federal government employee in 1969.

2.     I was born on October 20, 1940.

3.     I joined the Administration of Children and Families ("ACF"), a division of the

Department of Health and Human Services, in 1998, coming to the Division of Discretionary

Grants within ACF in February, 2001.

4.     I have been ranked a fully successful GS-9 for seven years, but all of my efforts

to advance have been consistently blocked by management at the Division.

5.     While preventing my advancement through non-selection and denial of

promotion, management has favored younger and less inexperienced workers.

6.     I applied for a Grants Management Specialist position during the posting of

Vacancy Announcement ACF -3-008, between February 26, 2003 and March 28, 2003.


EXHIBIT
A

7.    I had previously sought promotion and applied for Grants Management Specialist position unsuccessfully, although I have been performing the functions of the job since February, 2001.

8.    I have been performing GS-11 job functions since about 2002.

9.    During the period after the closing of the Vacancy Announcement ACF 03-008 , around March 28, 2003, I had numerous absences from work as my husband was terminally ill in the spring of 2003.

10    On July 25, 2003, I learned in a conversation with another employee that selections for the position had been made and that I had been rejected.

11.    From 2002 to the present, the Department of Health and Human Services has engaged in systematic discriminatory non-selection and denial of promotion, blocking all my efforts, and treating younger Grants Management Specialists and applicants more favorably.

12.    I have observed that younger Grants Management Specialist ("GMS") selectees are consistently hired by the Division, and promptly promoted from GS-9 to GS-11 or higher, where I cannot be promoted above GS-9 after seven years of fully successful performance.

13.    I was informed by management that I could not be promoted non competitively, and could only obtain promotion by applying for new postings and newly announced vacancies.

14.    I also applied unsuccessfully for a Grants Management Specialist position in 2004, and have consistently asked to be promoted through the present day.

15.    At my performance appraisal conference with Director Weeden in November, 2004, I asked again for a promotion, but was refused.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and information.


Catherine Silver
Suitland, MD 20746
6001 Lucente Avenue
Suitland, MD

Date    8/18/05