OGM & OFS Grants Management & Policy Specialist Interview Schedule & Logistics

| Name | Phone Number(s) | On Merit Promotion Certificate At: | | | Interested In? | | | Interview Date | Grants Management Interview Time (Weeden/Hodge/Johnson/Wilson) | Grants Policy Interview Time (Kellaher) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GS-09 | GS-11 | GS-12 | Grants Management Position (GS-09) | Grants Policy Position (GS-09) | No Position (GS-09) | | | | |
| Keel, Charmine | (910) 350-0448 | X | | | X | X | | 5/22/03 | 9:00 To 10:00 | 10:00 To 11:00 | |
| Rogers, Winters | (301) 894-7605 | X | | | X | | | 5/22/03 | 10:00 To 11:00 | | |
| Reed, Cineka Cikena | (301) 736-5404 | X | | | X | X | | 5/27/03 | 9:00 To 10:00 | 10:00 To 11:00 | |
| Peguero, Victor | (410) 519-7726 | X | | | X | X | | 5/27/03 | 1:00 To 2:00 | 2:00 To 3:00 | |



EXHIBIT B

| Name | Phone Number(s) | On Merit Promotion Certificate At: | | | Interested In? | | | Interview Date | Grants Management Interview Time (Weeden/Hodge/Johnson/Wilson) | Grants Policy Interview Time (Kellaher) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GS-09 | GS-11 | GS-12 | Grants Management Position (GS-09) | Grants Policy Position (GS-09) | No Position (GS-09) | | | | |
| Watzman, Beth | (301) 762-8243 | X | | | X | | | 5/16/03 | 9:00 To 10:00 | | |
| Richards, Jennifer | (720) 922-3547 | X | | | X | X | | 5/16/03 | 1:00 To 2:00 | 2:00 To 3:00 | Kellaher – AWS day **Anthony** |
| Wiggins, Rosalino | (703) 605-8561 | X | | | X | X | | 5/19/03 | 9:00 To 10:00 | 10:00 TO 11:00 | |
| Alridge, Cecelia | (202) 205-9979 | X | | | X | X | | 5/19/03 | 11:00 to 12:00 | 12:00 To 1:00 | |
| | | | | | | | | | | | |
| Henson, Peggy | (301) 713-0942 | X | | | X | X | | 5/21/03 | 10:00 To 11:00 | 11:00 To 12:00 | |

OGM & OFG Grants Management & Policy Specialist Interview Schedule & Logistics

| Name | Phone Number(s) | On Merit Promotion Certificate At: | | | Interested In? | | | Interview Date | Grants Management Interview Time (Weeden/Hodge/Johnson/Wilson) | Grants Policy Interview Time (Kellaher) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GS-09 | GS-11 | GS-12 | Grants Management Position (GS-09) | Grants Policy Position (GS-09) | No Position (GS-09) | | | | |
| Cowans, Audrey | (202) 401-2413 | X | | | X | X | | 5/7/03 | 9:00 To 10:00 | 10:00 To 11:00 | |
| Pearson, Peggy | (301) 853-1892 | X | | | X | X | | 5/8/03 | 9:00 to 10:00 | 10:00 To 11:00 | |
| Mays, Carolyn | (301) 847-0998 | X | | | X | X | | 5/8/03 | 1:00 To 2:00 | 2:00 To 3:00 | |
| Faulk, Virginia | (301) 871-9050 | X | | | X | X | | 5/9/03 | 9:00 To 10:00 | 10:00 To 11:00 | |
| Richey, Rita | (301) 594-4893 | X | | | | X | | 5/14/03 | xxxxxxxxxx | 10:00 To 11:00 | |
| Richey, Rita | | X | | | X | | | 5/15/03 | 9:00 To 10:00 | xxxxxxxxx | |