# REPORT OF INVESTIGATION
## DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES

I. Description of Complaint:

    a. Name of Complainant and Case Number:

    Catherine Silver, ACF-013-03

    b. Title and Grade of Complainant's Position:

    Grants Management Specialist, GS-9

    c. Name and Location of Agency and Unit Involved in the Complaint:

    Administration for Children and Families
    Office of Administration
    Office of Grants Management
    Division of Discretionary Grants
    370 L'Enfant Promenade, SW
    Washington, D.C. 20447

    d. Date of Alleged Discrimination:

    July 25, 2003

    e. Kind of Discrimination Alleged:

    Age

    f. Nature of Action, Decision or Conditions Giving Rise to the Complaint:

    Nonselection for Competitive Promotion

II. Description of Investigation:

    a. Name of Investigator and Contract Firm

    William E. Ferry
    Martin-Miser Associates, Inc.

    b. Dates of Investigation:

    January 5-March 8, 2004; intermittently



EXHIBIT C

    c.    Date Report of Investigations Submitted:

    APR 2 2004

    d.    Investigative Method Used:

    On-Site Interviews

III.    Description of Basis and Issue in Complaint:

On July 25, 2003, you learned that you were not selected for any of three vacancies for the position of Grants Management Specialist, GS-1101-9/11/12 announced under the Vacancy Announcement Number ACF-03-008 and located in the Division of Discretionary Grants. Office of Grants Management, Office of Administration. You applied for the position, were deemed qualified, made the best qualified list, but other employees not in your protected EEO group were selected[1]. Exhibit 3

IV.    Background and Summary

The Complainant became a Federal employee in 1969. In 1980 she joined ACF as a secretary. From 1998 until February 2001 she served as a Program Specialist, GS-301-9, in the Office of Child Support Enforcement. In February 2001 she signed a Career Opportunities Training Agreement (COTA) whereby she and the agency agreed that she would have a full year of training/experience to qualify for the targeted position of Grants Management Specialist, GS-1101-09. She served as a Grants Management Specialist (COTA Trainee), GS-1101-9 from February 2001 until February 2002.

From May 24, 2002 until June 10, 2002, Vacancy Announcement Number ACF-02-037 was advertised for Grants Management Specialist, GS-11/12. Initially, the Complainant was judged highly qualified, but later was told that she had to serve an additional 52 weeks after her COTA in order to qualify for the position.

From February 26, 2003 until March 28, 2003, Vacancy Announcement Number ACF-03-008 was advertised for Grants Management Specialist, GS-1101-9/11/12 within her division. Initially, she was told that she was not qualified because she had not completed her COTA. She consulted with Ms. Carol Carter Walker, Acting Director, Office of Grants Management. Ms. Walker took action to have all the paperwork corrected to reflect that the Complainant completed her COTA in February 2002. As a result of the corrections, the Complainant's name appeared on the selection certificate for the Grants Management Specialist at the GS-11 level. The selections were made at the GS-9 grade level. Exhibit 13

---

[1] The investigation shows that only two positions were filled.

2

The Complainant alleges that around the time that Vacancy Announcement Number ACF-03-008 expired, Ms. Carol Carter Walker told her that it had been decided to fill the two vacancies at the GS-9 level. She maintained that she did not know and was not informed until after the fact that the two vacancies were filled at the GS-9 level. If she had known, she would have applied at the GS-9 level, even though she was a GS-9 already. The two vacancies were filled at the GS-9 level with two younger women. She alleged that on several occasions management indicated that they wanted younger women. In view of such statements and the selection of younger women, she alleged that she was not chosen because of her age, 63 (DOB-10/20/40). She noted that in February 2001, two young women, namely, Roni Brooks and Monique Weatherspoon, joined the Grants Management Division as Staff Assistants. Neither had Grants Management Specialist experience. They did not do Staff Assistant work, but rather started training as Grants Management Specialists. Presently, Roni Brooks is a Grants Management Specialist, GS-12, while Monique Weatherspoon is a GS-11. The Complainant remains at a GS-9 and has not been promoted. Exhibit 5

Ms. Daphne J. Weeden, Director, Division of Discretionary Grants, GS-15 (age 41, DOB-1/23/63), stated that when the selection certificates had been prepared by personnel and forwarded to her through Ms. Carol Carter-Walker, Acting Director, Office of Grants Management, she convened a panel of four Grants Management Officers in the district. They started interviews at the GS-9 level because the number of candidates was more numerous and they were interested in longevity for the positions. The Complainant was the only inside candidate. Ms. Weeden explained that the Complainant's COTA indicated that her targeted position was Grants Management Specialist at the GS-9 level. It was not a career ladder position. In 2002 the Complainant applied for a Grants Management Specialist position and by mistake was put on the certificate at the GS-11 level. The panel judged that she did not interview well. Exhibit 7

Ms. Weeden stated that for Vacancy Announcement Number ACF-03-008, the two selections were Ms. Jennifer Richards and Ms. Beth Watzman, both at the GS-9 level. Ms. Weeden agreed that the two comparisons named by the Complainant, Ms. Roni Brooks and Ms. Monique Weatherspoon, came into the division as Staff Assistants, but did Grants Management Specialist work. They became career ladder Grant Management Specialists and thus progressed to their present levels. She denied age discrimination in the non-selection of the Complainant. Exhibit 7

Ms. Carol Carter-Walker, Acting Director, Office of Grants Management and Deputy Director, Office of Administration (OA), GS-15, age 61, DOB-1/19/42, stated that as Deputy Director, OA, she was privy to and part of the discussions concerning the overall recruitment strategy for OA and ACF. The demographics of ACF indicated that more than half of its employees were eligible for retirement within five years. Moreover, ACF had a very strained administrative budget, most of which was used for salaries and benefits. Accordingly, ACF's recent strategy was to recruit staff at the lowest possible grade level to provide career opportunities to

attract new members and to use its limited budget resources wisely. In the case of Vacancy Announcement Number ACF-03-008, they decided to advertise at all levels, but to begin interviews first at the GS-9 level. Interviews would move to the GS-11 and GS-12 levels only if there were not enough qualified candidates for selection at the GS-9 level. Candidates who applied for more than one level were told that they would be interviewed only if they were willing to accept a position at the GS-9 level. Although she had no direct involvement in the selection process, she was familiar with the interview questions and the scores of the candidates. The selectees had superior educational credentials and experience at the state and/or federal levels as grants management specialists. Exhibit 8

Ms. Walker states that in 2002 the Complainant was considered at the GS-11 level and was evaluated as a poor candidate. She involved the Union. Thereafter, at the request of the Union, she received candid feedback from the then Division Director, Aleece Morgan, and Office Director, Dr. Maiso Bryant. There was an extensive debriefing during which the Complainant was informed that her assessment level was rated as poor. Ms. Walker believed that in the debriefing the Complainant was given specific guidance about how she might improve her competitiveness for future opportunities. At that time the Complainant was also informed in the presence of the Union that since her reassignment into the COTA had been non-competitive rather than competitive she was not eligible for non-competitive promotion to higher levels. Lastly, management was supposed to correct and clarify all of the paperwork surrounding the Complainant's COTA. In the spring of 2003, when the Complainant applied at the GS-11 level and was told that she was not eligible because she was still in a COTA position, Ms. Walker personally handled the correction and clarification of the COTA paperwork, thereby enabling the Complainant to be placed on the GS-11 selection certificate. Because management interviewed, evaluated and selected the needed candidates at the GS-9 level, neither the Complainant nor anyone else on the GS-11 or GS-12 was considered. She stated that there was no discrimination against the Complainant because of her age in the evaluation and selection of candidates for the positions. Exhibit 8

The Complainant was afforded the opportunity to offer a rebuttal but she declined the offer. Exhibit 7

Vacancy Announcement Number ACF-03-008 for two positions as Grant Management Specialist, GS-1101-9/1/12, in the Division of Discretionary Grants, OA, ACF, Washington D.C. was posted from 2/26/2003 until 3/28/2003. Duties included: (1) awarding and administering grant awards and providing technical assistance related to discretionary grants; (2) ensuring all grant applications comply with applicable program announcements and administrative and fiscal policies; (3) with advice of staff, negotiate the grant budget; (4) with advice, negotiate continuation and supplemental grant awards; (5) monitor grantees' operations to assure compliance with the award; (6) review, analyze, process and distribute financial performance, management and other required reports; (7) provide staff and/or senior officials with expert technical assistance; (8)

4

participate in project site visits to ensure grantees are meeting fiscal and compliance requirements.

Basic qualifications for the position:

GS-9 grade level: master's or equivalent degree or two years of higher education leading to such a degree or LL.B or JD., if related or one year of specialized experience in the field or related to the field that equipped the applicant with the necessary knowledge, skills and abilities (KSAs) to perform the position successfully.
GS-11 grade level: Ph.D. or equivalent doctoral degree or three years of higher level graduate education leading to such a degree or LL.M, if related or one year of specialized experience equivalent to the GS-9 level.
GS-12 grade level: one year of specialized experience that equipped the applicant with the necessary knowledge, skills and abilities necessary to perform the position successfully. Such experience must be equivalent to the GS-11 level in Federal service.

Applicants were asked to submit their applications (resume and application questions) via QuickHire web site. Exhibit 9

The Certificate of Eligibles at the GS-9 level contained 16 names. The Certificate of Eligibles at the GS-11 level contained four names, the Complainant and another applicant, plus two applicants whose names also appeared on the GS-9 certificate. Exhibit 13

The Complainant's application shows the following:
Experience-
2/2001-present-Grants Management Specialist (COTA) Trainee/Grants Management Specialist, GS-1101-9. She described her experience both as a COTA trainee level and as a Grants Management Specialist, GS-9 level;
1998-2/2001- Program Specialist, GS-301-9, Office of Child Support Enforcement, ACF;
1989-1998-Secretary, GS-318-7, Office of Public Affairs, ACF
Education-no information on formal education; she noted training in conjunction with her COTA. Exhibit 10

A selectee at the GS-9 level was Jennifer Richards. Her application shows the following:
Experience-
3/2002-present-Fiscal Officer, (General Professional III), Colorado Dept. of Public Health and Environment, Consumer Protection Division, Denver, CO;
7/2001-3/2002-Operations Manager, Jefferson County Head Start, Golden, CO;
3/2000-7/2001-Grants Administrator, Lincoln Action Program, Lincoln, NE;
1/2000-2/2000-Accounting Clerk II (temp. position), Nebraska Dept. of Administrative Services, Lincoln, NE;

5

11/1998-10/1999-Administrative Coordinator, Jefferson County Head Start, Golden, CO
8/1996-9/1997-Grants Administrator, Nebraska Dept. of Economic Development, Lincoln, NE;
4/1995-7/1996-Staff Assistant, same employer and location;
8/1993-3/1995-Secretary II, same employer and location;
8/1992-7/1993-Secretary I, same employer and same location.
Education
MA-Economics and Sociology, 1992;
BS-Economics and History, 1989.
She listed job-related training, skills and awards. Exhibit 11.[2]

The application of the second selectee, also selected from the GS-9 certificate shows the following:
Experience-
9/1998-4/01-Receptionist/Administrative Assistant, Randstad, Rockville, MD;
8/95-7/97-Administrative Assistant. Council of Jewish Organizations of Flatbush, Brooklyn, NY;
4/1992-10/1994-Grants Management Specialist, GS-5 to 9, National Cancer Institute, Rockville, MD;
1/1991-4/1992-Administrative Clerk, GS-5, National Library of Medicine, Rockville, MD;
9/1990-1/1991-Clerk-typist, GS-4, same employer and same location.
Education
MS-Speech Language Pathology, 1989;
BS-Business Management, 1983.
She provided job-related training and awards.[3] Exhibit 12

V. Survey of the General Environment

The Office of Grants Management, under Acting Director, Carol Carter Walker, has two divisions, the Division of Discretionary Grants and the Division of Mandatory Grants. Within the Division of Discretionary Grants, Ms. Daphne Weeden, the Director, has 14 employees.[4] Exhibit 4

VI. Exhibit List

1. Notice of Right to File a Discrimination Complainant[5]

---

[2] The selectee's supervisor, Ms. Daphne Weeden, indicated that Ms. Richards' date of birth was March 3, 1967. Accordingly, Ms. Richards was age 36 at the time of her selection.
[3] Her supervisor, Ms. Daphne Weeden, indicated that Ms. Watzman's date of birth was March 8, 1961. Accordingly, she was age 42 at the time of her selection.
[4] The ages of the employees were requested but not provided.
[5] The contractor was not provided with a copy of the entire EEO counselor's report, but only the attachments thereto.

2. Notification of the Filing of a Formal Complaint of Discrimination by Complainant

3. Acceptance Letter with Identification of Issue

4. Organizational Chart and Employee Listing, Division of Discretionary Grants

5. Affidavit of Complainant

6. Investigator's Memo for the Record, Complainant's Rebuttal

7. Affidavit of Daphne Weeden (age 41, DOB-1/23/63), Director, Division of Discretionary Grants, GS-15

8. Affidavit of Carol Carter Walker (age 62, DOB-1/19/42). Acting Director, Office of Grants Management and Deputy Director, Office of Administration, GS-15

9. Vacancy Announcement Number ACF-03-008 for Grants Management Specialist, GS-1101-9/11/12. Division of Discretionary Grants, ACF, Washington, DC - 2 vacancies

10. Application of Complainant

11. Application of Selectee, Jennifer Richards (age 37, DOB-3/3/67)

12. Application of Selectee, Beth Watzman (age 43, DOB-3/8/61)

13. Selection certificates at GS-9 and GS-11 levels, for Vacancy Announcement Number ACF-03-008; Investigator's Memo

14. Questions used by the Interview Panel

15. Position descriptions, Grants Management Specialist, GS-1101-9,11,12

16. Complainant's Employee Performance Management Plan Rating, 2/1/02-12/31/02 and 3/1/01-12/31/01

17. Complainant's Career Opportunities Training Agreement, 2/28/01-2/27/02, w/Atchs

18. Investigator's Document Request and Memo of Explanation