# Affidavit

District of Columbia )

<u>I, Catherine Silver, Grants Management Specialist</u>
<u>GS-9</u>
(Title and grade)
at
Division of Discretionary Grants
Office of Grants Management
Office of Administration
Administration for Children and Families
901 "D" Street, SW
Washington, DC _____ hereby solemnly swear as follows:

Work history-I became a Federal employee in 1969. I joined HHS in 1979 and became a secretary in ACF in 1980. From 1998 until February 2001, I was a Program Specialist, GS-301-9, in the Office of Child Support Enforcement. In February 2001 I joined ACF-Division of Grants Management under the Career Opportunities Training Program (COTA). Lillian Cash, Senior Grants Management Specialist volunteered to serve as my mentor, but Maiso Bryant said "no". Maiso Bryant, Director, Office of Grants Management and Alece Morgan, Grants Officer and Team Leader assigned Barbara Ziegler Johnson, Grants Management Specialist to work with me as my mentor. After I received a few assignments from Barbara Ziegler Johnson, she said "she did not want to continue to work with me as my mentor." Yet Barbara Ziegler Johnson agreed to mentor several other Grants Management

Page 1 of 5 pages                    Affiant's initials _CS_

EXHIBIT 5
PAGE 1 OF 5 PAGES



EXHIBIT
ROI ex 5

Specialist. As a result from February 2001 until February 2002, I served as a Grants Management Specialist (COTA Trainee), GS-1101-9. For more than 2-1/2 years. Maiso Bryant, Director and Alece Morgan, Grants Officer and Team Leader refused to sign my COTA papers. I tried to schedule appointments to talk about my COTA and a lack of having a Mentor with Maiso Bryant, Director and Alece Morgan, Grants Officer and Team Leader to discuss my COTA and they refuse to meet and did not want to discuss it with me, even though I had assumed the duties of Grants Management Specialist. My Career Opportunities Training Agreement Projected Completion Date: 2/27/2002. The objective of the training is to provide a systematic learning experience consisting of formal classroom training, on the job training, and self development activities to provide the trainee with a comprehensive background to successfully perform in the target position...which was signed by Maiso L. Bryant, Harold Staten, Darryl L. Summers, ACF Personnel. 3/2/2001. Even though I assumed the full duties of a Grants Management Specialist, GS-1101-9 i.e., grants management work assignments, grantee conferences meeting with grantees, attending Panel Reviewers conferences and etc., in February 2002; for approximately two (2) years Maiso Bryant, Director Division of Grants Management and Alece

Page 2 of 5 pages                              Affiant's initials ___

5.2

Morgan, Grants Officer and Director, Division of Grants Management;
"refused to meet" with me to discuss the COTA and "refused complete
my COTA Agreement".

May 24, 2002 to June 10, 2002, Vacancy Announcement ACF-02-037 was
advertised for a Grants Management Specialist, GS-11/12.  Initially, I was
judged highly qualified, but was told later I had to serve an additional 52
weeks after my COTA, in order to be eligible for a Grants Management
position  because Maiso Bryant did not sign the COTA. After a total of
two (2) years, again, younger people were chosen for the vacancies.
Vacancy Announcement ACF-03-008 for Grants Management Specialist,
GS-1101-9/11/12 was advertised from February 26, 2003 until March 28,
2003.  I applied at the GS-11/12 levels.  Initially, I was notified that I was
not qualified because I had not completed my COTA (Career
Opportunities Training Agreement).  However, Personnel later indicated
"I was highly qualified to be promoted."  I consulted with Ms. Carol
Carter Walker, Acting Director, Office of Grants Management, and she
took action to have all paperwork corrected and reflect that I had
completed my COTA in February 2002.  GS-09 grants management
specialist position effective February 28, 2002 which was signed by Carol

Affiant's initials  *C.A.*

5.3

Carter Walker June 3, 2003 (SEE ATTACHMENT ACTIVITIES FOR THE RECORD) – Carol Carter Walker assumed Maiso Bryant's position and later amended and corrected my Career Opportunities Training Agreement stating this document should be used to 'graduate' Ms. Silver from her GS-9 grants management specialist (COTA) position to the full performance) of Daily Activities)

1. e.g. of Carol's e-mail , As a result of the corrections, my name appeared on the selection of certification for the Grants Management Specialist at the GS-11 level. Around the time that the vacancy announcement expired, Ms. Walker told me that it had been decided to fill the vacancies at the GS-9 level. I did not know, nor was I informed until after the fact that the two (2) vacancies were being filed at the GS-9 level. If I had known, I would have applied for the GS-9 Grants Management Specialist position even though I am already a grade nine (9). The two vacancies were filled by younger women chosen at the GS-9 level. Since it was mentioned on several occasions management indicated they wanted younger women. Therefore, I believe that I was not chosen, because of age, 63 (10-20-40.) I want to mention that back in February 2001, two (2) weeks after I began my COTA, two young women, namely Roni Brooks and Monique Weatherspoon, joined Grants Management Division as Staff Assistants. They did not do Staff Assistants work a all, they started training as Grants Management Specialist. Presently, they have been promoted two grade levels GS-12 and GS-11, respectively and I have not been promoted in (3) three years I have

Page 4 of 5 pages                          Affiant's initials  *CS.*

5.4

been in the Division of Grants Management. Roni Brooks (Lillian Cash, Mentor and then Barbara Z. Johnson, Mentor) and Monique Weatherspoon had Mentors assigned, and they were promoted after the first year in the Division of Grants Management. Neither one had prior experience of any kind regarding (Discretionary Grants, etc.) I have read the above statement, consisting of 5 pages. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I further understand the information given is not confidential and may be shown to the interested parties.

_Catherine Silver_
Signature of Affiant

Dated this _24_ day of February 2004

EXHIBIT ___5___
PAGE _5_ OF _5_ PAGES