# Daily Activities Log
# Catherine Silver, Grants Management Specialist

| | |
|---|---|
| | Answer: I have routinely performed this function and I have been successful at it performing it in a number of situations.<br><br>5. Provide technical assistance and guidance to grantees on financial and administrative requirements and closeout procedures.<br>Answer: I have routinely performed this function and I have been successful at it performing it in a number of situations.<br><br>6. Choose a method of consideration- Please select one choice from the follwing:<br>Answer: (MP-only) I am a Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my current Standard Form 50 (Notice of Personnel Action). Please consider me through the merit promotion process in which I will compete with all status applicants.<br><br>6.1. I will fax my Standard Form 50 supporting the claim above to 301-480-3864 by the closing date of this announcement. (Failure to do so will result in the denial of your status claim and you will only be considered under Delegated Examining. Please include the vacancy announcement number on the fax cover sheet.)<br>Answer: Yes<br><br>7. I am a USPHS Commissioned Corps officer.<br>Answer: No<br><br>Please make sure that you have entered your resume. You will be disqualified from consideration if your resume has not been entered before<br>this vacancy closes.<br><br>Please remember to send all supporting documentation to the HR office<br>for proper consideration.<br><br>Thank you for using the United States Department of Health and Human Services Career Site!<br>------------------------------------------------------------------------<br>--------<br>QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved. |
| May 8, 2003 – e-mail | ACF-<br>03-008<br><br><br>Dear CATHERINE SILVER:<br><br>We have received your application for consideration for employment with<br>Administration for Children and Families for the position of Grants Management Specialist GS-1101-9 / 11 / 12. The following summarizes the status of your application in this recruitment process.<br><br>We have carefully reviewed your application, but cannot consider you for the |

EXHIBIT
ROI ex.10

10.9

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| | |
|---|---|
| | position because you Lack Specialized Experience. As a Grants Management Specialist Trainee (COTA), GS-1101-09, you were rated ineligible lacking 52 weeks of specialized experience at the GS-09 level. Our decision was based on your Reassignment SF-50 effective 02/25/01 which states in the remarks the following:<br><br>Position is at the Full Performance Level.<br>This is a Career Opportunities Training Agreement (COTA) position. Qualified for this position only under training agreement. Not eligible for other positions in this series until satisfactory completes proscribed training. Training plan must be developed 30 days from the time of ?.<br><br>You did not provide any documentation to prove you have satisfactory completed the COTA training Agreement, and that you were converted off of the Trainee position.<br><br>Thank you for your employment interest in The Departement of Health and Human Services, Administration for Children and Families. Though this position may not have been a good fit, we would like to encourage you to continue exploring employment opportunities with us.<br><br>Sincerely,<br><br><br>Shelly L. Moore<br>Human Resources Specialist |
| May 20, 2003<br>E-MAIL FROM CAROL CARTER WALKER | Catherine:<br>I just double-checked with Lee Kernan-Ivery, OA's Executive Officer.<br><br>OA submitted a personnel action request to the Personnel Office, PSC, on May 14, 2003, requesting that an SF-50 be generated, reassigning you out of COTA and into the full performance level of the GS-09 Grants Management Specialist position, as of February 22, 2002, the date that your COTA was completed, based on agreements by your management chain with you and your Union representative.<br><br>All SF-50s generated between February 22, 2002 and May 14, 2003, will be amended to reflect this change. OA has requested that the PSC expedite the generation of all of the SF-50s and you will be provided a copy as soon as we receive them.<br><br>Based on my written attestation to the PSC, that you had completed all COTA requirements as of February 22, 2002, and were therefore, erroneously classified as a COTA trainee at the time of the posting of a vacancy announcement for the GS-09, 11 and 12 grants management specialist position here in OGM, amended merit promotion certificates were issued to ACF, placing you on the appropriate merit promotion certifications for the grade level(s) for which you filed and were deemed to be among the best qualified.<br><br>The PSC acknowledged and apologized for the lateness of your receipt of the letters regarding your eligibility. Further, as a result of your situation, they have instituted a procedure to verify the status of anyone who files for a position while under a COTA.<br><br>The only action that remains is to have the COTA plan formally amended and that will be done by week's end.<br><br>On behalf of OGM, I apologize for the long delay in setting this matter aright.<br><br>Carol Carter Walker |

10.10

JAN 08 2004 17:15          DHHS/ACF-OCSE                  202 260 6585       P.06/22

Case 1:05-cv-00063-JDB   Document 4-12  Filed 09/08/2005  Page 57 of 143
Case 1:05-cv-00063-JDB   Document 6-12   Filed 08/09/2005   Page 3 of 4

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| | |
|---|---|
| | Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>(202) 401-9239 (voice)<br>(202) 401-9238 (office)<br>(202) 401-4869 (fax)<br>cwalker@acf.hhs.gov |
| Tuesday, June 3, 2003<br><br>Also E-mail | FOR THE RECORD – Amendment of Career Opportunities Training Agreement for Catherine Silver – received from Carol Carter Walker ....This document should be used to 'graduate' Ms. Silver from her GS-9 grants management specialist (COTA) position to the full performance GS-09 grants management specialist position effective February 28, 2002. signed by Carol Carter Walker June 3, 2003 (SEE ATTACHMENT)<br><br>Attached is an electronic copy of an amendment to Catherine Silver's COTA. This documentation should satisfy the documentation requirement in order to process the SF-50 to reassign Catherine Silver into the full performance position effective February 28, 2002.<br><br>Joe:<br>Two things:<br>I'm bringing you the signed original to attach to the original of the COTA.<br><br>This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 3002 and now, need to be changed to reflect the February 28, 2002 reassignment date.<br><br>Carol Carter Walker<br>Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4869 (facsimile) |
| Thursday, June 5, 2003 | Catherine Silver brought an error to my attention: The last sentence in this e-mail should read:<br>"This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 2002 and now, need to be changed to reflect the February 28, 2002 reassignment date."<br><br>Carol Carter Walker<br>Deputy Director<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4869 (facsimile)<br>-----Original Message-----<br>From: Walker, Carol Carter (ACF)<br>Sent: Tuesday, June 03, 2003 2:48 PM<br>To: Pike, Aldne (PSC); Kernan-Ivery, Lee (ACF); Moore, Joyce C (ACF); Gulli, Joseph (ACF)<br>Cc: Silver, Catherine (ACF); Weeden, Daphne (ACF)<br>Subject: Amendment To COTA Agreement<br>Importance: High<br><br>Attached is an electronic copy of an amendment to Catherine Silver's COTA. This documentation should satisfy the documentation requirement in order to process the SF-50 to reassign Catherine Silver into the full performance position effective February 28, 2002. |

10.11

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

|  |  |
|---|---|
|  | Joe:<br>Two things:<br>I'm bringing you the signed original to attach to the original of the COTA.<br><br>This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 3002 and now, need to be changed to reflect the February 28, 2002 reassignment date.<br><br>Carol Carter Walker<br>Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4869 (facsimile) |
| Tuesday, June 10, 2003<br>Ee-mail received from<br>Carol Carter Walker | Due to organizational changes and new hires, the Office of Grants Management already has or shortly will have nearly a dozen staff that are relatively new to the ACF discretionary grants management world. Some are new hires whom we expect to report in the next month or so. Some are transfers from mandatory grants with no prior background in discretionary grants. Some have related experience in procurement that can be transferred to the discretionary grants arena. Some have been in the administrative arena, with no federal business background.<br><br>In order to be highly effective, all need a mix of formal training as provided by the HHS grants certification program and other sources; ad hoc training put together by those DDG grants management specialists who are experts; and DDG peer mentors to whom they can go for technical assistance and guidance when their team leaders are not available due to pressing workloads.<br>I am asking for volunteers who are willing to do two things:<br><br>  (1)  serve as mentors for the staff who need training; and<br>  (2)  form a workgroup to develop and present one-two hour briefings on topics every grants specialist must know to survive.<br>You must be willing to serve as a mentor and maintain your regular workload. Since we are scattered over four floors in two buildings, you and/or your trainee(s) may have to travel between buildings.<br>What's in it for you?<br><br>  a)  An opportunity to refine what you know by having to prepare for and formally teach and mentor others;<br><br>  b)  An additional skill to enhance your professional portfolio;<br><br>  c)  'Extra Credit,' in your 2003 EPMS Appraisal for performing this additional responsibility successfully.<br><br>  d)  Eligibility for special recognition by way of a Time Off or Special Act Award.<br><br>If you want to be considered, please submit your name, through your Team Leader, to Daphne Weeden, Acting Director, DDG, by no later than Thursday, June 12. The Office of Grants Management management team will make selections and assign you to trainees by mid-June.<br><br>If you have questions or need further information about this opportunity, please let me know. Thank you for your attention.<br>Carol Carter Walker<br>Acting Director<br>Office of Grants Management |

EXHIBIT ___10___
PAGE __12__ OF __18__ PAGES