ACF-03-008

Certificate of Eligibles
DHHS/Program Support Center

DELEGATED EXAMINING UNIT
Certificate Number:    HHS/PSC-1-03-151
Certificate Issued on: 4/11/03
Certificate Expires on: 7/10/03

Type of Appointment: Career/Career-Conditional Appointment
Occupation: Grants Management Specialist GS-1101-9 / 11 / 12
Pay Plan-Series-Grade: GS-1101-09
Location: Washington, DC
Random Number: 4

GRADE: 09

D    96.67 NV    [redacted]                          SSN [redacted]

DA   96.67 NV    [redacted]                          SSN [redacted]

A    96.67 NV    RICHARDS, JENNIFER                  SSN: [redacted]   EOD 7/27/03
                 12304 W. CROSS DR. #204
                 LITTLETON, CO 80127
                 Phone: 720-922-3547

NS   95.83 TP    [redacted]                          SSN: [redacted]

A    95.00 NV    KEEL, CHARMAINE                     SSN:2 [redacted]  EOD 6/29/03
                 4220-202C WILSHIRE BLVD
                 WILMINGTON, NC 28403
                 Phone: 9103500448

NS   95.00 NV    [redacted]                          SSN: [redacted]
                 WASHINGTON, DC 20001
                 Phone: [redacted]

Signature: _____    Date: 6/4/03
           Selecting Official

ge 1



EXHIBIT  13
PAGE  1  OF  5  PAGES

ACF MERIT PROMOTION SELECTION CERTIFICATE
Announcement No: ACF-03-008
Certificate No.: ACF-03-008-GS-09

ISSUE DATE: 4/14/03
EXPIRATION DATE: 5/15/03
TITLE/SERIES/GRADE OF POSITION:  Grants Management Specialist GS-1101-9 / 11 / 12
NUMBER OF VACANCIES: Two (2)
PROMOTION POTENTIAL: GS-12
LOCATION: Washington, DC

INSTRUCTIONS TO SELECTING OFFICIAL

You should carefully consider all supportive documentation of the candidates' qualifications.  You have the right to select any candidate on this list or to elect not to select any of those referred.

GRADE: 09



NS  [redacted]
    GRE[redacted], MD 20770
    Phone: [redacted]                     SSN [redacted]

NS  [redacted]
    [redacted], DC 20001
    Phone: [redacted]                     SSN [redacted]

A   FAULK, VIRGINIA
    13812 BONSAL LANE
    SILVER SPRING, MD 20906
    Phone: 301-871-9050                   SSN [redacted]  EOD 4/29/03

NS  [redacted]
    ODENTON, MD 21113
    Phone: [redacted]                     SSN [redacted]

NS  [redacted]
    APARTMENT 304
    SILVER SPRING, MD 20904
    Phone: [redacted]                     SSN [redacted]

NS  [redacted]
    304
    HYATTSVILLE, MD 20782
    Phone: [redacted]                     SSN [redacted]

NS  [redacted]
    FORESTVILLE, MD 20747
    Phone: [redacted]                     SSN [redacted]

'Annotate your Selection with a "A", Non-Selections with a "NS" and Declinations with a "D".  The selection remains tentative until the personnel office makes an actual job offer to the selectee.***

2.                                                                          13.2

ACF MERIT PROMOTION SELECTION CERTIFICATE
Announcement No: ACF-03-008
Certificate No.: ACF-03-008-GS-09

NS ▉▉▉▉▉▉▉▉▉▉  SSN: ▉▉▉▉▉▉▉
SILVER SPRING, MD 20904
Phone: ▉▉▉▉▉▉▉

A ▉▉▉▉▉▉▉▉▉▉  SSN: ▉▉▉▉▉▉▉   EOD 6/29/03
12015 DEVILWOOD DRIVE
POTOMAC, MD 20854
Phone: 301-762-8243

NS ▉▉▉▉▉▉▉▉▉▉  SSN: ▉▉▉▉▉▉▉
▉▉▉▉, MD ▉▉▉▉
Phone: ▉▉▉▉

Proposed Effective Date: _____

Signature and Title of Selecting Official: _____ Date: 6/4/03

Servicing Personnel Specialist: Shelly L. Moore - (301) 443-0751

**Annotate your Selection with a "A", Non-Selections with a "NS" and Declinations with a "D". The selection remains tentative until the personnel office makes an actual job offer to the selectee.***

3

13.3

ACF MERIT PROMOTION SELECTION CERTIFICATE
Announcement No: ACF-03-008
Certificate No.: ACF-03-008-MP-GS-11A

ISSUE DATE: 5/13/03
EXPIRATION DATE: 6/12/03
TITLE/SERIES/GRADE OF POSITION: Grants Management Specialist GS-1101-9 / 11 / 12
NUMBER OF VACANCIES: TWO (2)
PROMOTION POTENTIAL: GS-12
LOCATION: Washington, DC

INSTRUCTIONS TO SELECTING OFFICIAL

You should carefully consider all supportive documentation of the candidates' qualifications. You have the right to select any candidate on this list or to elect not to select any of those referred.

GRADE: 11

NS  [redacted]
    WASHINGTON, DC 20018
    Phone: [redacted]                              SSN [redacted]

NS  [redacted]
    FORESTV[redacted] MD 20747
    Phone: [redacted]                              SSN [redacted]

NS  [redacted]
    SILVER SPRING, MD 20904
    Phone: [redacted]                              SSN [redacted]

NS  SILVER, CATHERINE
    6001 LUCENTE AVENUE                            SSN: [redacted]
    SUITLAND, MD 20746
    Phone: 301-735-4839CH

Proposed Effective Date: _____
Signature and Title of Selecting Official: [signature]    Date: 6/4/03

Servicing Personnel Specialist: WILSON MERCADO-301-443-5624

***Annotate your Selection with a "A", Non-Selections with a "NS" and Declinations with a "D". The selection remains tentative until the personnel office makes an actual job offer to the selectee.***

13.4

# MEMORANDUM

March 8, 2004

To: File
From: William E. Ferry, Contract EEO Investigator
Subject: Ages of Selectees and Applicants

On March 8, 2004, Ms. Daphne Weeden, Director, Division of Discretionary Grants, indicated the following dates of birth for the two selectees;

Jennifer Richards- March 3, 1967
Beth Watzman-March 8, 1961

On March 8, 2004, Rita Richey, an applicant on both the GS-9 and GS-11 certificates, confirmed over the telephone (301-594-4893-Nat'l Library of Medicine telephone number) that she was interviewed for the Grants Management Specialist position at the GS-9 level and was age 39 at the time.

On March 7, 2004, a telephone call to Ms. Linda Gray-Broughton (202-526-6724) was answered by a person who identified himself as her husband and stated that she was under age 40. He did not wish to provide her date of birth.

EXHIBIT 13
PAGE 5 OF 5 PAGES