# POSITION DESCRIPTION (Please Read Instructions on the Back)

| 1. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| ☐ Redescription ☒ New | ☒ Hdqtrs. ☐ Field | WASHINGTON, DC | WASHINGTON, DC | |
| ☐ Reestablishment ☐ Other | | | | |

| 2. Explanation (Show any positions replaced) | 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|---|
| | ☒ Exempt ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests | ☒ Yes ☐ No |

| 10. Position Status | 11. Position Is: | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☒ Competitive | ☐ Supervisory | ☒ 1—Non-Sensitive ☐ 3—Critical Sensitive | 0000 |
| ☐ Excepted (Specify in Remarks) | ☐ Managerial | | 14. Agency Use |
| ☐ SES (Gen.) ☐ SES (CR) | ☒ Neither | ☐ 2—Noncritical Sensitive ☐ 4—Special Sensitive | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Grants Management Specialist | GS | 1101 | 09 | vj | 04/24/02 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Grants Management Specialist | GS | 1101 | 09 | | |

| 16. Organizational Title of Position (if different from official title) | 17. Name of Employee (if vacant, specify) |
|---|---|
| | C Brooks |

| 18. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| Department of Health and Human Services | Office of Grants Management |
| a. First Subdivision | d. Fourth Subdivision |
| Administration for Children and Families | Division of Discretionary Grants |
| b. Second Subdivision Office of the Deputy Assistant Secretary for Administration | e. Fifth Subdivision |

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager (optional) |
|---|---|
| Alece Morgan, Acting Director Division of Discretionary Grants | |
| Signature: Carol Carter Walker  Date: 4/25/02 | Signature: Date: |

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

22. Position Classification Standards Used in Classifying/Grading Position

General Business and Industry Series, GS-1101

Typed Name and Title of Official Taking Action
Vanessa Jenkins
Human Resources Specialist

Signature: Vanessa Jenkins  Date: 4/24/02

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

Promotion Potential to GS-12 (PD 88-257)
GS-11 - PD 771522

EXHIBIT 15
PAGE 1 OF 10 PAGES
BUS: 0010

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265  Previous Edition Usable  5008-106


EXHIBIT ROI ex.15

OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295