UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CATHERINE SILVER<br>6001 Lucente Avenue<br>Suitland, MD 20746<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF THE UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES<br>330 Independence Avenue<br>Washington, DC 20201<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:   1:05cv0968<br><br>**JURY TRIAL DEMANDED** |

UPON CONSIDERATION of Defendant's Motion to Dismiss, or In the Alternative for Summary Judgment, the memorandum of points and authorities in support thereof, opposition thereto, any reply, and the record herein, it is this ____ day of _____, 2005,

ORDERED, that Defendant's Motion be, and hereby is, DENIED.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Benton G. Peterson
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Josh N. Burton
Henrichsen Siegel
5301 Wisconsin Avenue, Ste. 570
Washington, D.C. 20015