**Sessoms, Willie (ACF)**

| | |
|---|---|
| **From:** | Silver, Catherine (ACF) |
| **Sent:** | Tuesday, August 19, 2003 5:31 PM |
| **To:** | Shorts, David (ACF) |
| **Cc:** | Sessoms, Willie (ACF) |
| **Subject:** | Formal EEO Complaint of Discrimination |
| **Importance:** | High |

This e-mail serves as an official request to file a formal "EEO Complaint of Discrimination" based on (1) my age, (2) denial of promotion to the (ACF-03-008) GS-11 Grants Management Specialist. I would also prefer and outside EEO Counselor to handle my case. Thank you. Catherine Silver