UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER, | ) |
| | ) |
| Complainant, | ) |
| | ) |
| v. | ) Case Number: 1:05CV0968 |
| | ) |
| U.S. DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, | ) |
| | ) |
| Agency. | ) |

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Daphne Weeden, declare:

1. I have been informed that Plaintiff, Catherine Silver, has filed a civil case with U.S. District Court for the District of Columbia, alleging that she was discriminated against on the bases of age (DOB 10/20/40) when she was not selected for the position of Grants Management Specialist, GS-1101-9/11/12 announced under the Vacancy Announcement Number ACF-03-008.

2. I am submitting this Declaration for the Agency's use in the above-referenced case.

3. I am currently the Director, Division of Discretionary Grants, Office of Grants Management, Administration for Children and Families, ("ACF"), Department of Health and Human Services.

4. I have held this position since September 2003.

5. I entered the Office of Grants Management as a Team Leader in April 2001 and became Acting Director of the Division of Discretionary Grants in May 2003, and then Director in September 2003.

6. In February 2001, Ms. Silver was reassigned to the Office of Grants Management, Grants Management Specialist position on a GS-9 COTA Agreement with no promotion potential.

7. Both Ms. Monique Weatherspoon and Ms. Roni Brooks were in career ladder positions at the Office of Grants Management and Ms. Silver was not.

8. As Acting Director, Division of Discretionary Grants, at the time of Vacancy Announcement Number ACF-03-008, I convened the panel members to interview candidates for said vacancy.

9. The hiring policy of ACF at that time was to recruit staff at the lowest possible grade level to provide career opportunities that would attract new members and to also use its limited administrative budget wisely.

10. Interviews were conducted only at the GS-9 level and thirteen (13) candidates were interviewed.

11. The panel members who interviewed candidates were myself, (Director, Division of Discretionary Grants); William Wilson (Grants Management Officer); Lois Hodge (Grants Management Officer); Sylvia Johnson (Grants Management Officer); Joe Lonergan (Grants Management Officer); and Joanne Moore (Grants Management Officer).

12. Because two applicants at the GS-9 level were chosen for the vacancy (Beth Watzman and Jennifer Richards), there were no interviews conducted for any of the GS-11 or GS-12 applicants.

13. Standard procedures were followed in regard to the evaluation process in this case.

14. Interviewees were rated 1-5 (5 being the highest ranking) by each interviewer on the five (5) interview questions which were formulated before the interview process began.

15. Though Ms. Silver was out on leave during the time Vacancy Announcement Number ACF-2004-0090 was advertised, Ms. Carol Walker, Acting Director, Office of Grants Management, personally called Ms. Silver to tell her about the announcement, and sent her the vacancy announcement via FEDEX on April 23, 2004.

16. Ms. Silver applied for the Grants Management Specialist 9/11/12 position advertised under Announcement Number ACF-2004-0090.

17. Ms. Silver was given the opportunity to interview for the position, but declined to do so.

18. Because Ms. Silver declined to interview for the position, her application was considered based on her submitted documents.

19. Mr. Darryl Ingram and Mr. David Kadan were selected for 2004 Vacancy Announcement.

20. Standard procedures were followed in regard to the evaluation process in this case.

21. I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-25-05

Daphne Weeden
Director
Division of Discretionary Grants
Office of Grants Management
Administration for Children and Families
Department of Health and Human Services