# INTERVIEW QUESTIONS
## (Scale 1-5)

Name *Beth Watzman*
Announcement No. _____
Grade Level GS-9

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score __4__

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score __3__

3) What is the difference between a grant and a contract?
   …grant, contract and cooperative agreement?

   Score __3__

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score __4__

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score __4__

Total Score __18__

*Good Candidate!*

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name  Beth Watzman

Announcement No.  ACF-03-008

Grade Level  9

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score  3

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score  3

3) What is the difference between a grant and a contract?
   ...grant, contract and cooperative agreement?

   Score  3

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score  4

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score  4

Total Score  17

6 K

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name  Beth Watzman

Announcement No. _____

Grade Level  GS 09

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score  4

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score  2

3) What is the difference between a grant and a contract?
   ...grant, contract and cooperative agreement?

   Score  2

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score  4

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score  4

                                                         Total Score  18

Good candidate

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name _Beth Watzman_
Announcement No. _ACF-03-008_
Grade Level _9_

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

    Score _3_

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

    Score _2_

3) What is the difference between a grant and a contract?
    ...grant, contract and cooperative agreement?

    Score _3_

4) Describe the pre-award and post-award procedures used at your agency or organization.

    Score _4_

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

    Score _4_

Total Score _17_

NCI
grants mgmt Specialist
3 Dept. Courses

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name __Jennifer Richards__
Announcement No. __ACF 03-008__
Grade Level __9__

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score __4__

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score __5__

3) What is the difference between a grant and a contract?
   ...grant, contract and cooperative agreement?

   Score __5__

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score __4__

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score __5__

*Background in writing grants*
*Good knowledge of process (3)*
*Good definition of grants process #2*

Total Score __23__

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name _Jennifer Richards_
Announcement No. _____
Grade Level _GS-_ _____

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   _Grants Exp- Jefferson Colorado - HS Manager. Writing of continuation_
   Score _5_    _Grant Adminstr. - Action community organization. grants/Budgets_

2) What is the extent of your knowledge of Federal regulations governing the administration of grants?   Give us some examples.

   Score _5_

3) What is the difference between a grant and a contract?
                        ...grant, contract and cooperative agreement?

   Score _5_

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score _5_

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year.  How are you at managing multiple activities at one time?  working under pressure?  Meeting tight deadlines?

   Score _5_

   Total Score _25_

_1. continued: Nebraska Dept. of SS- Community Action Program_
_grants administrator._
_Jennifer flew in from Denver, Colorado._
_Highly Qualified!!!   Hire_

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name **Jennifer Richards**

Announcement No. _____

Grade Level **GS-05**

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score **5**

   *Fiscal Officer ste... [responsibilities]*
   *grants [oversight] ...*
   *handles 209 and 27¥*

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score **5**

   *Jefferson Co. HS,*
   *operates ma... [grants] a pre for PNP*

3) What is the difference between a grant and a contract?
   ...grant, contract and cooperative agreement?

   Score **5**

   *OK*

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score **5**

   *OK*

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score **5**

   Total Score **25**

*Hire This one.*

# INTERVIEW QUESTIONS
## (Scale 1-5)

Name __Jennifer Richards__
Announcement No. __ACF__
Grade Level __9__

Tell us about yourself and your current position.

1) What do you believe, based on your educational background and experience, qualifies you for this job?

   Score __4__

2) What is the extent of your knowledge of Federal regulations governing the administration of grants? Give us some examples.

   Score __5__

3) What is the difference between a grant and a contract?
   …grant, contract and cooperative agreement?

   Score __5__

4) Describe the pre-award and post-award procedures used at your agency or organization.

   Score __5__

5) The work of a grants management specialist can often become intense, especially toward the end of the fiscal year. How are you at managing multiple activities at one time? working under pressure? Meeting tight deadlines?

   Score __5__

Total Score __24__

Fiscal Office
would handle application submission
and Financial Status Rep'ts - Draw Downs / ?
Grants Administrator
Excellent Candidate