## Meighan, Alexandra (HHS/OS)

---

**From:**    Walker, Carol Carter (ACF)

**Sent:**    Friday, April 23, 2004 6:45 PM

**To:**    Weeden, Daphne (ACF); Johnson, Sylvia (ACF)

**Cc:**    Kernan-Ivery, Lee (ACF); Shorts, David (ACF)

**Subject:** Catherine Silver & Vacancy Announcement ACF 2002-0090 (GS-09/11/12 Grants Management Specialist)

Ann Maples FEDEXed the vacancy announcement to her this afternoon.  She should receive it tomorrow.

I called her this afternoon to tell her about the announcement and to advise her to file for all levels for which she met the time-in-grade requirements; i.e, the GS-09 and the GS-11 levels.

I advised her that she had to file electronically and suggested that she go to a public library, a friend or relative's house, or come here to file.  I told that she would be considered in active duty status if she came in to work to do this.

I emphasized the May 3 closing date.

Before we talked business of course, I asked about her husband.  He is very ill and she is working on trying to get him re-admitted to the hospital and then to a rehabilitation center.

Sylvia:
Please follow up with Beth Chaffee to see when her voluntary leave donation will be broadcast.  (She didn't ask about it, but this reminded me.)

Carol Carter Walker
Acting Director
Office of Grants Management
Office of Administration
Administration for Children and Families
Department of Health & Human Services
(202) 401-9239 (Voice)
(202) 401-4869 (Facsimile)

## Meighan, Alexandra (HHS/OS)

**From:** Walker, Carol Carter (ACF)

**Sent:** Thursday, May 27, 2004 4:24 PM

**To:** Maples, Ann (ACF) (CTR)

**Cc:** Ziegler-Johnson, Barbara (ACF); Dickenson, Delores (ACF); Johnson, Sylvia (ACF); Lonergan, Joseph (ACF); Thompkins, Larry (ACF); Thompson, Peter (ACF); Weeden, Daphne (ACF); Wilson, William (ACF)

**Subject:** Catherine Silver's Option

Catherine Silver has declined the interview because of her situation.  (She lost her husband about two weeks ago.)
The panel should make an assessment of her based on her resume.
Ann:
Please annotate your master schedule.  With 'Declined interview due to personal circumstances. Understands that she will be considered based on records on hand as part of vacancy announcement package."


Carol Carter Walker
Acting Director
Office of Grants Management
Office of Administration
Administration for Children and Families
Department of Health & Human Services
(202) 401-9239 (Voice)
(202) 401-4869 (Facsimile)
(202) 401-5131 (Polycom)