5/21/04

# INTERVIEW QUESTIONS
# FOR ANNOUNCEMENT ACF-2004-0090
# GRANTS MANAGEMENT SPECIALIST GS/9/11/12

*(Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)*

**Name:** David Kadan
**Grade Level (s):** 9 - #1 / 11 - #2 / 12 - #1

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job?

1) degree in accounting
2) worked for forprofit & non profit
3) Current Head Start contractor in grants management

Score 5

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization.

1) Audit reports
2) worked with the Mills Corp. (Shopping Malls)

Score 5

b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.

1) audit reports
2) prepared closeout policy & procedures for Head Start
3)



Score ______

3) The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year. Describe one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

1) All jobs have been pressure filled

3

Score ______

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

reading, writing interpreting regs, negotiating budgets

Score ______

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Score ______

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

1) worked as a grants management specialist as a contractor

2) familiar with CFR & A-133

3) Closeout grants as contractor

Score ______

4

7) Regardless of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth by the Department of Health and Human Services, and ACF. With this in mind, How would you describe your learning style?

1) quick learner
2) hands on (he replaced Betty Ally for a short period of time)

Score 3

8) Talk about a work situation in which you experienced a setback and how you handled it.

Score 3

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | Fair | Good | Excellent (circled) | Outstanding |
| **Word:** | Fair | Good | Excellent (circled) | Outstanding |
| **PowerPoint:** | Fair | Good (circled) | Excellent | Outstanding |

Score 3

b. Give recent examples of how you have used each of these applications.

1) responsible for tracking system using Excel

Score [illegible]

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Score 5

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

30

Total Score ~~38~~

# INTERVIEW QUESTIONS
# FOR ANNOUNCEMENT ACF-2004-0090
# GRANTS MANAGEMENT SPECIALIST GS/9/11/12

***(Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)***

**Name:** David Kader

**Grade Level (s):** 9/11/12

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job?

Score 3

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization.

Mills Corporation ... forecasts, etc.

Score 3

b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.

Prepared memos back and forth ... audit documents ... contract ... financial sheets ... reports

Score [illegible]

3) The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year. Describe one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

Diligent, dependable. Use to working w/ tight deadlines. Very conscientious because people depend on what I do. Use to doing 14 hr days at mills.

Score [illegible]

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

Has had experience doing grants in Head Start both personally and through managing the on-site staff.

Score ______

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Unsure about circulars and regs

Score ______

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

Score 3

7) ~~Regardless of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth by the Department of Health and Human Services, and ACF. With this in mind,~~ how would you describe your learning style?

Receptive to comments by peers
Respect Authority
Hands on and Reading

Score 4

8) Talk about a work situation in which you experienced a setback and how you handled it.

No specific situation

Score 3

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | Fair | Good | Excellent | Outstanding |
| **Word:** | Fair | Good | Excellent | Outstanding |
| **PowerPoint:** | Fair | Good | Excellent | Outstanding |

Score 4

b. Give recent examples of how you have used each of these applications.

Tracking system has formulas installed.

3.5 3W

Score ______

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Score 5

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

Total Score 34

# INTERVIEW QUESTIONS
# FOR ANNOUNCEMENT ACF-2004-0090
# GRANTS MANAGEMENT SPECIALIST GS/9/11/12

*(Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)*

**Name:** DAVID KADAN

**Grade Level (s):** _________

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job?

QUALIFICATIONS GRANTS + FISCAL · BS IN ACCOUNTING 13 YRS EXPERIENCE IN ACCOUNTING: PUBLIC + PRIVATE ACCOUNTING CONTRACTOR W/ HAYNES IN CBM HEAD START

Score 5

37

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization.

ALL POSITIONS COMMUNICATE WITH DIFFERENT LEVELS OF AUTHORITY WITHIN CBM/HS + AUDIT ACF

PROPERTY ACCOUNTANT W/ KITTY MILLS PREPARATION OF REPORTS: SPREADSHEET ANALYSIS + PREPARED

Score 4

b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.

PREPARATION OF POLICY / PROCEDURES | GRSEVTS HEAD START ANALYZED ~~[illegible]~~ BUDGETS, PRESENTATION TO DIFFERENT LEVELS OF MANAGEMENT

Score 4

3) The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year. Describe one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

"Calm under pressure"

~~Work environment has been mostly hectic~~

~~[illegible]~~ mostly has worked in hectic environment. Accounting environment

in mills he worked 14 hr days + weekends

Score 5 very conscientious in demanding work schedules/environments

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

Bridging work requirements between grant + program

Preparation of negotiation sheets + awards

Has communicated w/ grantees. Advising grantees on requirements

Cited: 45 CFR 74 | 92

A133 audits

Closeout grants

Could not cite w/ [illegible] those references referred to

Score 3

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Score ______

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

Score ______

7) Regardless of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth by the Department of Health and Human Services, and ACF. With this in mind, how would you describe your learning style?

- HANDS ON TRAINING IN GRANTS
- READING
- VIA STAFF

Score 4

8) Talk about a work situation in which you experienced a setback and how you handled it.

WORKS WITH OTHERS TO GET THE JOB DONE. DID NOT CITE ANY HARD EXAMPLES DEMONSTRATING SET BACKS & RECOVERY

Score 3

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | Fair | Good | Excellent | Outstanding |
| **Word:** | Fair | Good | Excellent | Outstanding |
| **PowerPoint:** | Fair | Good | Excellent | Outstanding |

Score 4

b. Give recent examples of how you have used each of these applications.

EXCEL: SPREADSHEET

Score ______

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Score 5

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

Total Score _______

# INTERVIEW QUESTIONS
# FOR ANNOUNCEMENT ACF-2004-0090
# GRANTS MANAGEMENT SPECIALIST GS/9/11/12

**(*Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)***

**Name:** David Kadan
**Grade Level (s):** 9/11/12

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job? BS in Accounting
Performed public and nonprofit audits
Currently contractor with Haynes
Property accountant

Score 4

4

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

   a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization.
   Experience communicating with different levels
   Private sector
   Under contract liason between contract staff and Federal staff, manages contract staff

   Score 4

   b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.
   Experience preparing spread sheets, forecasting
   Prepared written reports of earnings, balance sheets, income statements with Katie Mills corporation

Score 4

3) ~~The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year~~. Describe one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

Calm under pressure
Dependable and diligent
Very conscientious
Aware that staff is dependent upon her completing assignments

Score 4

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

Experience advising grantees regarding requirements
mainly familiar with A-133
Prepared audit

Score 4

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Score ______

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

Experience negotiating budgets for research grants

Score 4

7) Regard~~less of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth~~ by the Depar~~tment of Health and~~ H~~uman Services, and ACF. With this in mind~~, how would you describe your learning style?

always open to learning
Receptive to comments from staff and managers
Training has been hands on, a lot of reading

Score 4

8) Talk about a work situation in which you experienced a setback and how you handled it.

No major set backs
Explain why an audit wasn't completed in a timely fashion
Understand that at the end of the day the ultimate responsibility is mine.

Score 4

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | Fair | Good | (Excellent) — circled | Outstanding |
| **Word:** | Fair | Good | (Excellent) — circled | Outstanding |
| **PowerPoint:** | Fair | (~~Good~~) — circled | Excellent | Outstanding |

Score 4

b. Give recent examples of how you have used each of these applications.

Excel – Spread sheets, standard formulas

Score 4

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Add population
Divide

Score 5

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

Total Score 35

**INTERVIEW QUESTIONS**
**FOR ANNOUNCEMENT ACF-2004-0090**
**GRANTS MANAGEMENT SPECIALIST GS/9/11/12**
***(Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)***

**Name:** Darryl Ingram
**Grade Level (s):** 9/11/12

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job? DC OIG Inspections & Evaluations
Perform programmatic evaluations - Mgmt oversight financial compliance
Lead inspector for past 10 yrs

Score 5

4

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization. Agency officials, Congressional officials, local affiliates

Score 4

b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.
Develops reports of inspections, make recommendations for feasible corrections

Score 4

3) The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year. Describe one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

Strong suit is multi tasking
Always something on the plate balance hot issues that come up with regular desk load

Score 4

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

Contractor for Dept. of Justice participated in review panels.
Participated in site visits

Score 4

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Experience with Federal, State and local level

Score 4

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

Participated in reviews

Score 4

7) Regardless of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth by the Department of Health and Human Services, and ACF. With this in mind, how would you describe your learning style?

Refer to Auditing person
Search the Internet
Combination of hands on and reading, tend to do better when I can read

Score 4

8) Talk about a work situation in which you experienced a setback and how you handled it.

Objective is to learn and how to correct the present problem
Look for other sources to help, requested training.

Score 4

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | Fair (circled) | Good | Excellent | Outstanding |
| **Word:** | Fair | Good | Excellent | Outstanding (circled) |
| **PowerPoint:** | Fair | Good | Excellent | Outstanding (circled) |

Score 4

b. Give recent examples of how you have used each of these applications.

Used powerpoint for briefs
Writing reports on inspection

Score 4

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Score 3

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

Total Score 32

5/17/07

**INTERVIEW QUESTIONS**
**FOR ANNOUNCEMENT ACF-2004-0090**
**GRANTS MANAGEMENT SPECIALIST GS/9/11/12**
***(Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)***

**Name:** Darryl Tasrau
**Grade Level (s):** 9 - #2
11 - #1
12 - #2

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job?

1) IG [illegible] <oversite> 4)
2) Site inspection
3) lead inspector

Score 3

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization.

1) traveled nationally for justice as a contractor

Score 4

b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.

1) develope reports of inspection for IG <Completed 7 inspections>

Score 

3) The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year. Describe one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

1) multitasking is part of current job

Score 3

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

Writing
reading
interpretation of Regs.
negotiating budgets

Score ______

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Score ______

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

1) ASPIN system/contractor for justice
a.) Initial review of applications

2) Monitoring grant as IG regarding regulations.

Score 3

3) not familiar with majority of Fed. Regs.

7) Regardless of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth by the Department of Health and Human Services, and ACF. ~~With this in mind,~~ How would you describe your learning style?

1) Completed two Audit course from USDA
2) Reading is his strong point

Score 3

8) Talk about a work situation in which you experienced a setback and how you handled it.

1) enrolled in a report writing course to improve writting

Score 4

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | Fair (circled) | Good | Excellent | Outstanding |
| **Word:** | Fair | Good | Excellent (circled) | Outstanding |
| **PowerPoint:** | Fair | Good | Excellent (circled) | Outstanding |

Score 3

b. Give recent examples of how you have used each of these applications.

Score [illegible]

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Score 3

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

26

Total Score 34

# INTERVIEW QUESTIONS
# FOR ANNOUNCEMENT ACF-2004-0090
# GRANTS MANAGEMENT SPECIALIST GS/9/11/12

***(Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)***

**Name:** David Kadan
**Grade Level (s):** 9/11/12

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job? BS in Accounting
Performed public and nonprofit audits
Currently contractor with Haynes
Property accountant

Score 4

4

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization.
Experience communicating with different levels
Private sector
Under contract liaison between contract staff and Federal staff, manages contract staff

Score 4

b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.
Experience preparing spreadsheets, forecasting
Prepared written reports of earnings, balance sheets, income statements with Katie Mills Corporation

Score 4

3) ~~The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year~~. Describe one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

Calm under pressure
Dependable and diligent
Very conscientious
Aware that staff is dependent upon her completing assignments

Score 4

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

Experience advising grantees regarding requirements
mainly familiar with A-133
Prepared audit

Score 4

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Score ______

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

Experience negotiating budgets for research grants

Score 4

7) ~~Regardless of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth by the Department of Health and Human Services, and ACF. With this in mind~~, how would you describe your learning style?

always open to learning
receptive to comments from staff and managers
Training has been hands on, a lot of reading

Score 4

8) Talk about a work situation in which you experienced a setback and how you handled it.

No major set backs
Explain why an audit wasn't completed in a timely fashion
Understand that at the end of the day the ultimate responsibility is mine.

Score 4

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | Fair | Good | (Excellent) | Outstanding |
| **Word:** | Fair | Good | (Excellent) | Outstanding |
| **PowerPoint:** | Fair | (~~Good~~) | Excellent | Outstanding |

Score 4

b. Give recent examples of how you have used each of these applications.

Excel – Spread sheets, standard formulas

Score 4

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Add population
Divide

Score 5

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

Total Score 35

# INTERVIEW QUESTIONS
# FOR ANNOUNCEMENT ACF-2004-0090
# GRANTS MANAGEMENT SPECIALIST GS/9/11/12

***(Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)***

**Name:** ______________________

**Grade Level (s):** 9/11/12

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job?

Score ______

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization.

Score ______

b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.

Score ______

3) ~~The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year. Describe~~ one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

Score 4

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

Score ______

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Score ______

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

Score 4

7) ~~Regardless of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth by the Department of Health and Human Services, and ACF. With this in mind,~~ how would you describe your learning style?

Solicited assistance from a trainer who does Grants [illegible] Internet

Score 4

8) Talk about a work situation in which you experienced a setback and how you handled it.

learn from disappointment look at mistakes and try to correct them – enrollment Reports needed significant correction – a Report writing class.

Score 4

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | (Fair) | Good | Excellent | Outstanding |
| **Word:** | Fair | Good | Excellent | (Outstanding) Reports |
| **PowerPoint:** | Fair | Good | Excellent | (Outstanding) Presentations |

Score 4

b. Give recent examples of how you have used each of these applications.

Score [illegible]

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Score 2

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

Total Score 47 32

# INTERVIEW QUESTIONS
# FOR ANNOUNCEMENT ACF-2004-0090
# GRANTS MANAGEMENT SPECIALIST GS/9/11/12

***(Please rate on a Scale of 1-5 with 5 being the highest and 1 being the lowest)***

**Name:** Daryl Ingram
**Grade Level (s):** ________

1) The vacancy announcement described the position for which you are being interviewed. What in your educational background, work and other experience do you believe highly qualifies you for this job?

DC OIG INSPECTION/EVALUATION: OVERSIGHT OF ENTITIES RECEIVING STATE, FED FUNDS SITE VISITS
FINANCIAL COMPLIANCE
PROGRAM COMPLIANCE
TEAM LEADER
REPORTED OUT TO CITY COUNCIL

Score 3

2) The job of a Grants Management Specialist requires interactions with many different levels and types of individuals and organizations both internal and external to the Administration for Children and Families (ACF). These interactions may take place over the phone, at a one on one meeting, or during the course of giving technical assistance to a group as part of a Conference, panel review orientation, or as part of informal training of program staff. The interaction may also be written communication provided via e-mail, brief letters or longer, more formal and complex correspondence.

30

a. Give examples from your own work experiences which you believe highlight your ability to interact with people of different levels of authority internal and external to your organization.

DATA GATHERING, INTERVIEWS
PRIOR POSITION: DEPT OF JUSTICE EXCHANGE

Score 3

b. Give examples from your own work and other experiences that highlight your ability to communicate effectively in writing.

~~PREPARATION OF REPORTS~~
PARTICIPATED IN WRITING REPORTS
PREPARATION W/WRITTEN REPORTS

Score 3

3) The work of a Grants Management Specialist can often become intense, especially toward the end of the fiscal year. Describe one or more situations in which you were required to manage multiple activities at one time, work under pressure, and/or meet tight deadlines and how you handled it.

MULTITASK:
PROJECTS: ON GOING → AS WELL AS ~~[illegible]~~ ISSUES WHICH SURFACE
INTERMINGLE ON GOING W/ OTHER ISSUES WROUGHT
ON FROM IMMEDIATE REQUESTS FROM CITY COUNCIL
AS WELL AS EMERGENCIES

Score 4

4) Please discuss any experience you have had reading, writing, interpreting or applying Federal or State regulations relating to grants, cooperative agreement, contracts or similar activities.

~~[illegible]~~ MONITORING: ~~[illegible]~~ IF GRANTEE ADHERING TO REGULATIONS,
DEALS GREATLY W/ CONTRACTS
A-122 (NO KNOWLEDGE? 45 PART 74/92)
A-21
OMB 87

Score 2+

5) Describe any experiences you have had working with grants, cooperative agreements, contracts or similar activities at the Federal or State level.

Score ______

6) Describe any experiences you have had developing, negotiating and/or managing budgets.

Score ______

7) Regardless of previous experience, the individual selected for this position will be required to learn and work within the policies and procedures set forth by the Department of Health and Human Services, and ACF. With this in mind, how would you describe your learning style?

PERSONAL CONTACT
INTERNET
~~HAS BEEN SUCCESSFUL IN BE~~
LEARNING: (1) READ : (2) HANDS ON

Score 4

8) Talk about a work situation in which you experienced a setback and how you handled it.

INITIATIVE:

RE: WRITING SKILLS : TO IMPROVE SKILLS : VOLUNTARILY TOOK REPORT WRITING COURSE

Score 4

9) We want to explore your proficiency with Microsoft software, the tool we use most often at ACF.

a. Rate your overall proficiency with the following Microsoft applications: **(Circle response)**

| | | | | |
|---|---|---|---|---|
| **Excel:** | (Fair) | Good | Excellent | Outstanding |
| **Word:** | Fair | Good | (Excellent → Outstanding) | |
| **PowerPoint:** | Fair | Good | (Excellent → Outstanding) | |

Score 3

b. Give recent examples of how you have used each of these applications.

POWER POINT : USES ON ONGOING BASES
WORD : USES FOR REPORT WRITING
EXCEL : AGENCY NOT ~~[illegible]~~ USING ON GOING. BUT HE HAS TAKE OFFICE SUITES TRAINING : IS AWARE

Score 3

10) Some categories of mandatory grants are based on formulas. The following exercise uses the same analytical and math skills necessary to develop or execute a formula. ***(Please provide the interviewee with this question written out on a piece of paper and give them a few minutes to work it out.)***

With this in mind, please take a few minutes to answer the question on this handout.

How would you proportionally distribute $100,000 to four grantees with populations of 2,000; 4,000; 6,000; and 8,000?

You may either verbalize your responses or show us on paper, or both.

Score 1

Do you have any questions?

Thank you. We expect to make a recommendation to the Selecting Official very shortly.

**OVERALL COMMENTS**

Total Score _______