United States Department of Health and Human Services Careers



● **HHS Home**
● **Questions?**
● **Contact Us**
● **Site Map**

HHS Careers Online Home  |  HHS Job Search  |  Commissioned Corps  |  Student Opportunities  |
HHS Careers Online FAQs  |  Employee Benefits  |  Other Federal Jobs  |  Federal Salaries  |
Questions regarding HHS Careers Online?

**Serial: HHS-ACF-2004-0090-DEU12**
**Vacancy: HHS-ACF-2004-0090 Grants Management Specialist**
**Location: Washington, DC**
**Grade(s): 12**
**Applicant: INGRAM, DARRYL**

## Personal Data

| First Name: | DARRYL |
|---|---|
| MI: | L |
| Last Name: | INGRAM |
| Address1: | 10103 BALSAM POPLAR PLACE |
| Address2: | |
| City: | MITCHELLVILLE |
| State: | MD |
| Zip Code: | 20721 |
| Plus 4: | |
| Phone: | 301-925-4415 |
| Email: | darryl.ingram@dc.gov |
| US Citizen: | Y |
| Veteran Preference: | Had active duty or reserve service. |
| Start of Service: | 07/09/1982 |
| End of Service: | 07/06/1985 |

## Core Questions

| 1 | Are you a veteran who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just a few days short of three (3) years)? |
|---|---|
| | Yes |
| 2 | Individuals who have retired from active military service with a disability rating of thirty (30) percent or more OR who have been rated by the Department of Veteran Affairs (VA) within the proceeding twelve (12) months as having a compensable service-connected disability of thirty (30) percent or more are eligible for a noncompetitive temporary |

| | appointment for more than sixty (60) days or a term appointment. Are you eligible for such appointments? |
|---|---|
| | No |
| 3 | If you are a current Federal civilian employee, are you serving under a VRA Appointment as defined by the categories below? |
| | No |
| 4 | If you are currently a Federal civilian employee, by what agency and organization are you employed? |
| | I am not a current Federal employee |
| 6 | If your position is covered by an HHS bargaining unit, please indicate to which bargaining unit it belongs. |
| | Not Applicable |
| 8 | If you are currently a Federal employee (or Commissioned Corps Officer/Applicant), under what type of appointment are you serving? |
| | Not Applicable |
| 10 | Are you a student appointee under the Student Career Experience Program (SCEP) who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment? |
| | No |
| 11 | If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement? |
| | Not Applicable |
| 13 | If you are, or ever were, a Federal civilian employee, please indicate the grade level of the position referenced in the above question: |
| | Not Applicable |
| 15 | If you are, or were, a Federal employee who held a permanent position in the competitive service, what is the highest GS equivalent full performance level/promotion potential of that position? |
| | NA (this includes excepted service employees such as AD pay plan) |
| 16 | If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System? |
| | Yes |
| 17 | Are you a retiree receiving a Federal annuity, either military or civilian? |
| | No |
| 18 | Have you accepted a buyout from a Federal agency within the past five (5) years? |
| | No |
| 19 | Are you eligible for noncompetitive appointment under a Special Appointing Authority (e.g. Outstanding Scholar, present or former Peace Corps personnel, current Postal Service personnel, etc)? |
| | No |
| 21 | Are you eligible for the Federal Employment Program for Persons with Disabilities? (For information on Schedule A appointments, see the OPM website.) |
| | No |
| 22 | Are you eligible for Indian preference as defined by the Department of the Interior (DOI) and as evidenced by Bureau of Indian Affairs (BIA) certification? |
| | No |
| | Are you eligible for preference based on being a PL 437 Scholarship recipient? |

| 23 | No |
|---|---|
| 24 | Displaced employee information: |
|  | I am not a displaced employee from a Federal Agency. |

## Report Results

**HHS-ACF-2004-0090 Grants Management Specialist**

| 12 | 1 | GS-12 Choose one answer that best describes your experience as related to the basic qualification requirements for this position: |
|---|---|---|
|  |  | I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-11 level in the Federal service as described in the vacancy announcement. |
| All Grades | 1 | Have you interpreted and applied Federal grant administration laws, policies, procedures and regulations in the review and evaluation of grant applications? |
|  |  | I am highly skilled at performing this function |
| All Grades | 2 | In the text box below, please elaborate on your answer to the previous question. Indicate where this is reflected on your resume (i.e. identify the specific experience, training and/or education), but do not paste your resume here. |
|  |  | As a Management Analyst with the District of Columbia Office of the Inspector General, I have extensive experience in interpreting, applying, and ensuring grantee adherence to applicable Office of Management and Budget Circulars A-110, Uniform Administration Requirements for Grants and Agreements with Nonprofit Organizations and Institutions of Higher Learning, A-122, Cost Principles for Nonprofits, A-133, Audit of State, Local Governments and Nonprofits. As a Management Analyst, I have conducted seven in-depth inspections and three recompliance inspections on District of Columbia agencies, to include the Departments of Health, Medicaid, Human Services, Corrections, and Parks and Recreations. These inspections covered Federal and state grant awards totaling in excess of $300 million. As a Management Analyst, I uncover and cite system deficiencies and make recommendations for correction and improvement to agency directors, the Council of the District of Columbia, the Mayor of the District of Columbia, and Congress. I am responsible for the review and evaluation of the grant or cooperative agreement budget, and ultimately the post-award fiscal monitoring of the recipients of state and Federal grants and cooperative agreements. I am also responsible for reviewing and analyzing the administrative, management, and financial control systems of nonprofit organizations and District of Columbia agencies. I provide technical advice to grantees, in strict adherence to OMB Circulars and applicable District of Columbia laws and regulations. I analyze grantee performance and ensure adherence to Federal regulations using evaluative tools, i.e. site visits, financial reports, and progress reports. Additionally, I must analyze the agency or organization financial systems, and ensure that they employ a clearly articulated financial management system that adequately segregates costs and documents the required matching funds, and in-kind donations. |
|  |  | From the answer choices below, please select those that best reflect your experience in working with and providing technical assistance to grantees. I have extensive experience advising grantees on: |

| All Grades | 3 | Eligibility<br>Grantee financial and administrative requirements<br>Indirect cost claims<br>Closeout procedures |
|---|---|---|
| All Grades | 4 | In the text box below, please elaborate on your answer to the previous question. Indicate where this is reflected on your resume (i.e. identify the specific experience, training and/or education), but do not paste your resume here. |
| | | As a Management Analyst with the District of Columbia Office of the Inspector General, I provide assistance, consultation, and make recommendations on financial matters to high-level management for action on results of inspections (site visits) of grantees receiving local and Federal funding. The grantees are District of Columbia agencies and nonprofits. These inspections include the assessment of the grantee's eligibility for continued funding, adherence to OMB Circulars for financial and administrative requirements, determining the correct application of the documented indirect cost rate, and whether closeout procedures were initiated in a timely manner. These recommendations are made only after thorough analysis and review of applicable policies and regulations. I have reviewed and analyzed grantee program operations and budgets totaling in excess of $300 million. These grantees have widely disparate missions and varying needs. After determining if the grantees met their responsibilities, as agreed upon in the award document, and ensuring their strict adherence to the criteria mandated by both the District of Columbia and the Federal government, I then issue a management report of the findings and deficiencies, along with recommendations for improvement. To date, as the lead inspector, I have conducted seven programmatic and financial inspections, each lasting 90 to 120 days. My ability to provide assistance and consultation on programmatic and financial matters, issues, and data is also evidenced by the fact that I provide clear and exacting transmission of technical information, and communicate the intricacies of the Federal grants and contracts rules and regulations to persons representing organizations who, perhaps, have never received Federal funding before. I give both formal and informal guidance pertaining to such subject matters as applicable OMB Circular requirements and various fiscal policies and procedures of District of Columbia agencies. I also analyze grantee performance, and ensure adherence to all applicable regulations, by using evaluative tools that include site visits (accompanied and unaccompanied), financial reports, and progress reports. Further, I have conducted entrance and exit briefings to grantees, and to high-level managers in the District of Columbia's Office of the Inspector General. |
| All Grades | 5 | Apply cost factors, including cost principles, to evaluate grantee requests and justification for funding. [Check one]. |
| | | In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task. |
| All Grades | 5.1 | In the text box below, please elaborate on your answer to the previous question. Indicate where this is reflected on your resume (i.e. identify the specific experience, training and/or education), but do not paste your resume here. |
| | | During my tenure as an Information Analyst, with the National Criminal Justice Reference Service, I evaluated grant applications for Federal funding, from respondents to Federal Request for Proposals (RFP). This was accomplished through the review of the RFP, the applicable Office of Management and Budget (OMB) Circulars (A-21 Cost Principles for Educational Institutions, A-87 Cost Principles for State, Local, and Indian tribal Governments, A-102 Grants and Cooperative Agreements with State, Local, and Indian Tribal Governments, A-110 Uniform Administration Requirements for Grants and Agreements with Nonprofit Organizations and Institutions of Higher Learning, A-122 Cost Principles for Nonprofits, and the grantee application's budget and program outline. The |

| | | |
|---|---|---|
| | | applicants included local, state, and Federal Law Enforcement, Corrections, and Court agencies. My training which enables me to accomplish these tasks include United States Department of Agriculture (USDA) certificate courses in Cost Benefit Analysis, Program Evaluation, Project Management, and Interviewing Techniques for Auditors. |
| All Grades | 6 | I have independently negotiated budgets, award continuations, and other issues with grantees. |
| | | Yes |
| | | In the text box below, please elaborate on your answer to the previous question. Indicate where this is reflected on your resume (i.e. identify the specific experience, training and/or education), but do not paste your resume here. |
| All Grades | 6.1 | As a Management Analyst I have found and cited fiscal and programmatic deficiencies, and possible fraud, waste, and abuse in the inspection and evaluation process of District of Columbia government agencies. These findings speak directly to whether or not the government agency will continue to receive Federal funding. These deficiencies are reported to the Directors of the respective agencies, who must ensure implementation of corrective actions. It is my responsibility to ensure that the corrective actions are indeed implemented and that they fix the deficiencies. For example, in the District of Columbia's Department of Human Services, I reviewed grants awarded to the agency totaling $53 million in local and federal funds. I found that work with sub-grantees was ongoing without current grants or cooperative agreements, and that these sub-grantees were receiving reimbursements and direct payments. I recommended that work be halted, and funds placed on hold, until awards or agreements were made. I further recommended that the agency establish systems that would preclude such events from reoccurring. |
| | | From the following list of software, identify those with which you have significant experience: |
| All Grades | 7 | Database management software (e.g., Access, Dbase, Filemaker Pro, Paradox, or FoxPro)<br>E-mail (e.g., GroupWise, CCMail, Eudora, Lotus Notes, Outlook)<br>Graphics or presentation software (e.g., PowerPoint, PaintShop, Photoshop, Visio)<br>Operating systems (e.g., Windows, NT)<br>Spreadsheets (e.g., Excel, Lotus, QuatroPro)<br>Word-processing software (e.g., Word or Word Perfect) |
| All Grades | 8 | Choose a method of consideration- Please select one choice from the following: |
| | | (NONE) The choices above are not applicable to me. |
| All Grades | 9 | I am eligible for one of the following Agency Interchange Agreements (NOTE-you must provide a Standard Form 50, Notice of Personnel action that supports your claim. Failure to do so will result in the loss of consideration): |
| | | None of the above |

## RESUME for DARRYL INGRAM

| RESUME |
|---|
| DARRYL LYNN INGRAM<br>United States Citizen – Social Security #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<br>10103 Balsam Poplar Place♦ Mitchellville, Maryland 20721<br> (301) 925-4415 (H)    (202) 727-5085 (W)<br>Veteran's Preference: 5 Points<br><br>APPLICATION FOR:  Grants Management Specialist GRADE: |

GS-1101-9/12
VACANCY ANNOUNCEMENT NUMBER:HHS-ACF-2004-0090

PROFESSIONAL EXPERIENCE

Management Analyst - $59,169
District of Columbia Office of the Inspector General  717
14th Street, 5th Floor, NW- Washington, D.C. 20005
Supervisor:  Lawrence Perry (202) 727-8490 (Do not Contact)
January 2001 - present

Ensure grantees in receipt of both District of Columbia
and Federal funding are adhering to the laws and
regulations of the local government and the applicable
Office of Management and Budget (OMB) Circulars (A-110,
Uniform Administration Requirements for Grants and
Agreements with Nonprofit Organizations and Institutions
of Higher Learning, A-122, Cost Principles for Nonprofits,
and A-133, Audit of State, Local Governments and
Nonprofits).  Identify fraudulent, abusive and wasteful
practices within District of Columbia government agencies
by analyzing a range of quantitative and qualitative data,
conducting site visits and inspections of financial
records and documentation. Conduct exit briefings to
grantees. Provide recommendations and conduct formal
presentations to high-level management. Perform data and
trend analyses of major District agencies and their
programs to assess efficiency and effectiveness. Make
written recommendations for improvement of District of
Columbia agency programs to include the Departments of
Health, Medicaid, Human Services, Corrections, and Parks
and Recreations.  These reports are provided to Congress,
the Mayor of the District of Columbia, the District of
Columbia Council, and agency directors.


Information Analyst - $38,168
National Criminal Justice Reference Service " 2277
Research Boulevard - Rockville, Maryland 20850
Supervisor: Andrea Lange  (301) 519-5000
May 1998 - December 2000

Provided detailed technical assistance to those interested
in applying for Federal grants. Provided guidance in
completing the Federal grant application process to
potential grantees.  Conducted research utilizing multiple
databases, the Internet, and all available resources, and
recommended Federal funding opportunities to local, state
and Federal law enforcement officials.  Maintained an
in-depth knowledge of current Department of Justice (DOJ)
Grant programs, research, and recently published law
enforcement information. Established working relationships
with Federal agencies, as well as domestic and
international organizations related to criminal justice,
in order to identify their need for DOJ grant information
and funding opportunities. Duties also included traveling
and exhibiting on behalf of the National Institute of
Justice and other Office of Justice Programs offices at
conferences nationwide, report writing, and necessary
correspondence.  Conducted training to a variety of
audiences on the Federal grant application process.

Correctional Counselor for the Office of Rehabilitative
Services - $36,000
District of Columbia Department of Corrections " 1010 N.
Capitol Street, N.W. Washington, D.C. 20001
Supervisor: Shellie Stubbs (202) 727-2700
August 1993 - August 1997

Appeared at court proceedings to review and respond to
interrogations and depositions pertaining to clients.
Served as liaison between the Pretrial Services Agency and
the Department of Corrections. Submitted applicable
reports to the courts, defense counsel and the Office of
the United States Attorney. Conducted initial orientation
to assess clients' vocational, educational and health
needs. Prepared summaries of clients' overall adjustment
to supervision. Applied specific case management skills
and techniques that ensured optimal security compliance.
Assisted the Correctional Treatment Specialist with
intervention and classification sessions to address
technical violations and crisis situations. Developed and
planned treatment programs of intervention for
electronically and non-electronically monitored parolees.
Successfully managed a specific caseload of pretrial
individuals released to custody of intensive supervision.


Special Assistant to the Administrator - $33,000
District of Columbia Department of Corrections " 300
Indiana Avenue, N.W. Washington, D.C. 20032
Supervisor: John Wayne Noble (202) 727-2700
May 1991 - August 1993

Served as Special Assistant to the Administrator,
providing assistance in the development and coordination
of various projects. Reviewed documents and internal
correspondence to determine their impact on operational
procedures. Briefed management of discrepancies involving
program and operational matters. Conducted investigations
of infractions of departmental rules, analyzing and
assembling information often sensitive in nature.


Correctional Officer for the Medium Security Facility -
$28,000
District of Columbia Department of Corrections " Post
Office Box 99 Lorton, Virginia 22199
Supervisor: Michelle Giles (703) 643-111
January 1986 - May 1991

Provided leadership, direction and contributed to the
rehabilitation efforts of inmates with behavioral
problems, diverse backgrounds and temperament. Provided
specific guidance to subordinates regarding counseling
methods and theories pertaining to inmates. Conducted
investigations of alleged assaults and other criminal
activities. Responsible for the custody and security of
the penal institution while monitoring and enforcing
existing codes of conduct, institutional rules and
security precautions.


MILITARY EXPERIENCE

United States Department of Health and Human Services Careers                                    Page 1 of 8

Skip Navigation



● HHS Home
● Questions?
● Contact Us
● Site Map

HHS Careers Online Home  |  HHS Job Search  |  Commissioned Corps  |  Student Opportunities  |
HHS Careers Online FAQs  |  Employee Benefits  |  Other Federal Jobs  |  Federal Salaries  |
Questions regarding HHS Careers Online?

**Serial: HHS-ACF-2004-0090-DEU12**
**Vacancy: HHS-ACF-2004-0090 Grants Management Specialist**
**Location: Washington, DC**
**Grade(s): 12**
**Applicant: KADAN, DAVID**

## Personal Data

| First Name: | DAVID |
|---|---|
| MI: | T |
| Last Name: | KADAN |
| Address1: | 4705 NICHOLSON STREET |
| Address2: | |
| City: | RIVERDALE |
| State: | MD |
| Zip Code: | 20737 |
| Plus 4: | |
| Phone: | 240-460-9382 |
| Email: | dkadan@acf.hhs.gov |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

## Core Questions

| 1 | Are you a veteran who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just a few days short of three (3) years)? |
|---|---|
| | No |
| 2 | Individuals who have retired from active military service with a disability rating of thirty (30) percent or more OR who have been rated by the Department of Veteran Affairs (VA) within the proceeding twelve (12) months as having a compensable service-connected disability of thirty (30) percent or more are eligible for a noncompetitive temporary |

| | appointment for more than sixty (60) days or a term appointment. Are you eligible for such appointments? |
|---|---|
| | No |
| 3 | If you are a current Federal civilian employee, are you serving under a VRA Appointment as defined by the categories below? |
| | No |
| 4 | If you are currently a Federal civilian employee, by what agency and organization are you employed? |
| | I work for another agency within the Federal Government |
| 5 | If you indicated that you work for another agency within the Federal Government, please specify the agency and organization. |
| | Haynes & Associates - Contractor |
| 6 | If your position is covered by an HHS bargaining unit, please indicate to which bargaining unit it belongs. |
| | Not Applicable |
| 8 | If you are currently a Federal employee (or Commissioned Corps Officer/Applicant), under what type of appointment are you serving? |
| | Not Applicable |
| 10 | Are you a student appointee under the Student Career Experience Program (SCEP) who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment? |
| | No |
| 11 | If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement? |
| | Not Applicable |
| 13 | If you are, or ever were, a Federal civilian employee, please indicate the grade level of the position referenced in the above question: |
| | Not Applicable |
| 15 | If you are, or were, a Federal employee who held a permanent position in the competitive service, what is the highest GS equivalent full performance level/promotion potential of that position? |
| | NA (this includes excepted service employees such as AD pay plan) |
| 16 | If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System? |
| | Yes |
| 17 | Are you a retiree receiving a Federal annuity, either military or civilian? |
| | No |
| 18 | Have you accepted a buyout from a Federal agency within the past five (5) years? |
| | No |
| 19 | Are you eligible for noncompetitive appointment under a Special Appointing Authority (e.g. Outstanding Scholar, present or former Peace Corps personnel, current Postal Service personnel, etc)? |
| | No |
| 21 | Are you eligible for the Federal Employment Program for Persons with Disabilities? (For information on Schedule A appointments, see the OPM website.) |
| | No |
| | Are you eligible for Indian preference as defined by the Department of the Interior (DOI) |

| 22 | and as evidenced by Bureau of Indian Affairs (BIA) certification? |
|---|---|
| | No |
| 23 | Are you eligible for preference based on being a PL 437 Scholarship recipient? |
| | No |
| 24 | Displaced employee information: |
| | I am not a displaced employee from a Federal Agency. |

# Report Results

## HHS-ACF-2004-0090 Grants Management Specialist

| 12 | 1 | GS-12 Choose one answer that best describes your experience as related to the basic qualification requirements for this position: |
|---|---|---|
| | | I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-11 level in the Federal service as described in the vacancy announcement. |
| All Grades | 1 | Have you interpreted and applied Federal grant administration laws, policies, procedures and regulations in the review and evaluation of grant applications? |
| | | I am highly skilled at performing this function |
| All Grades | 2 | In the text box below, please elaborate on your answer to the previous question. Indicate where this is reflected on your resume (i.e. identify the specific experience, training and/or education), but do not paste your resume here. |
| | | For the past three years I have been a contractor in the ACF Office of Grants Management which has allowed me to perform the functions of a grants specialist. I have thoroughly reviewed and evaluated grant applications for compliance with established Federal grant administration laws (Grants Administration Manual)and the Code of Federal Regulations. I have ensured that applications comply with applicable announcements and administrative and fiscal policies. During this period, I have also strengthened previoiusly established policies and procedures to ensure effectiveness and efficiency is accomplished. I have also advised grantees about their responsibilities and directed them to the appropriate codes and regulations governing the particular inquiry and/or responsibility. I also prepare subsequent awards and and secures the cooperation of the grantee to ensure appropriate use of program funds. I process, analyze and distribute to appropriate staff, various financial and managerial reports to aid in the management of grants. I interact with the program specialists to provide expert technical advice regarding applicable grant laws, regulations, policies and procedures for processing grant application. I prepared a presentation to the Head Start Grants Officer for the Migrant Branch conference. This is reflected in my resume in my current position as a Haynes and Associates Contractor with Administration of Children Youth and Families at the Department of Health and human Services. |
| All Grades | 3 | From the answer choices below, please select those that best reflect your experience in working with and providing technical assistance to grantees. I have extensive experience advising grantees on: |
| | | Eligibility<br>Grantee financial and administrative requirements<br>Indirect cost claims |

| | | |
|---|---|---|
| | | Closeout procedures |
| All Grades | 4 | In the text box below, please elaborate on your answer to the previous question. Indicate where this is reflected on your resume (i.e. identify the specific experience, training and/or education), but do not paste your resume here. |
| | | In my current position as a contractor with Head Start, I provide techincal assistance to grantees regarding eligibility, grantee financial and administrative requirements, indirect cost claims and procedures to close out grants. I have detailed requirements regarding eligibility concerns to grantees in the Head Start, Early Head Start and Research programs including discussions of the Code of Federal Regulations and Head Start Act. I have also provided information and discussed grant financial and administrative requirements with grantees after receipt of applications for funding. This discussions included the citations from the Grant Administration Manual and the Code of Federal Regulations. I have assisted the program specialists in the interpretation of grantee`s indirect costs claims and provided written and verbal guidance to grantees for indirect costs calculations. I have closed out grants using both the standard and administrative methods and provided information to grantees regarding the procedures and requirements to complete close out actions. This is reflected in my resume in my current position as a Haynes and Associates Contractor with Administration of Children Youth and Families at the Department of Health and human Services. |
| All Grades | 5 | Apply cost factors, including cost principles, to evaluate grantee requests and justification for funding. [Check one]. |
| | | In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task. |
| All Grades | 5.1 | In the text box below, please elaborate on your answer to the previous question. Indicate where this is reflected on your resume (i.e. identify the specific experience, training and/or education), but do not paste your resume here. |
| | | As part of my current position as project manager, I train new contractors as well as assist the Grants Officer with the training of new personnel in the application of cost factors, including evaluating grantees requests and justification for funding. I have beeen cunsulted in the calculation of grantees administrative costs and provided guidance to grantees on achieving the required administrative costs percentage. Also, I have described and defined the relevant standards and Code of Federal Regulations for funding justification. I have also reviewed grantees applications (Application for Federal Assistance SF 424)to ensure compliance with these standards and codes. This is reflected in my resume in my current position as a Haynes and Associates Contractor with Administration of Children Youth and Families at the Department of Health and human Services. |
| All Grades | 6 | I have independently negotiated budgets, award continuations, and other issues with grantees. |
| | | Yes |
| All Grades | 6.1 | In the text box below, please elaborate on your answer to the previous question. Indicate where this is reflected on your resume (i.e. identify the specific experience, training and/or education), but do not paste your resume here. |
| | | In my current position, I have negotiated budgets, award continuations and dealt with various grantee issues. I have prepared budget negotiation sheets for refundings, carryover of balances, etc. for grantees and reviewed these sheets for accuracy and compliance with grant requirements and conformity with applicable rules and regulations. This is reflected in my resume in my. current position as a Haynes and Associates Contractor with Administration of Children Youth and Families at the Department of Health and human Services. |
| | | From the following list of software, identify those with which you have significant experience: |
| | | |

| All Grades | 7 | Database management software (e.g., Access, Dbase, Filemaker Pro, Paradox, or FoxPro)<br>E-mail (e.g., GroupWise, CCMail, Eudora, Lotus Notes, Outlook)<br>Graphics or presentation software (e.g., PowerPoint, PaintShop, Photoshop, Visio)<br>Operating systems (e.g., Windows, NT)<br>Spreadsheets (e.g., Excel, Lotus, QuatroPro)<br>Word-processing software (e.g., Word or Word Perfect) |
| All Grades | 8 | Choose a method of consideration- Please select one choice from the following:<br>(NONE) The choices above are not applicable to me. |
| All Grades | 9 | I am eligible for one of the following Agency Interchange Agreements (NOTE-you must provide a Standard Form 50, Notice of Personnel action that supports your claim. Failure to do so will result in the loss of consideration):<br>None of the above |

## RESUME for DAVID KADAN

### RESUME

```
David T. Kadan
4705 Nicholson Street
Riverdale, MD 20737
Home: (301) 927-6926
Work: (202) 205-8248


ANNOUNCEMENT NUMBER:    HHS-ACF-2004-0090

VACANCY DESCRIPTION:    Grants Management Specialist

EDUCATION

Spring 1990                  University of the District  of
Columbia-Washington, DC
                             Bachelor of Science-Accounting Major

September 1984               Latin American Youth Center-Washington, DC
Successfully completed six (6) months accounting program.
Diploma awarded.

December 1982                London Chamber of Commerce-London, England
                             Accounting certificate.


EXPERIENCE

April 2001- Present          Haynes & Associates- Silver Spring, MD
                             Project Manager
Administer grant awards for Indian and Migrant Head Start
and Early Head Start programs.  Provide technical
assistance related to grantees as needed.  Review and
evaluated grant applications for accuracy and compliance
with laws,standards, rules and regulations established in
the Code of Federal Regulations, Grant Administration
Manual and the Head Start Act.  Advised program staff and
grantees on how to negotiate the amount of continuation
and supplemental grant awards.  Provides grantees
technical assistance and advise regarding Grantee
Fincacial and administrative requirements, indirect cost
claims and procedures for grant closes out. Prepare
```

negotiation sheet and Federal Assistance Award documents
for continuation and supplemental grant awards.  Provide
program staff and Grants Officer with technical
assistance, interpretation of relevant grant laws and
regulations.  Apply cost factors, including cost
principles to evaluate grantee requests and justification
for funding.  Negotiated budgets, award continuations and
communicated with grantees regarding grant applications.
Prepare Audit Resolution documents including Office of
Inspector General Clearance Documents and Audit
Determination Letter.  Designed and implemented procedures
for Audit Resolution function.  Maintained library of
Audit Resolution documents. Reviewed program applications
for Grants Administration Manual compliance.  Supervise
and trained contract staff.  Liasion with Office of
General Counsel lawyers regarding audit disallowances.

          Supervisor:    William Wilson

                                                  (202) 205-8913
                     Salary:            $54,000/year
                            Hours worked: 40 to 50 hours/week

David T. Kadan
4705 Nicholson Street
Riverdale, MD 20737

                 (CONTINUED)

August 1999-April 2001          The Mills Corporation-Arlington, VA
                         Property Accountant
Prepare monthly financial statements for property. Prepare
monthly close schedules for individual items on Financial
Statements. Prepare variance analysis
                         of Property Operating Statement versus Budget.  Prepare
debt analysis package
for operations loans.  Prepare financial packages for
partners.  Reconcile assets report monthly.  Prepare
monthly capital expenditure schedule.  Prepare monthly
close schedules for individual items on Financial
Statements.   Prepare work papers for annual audit as
requested.

Supervisor:    Lauren Hamm

                              (703) 526-5000
                 Salary:           $45,000/year
                            Hours Worked:
40 to 65 hours/week

August 1997-August 1999 Hospice of Northern Virginia-Falls
Church, VA
                 Accountant

Develop and implement new accounting procedures.
Supervise
accounts payable department.  Assisted auditors with
preparation for grants compliance audits.  Prepare
standard journal entries for monthly closing in accordance
with FASB.  Implemented and maintained fixed asset
accounting reports.  Prepare financial reports for
subsidiary.  Prepared budget variance reports.  Assist in
preparation for annual audit.  Automated credit card
processing.  Prepared 1099 reports for IRS, contractors
and consultants.

Supervisor:    David Lange
                                         (703) 531-2105
                    Salary:         $39,000/year
                                              Hours Worked:
40 to 65 hours/week


April 1996-August 1997        Security Industry Association,
Alexandria, VA
                              Financial and Human Resources Manager
Instituted new accounting system (Solomon IV).  Prepared
financial statements.  Formulated, reviewed and prepared
Association budget.  Reconciled bank statements.
Performed all aspects of accounts payable and receivable.
Established Association's pension plan.  Contracted health
and life insurance plans.  Automated payroll process.
Prepared and presented financial reports to the Board of
Directors.

Supervisor:    Ron Spiller
                                         (703) 538-0814
                    Salary:         $36,000/year
                                              Hours Worked:
40 hours/week




David T. Kadan
4705 Nicholson Street
Riverdale, MD 20737

                    (CONTINUED)

June 1987-April 1996          Pasha Publications Inc., Arlington, VA
                              Bookkeeper
Performed all aspects of accounts payable.  Maintained
cash receipts journal.  Reconciled bank statements.
Prepared wire transfers.  Prepared financial statements.
Recorded payroll journal entries.  Performed
administrative duties as needed.

Supervisor:    Sheila Manes
                                         (703) 528-1244
                    Salary:         $28,000/year
Hours Worked: 40 hours/week