UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action Number: 1:05CV0968(JDB) |
| | ) |
| | ) |
| U.S. DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, | ) |
| | ) |
|     Defendant. | ) |

UPON CONSIDERATION of Defendant's Motion to Dismiss, or In the Alternative for Summary Judgment, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this ____ day of _____, 2005,

    ORDERED, that Plaintiff's amended complaint be, and hereby is, DISMISSED WITH PREJUDICE.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE

Copies to:
Benton G. Peterson
Assistant United States Attorney
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530

Josh N. Burton
Henrichsen Siegel
5301 Wisconsin, D.C. 20015
Washington D.C. 20015