UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER )<br>6001 Lucente Avenue )<br>Suitland, MD 20746 )<br>     )<br>    Plaintiff, )<br>     )<br>v.    ) | Case No.: 1:05cv0968 |
|     ) | |
| MICHAEL O. LEAVITT, )<br>SECRETARY OF THE UNITED STATES )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>SERVICES )<br>330 Independence Avenue )<br>Washington, DC 20201 )<br>     )<br>    Defendant. )<br>_____) | **JURY TRIAL DEMANDED** |

**CONSENT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Upon consent of the parties, Plaintiff Silver requests that the Court extend her time to respond to Defendant's Motion. Defendant electronically filed its response at 6:20 p.m. on Friday, September 2, 2005. Plaintiff first saw the motion on Tuesday, September 6, 2005 with the Labor Day week-end intervening. Plaintiff requests to Monday September 19, 2005 to respond which is eleven response days from September 6, 2005. Plaintiff attaches a proposed order for the Court's convenience.

        Respectfully submitted,

        HENRICHSEN SIEGEL, PLLC


        /s/
        Josh N. Burton, D.C. Bar No. 473332
        Eric L. Siegel, D.C. Bar No. 427350
        Nancy S. Brewer
        Henrichsen Siegel, P.L.L.C.
        5301 Wisconsin Avenue, Suite 570
        Washington, D.C. 20015
        Telephone: (202) 966-6500
        Facsimile: (202) 966-7464
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Consent Motion to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment was served by first-class mail, postage prepaid on this  7th  day of September, 2005 on the following:

Benton G. Peterson
Assistant U.S. Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington D.C. 20530
Phone: (202) 514-7238
Fax: (202) 514-8780


                          ___/s/_____
                          Josh N. Burton