## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER )<br>6001 Lucente Avenue )<br>Suitland, MD 20746 )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>MICHAEL O. LEAVITT, )<br>SECRETARY OF THE UNITED STATES )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>SERVICES )<br>330 Independence Avenue )<br>Washington, DC 20201 )<br> )<br>    Defendant. )<br>_____) | **Case No.:   1:05cv0968**<br><br>**JURY TRIAL DEMANDED** |

## **PROPOSED ORDER**

Upon consideration of the parties Consent Motion to Extend Time for Plaintiff to Respond to Defendant's Motion To Dismiss, Or In The Alternative, For Summary Judgment, the Court hereby orders:

    ORDERED:   that the Consent Motion is Granted; and

    ORDERED:   that Plaintiff shall have until Monday, September 19, 2005 to respond to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment

    SO ORDERED.

_____
Judge John D. Bates