UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER<br>6001 Lucente Avenue<br>Suitland, MD 20746<br><br>　　Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF THE UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES<br>330 Independence Avenue<br>Washington, DC 20201<br><br>　　Defendant. | Case No.: 1:05CV0968<br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT OF CATHERINE SILVER

I, Catherine Silver, based upon my own personal knowledge depose and say:

1. I became a federal government employee in 1969.

2. I was born on October 20, 1940.

3. I joined the Administration of Children and Families ("ACF"), a division of the Department of Health and Human Services, in 1998, coming to the Division of Discretionary Grants within ACF in February, 2001.

4. In February 2001, Director Maiso Bryant gave me a Grants Management Specialist position with a COTA program agreement.

5. The purpose of the COTA program was to let me advance in the Grants Management position job series.

6. I have been ranked a fully successful government employee for 32 years, and have been a fully successful GS-9 for seven years, and a fully successful Grants Management



Specialist for four and a half years, but all of my efforts to advance have been consistently blocked by management at the Division.

7. I was never told, and nothing in my COTA agreement says that I cannot be promoted in the Grants Management Specialist job series, like all the younger Grants Management Specialists in the same job are promoted.

8. After I completed the 52 week COTA program, I asked many times, but I could not get paperwork signed to show I had completed the program for thirteen months after completion.

9. I applied for a Grants Management Specialist position during the posting of Vacancy Announcement ACF -3-008, between February 26, 2003 and March 28, 2003.

10. I had also previously sought promotion and applied for Grants Management Specialist position unsuccessfully, although I have been performing the functions of the job since February, 2001.

11. I have been performing GS-11 job functions since about 2002.

12. During the period after the closing of the Vacancy Announcement ACF 03-008, around March 28, 2003, I had numerous absences from work as my husband was terminally ill in the spring of 2003.

13. On July 25, 2003, I first learned in a conversation with another employee that selections for the position had been made and that I had been rejected.

14. From 2002 to the present, the Department of Health and Human Services has engaged in systematic discriminatory non-selection and denial of promotion, blocking all my efforts, and treating younger Grants Management Specialists and applicants more favorably.

15. I have observed that younger Grants Management Specialist ("GMS") selectees

are consistently hired by the Division, and promptly promoted from GS-9 to GS-11 or higher, where I cannot be promoted above GS-9 after seven years of fully successful performance.

16. I was informed by management that I could not be promoted non-competitively, and could only obtain promotion by applying for new postings and newly announced vacancies, although all younger Grants Management Specialists get non-competitive promotions.

17. I also applied unsuccessfully for a Grants Management Specialist position in 2004.

18. I was never offered an interview for the ACF-2004-0009 positions I had applied for, and when I came back to work after my husband's passing I found out the positions had been filled..

19. I have consistently asked for non-competitive promotion which all other Grants Specialists are able to get.

20. At my performance appraisal conference with Director Weeden in November, 2004, I asked again for a promotion, but was refused.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and information.

_Catherine Silver_  9/16/05
Catherine Silver         Date
Suitland, MD 20746
6001 Lucente Avenue
Suitland, MD