UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

CATHERINE SILVER )
6001 Lucente Avenue )
Suitland, MD 20746 )
 )
       Plaintiff, )
 )
v. )
 )   Case No.: 1:05CV0968
MICHAEL O. LEAVITT, )
SECRETARY OF THE UNITED STATES )   JURY TRIAL DEMANDED
DEPARTMENT OF HEALTH AND HUMAN )
SERVICES )
330 Independence Avenue )
Washington, DC 20201 )
 )
       Defendant. )
_____)

## AFFIDAVIT OF LILLIAN CASH

I, Lillian Cash, based upon my own personal knowledge depose and say:

1. I am a GS-1101-13-6, (Series 1101) Grants Management Specialist, at the Division of Discretionary Grants at the Administration for the Children and Families of the U.S. Department of Health and Human Services.

2. I have personal knowledge that Grants Management Specialist, (Series 1101) Catherine Silver; GS 9 does work which is at least a GS 11/12 level of difficulty. In addition, there are numerous occasions when Ms. Catherine Silver has received grants management assignments and special grants management assignments work from level GS 11 through 13 (Series 1101) Grants Management Specialists. This work includes and conducting the review and analysis of grant applications, negotiating budgets with grantees and Project Officers, analyzing PMS transaction reports, reviewing and analyzing "Replacement and Successor" grant


EXHIBIT D

applications. She also conducts side by side grant analysis typically assigned to GS 12/13 Grants Management Specialists due to the complexity of "Replacement and Successor" grant applications. The grants management assignments were reassigned by the team leader or the Director.

3. Ms. Catherine Silver does work at a level of difficulty equal to or higher than work done by other Grants Management Specialists who have been promoted from (Series 1101) GS-9, GS-11/12.

4. I have served for more than 15 years as a "mentor" developing the Grants Management Training Curriculum and possess the knowledge, skills and expertise to train Grants Management Specialists in the Office of Grants Management. I have more than 15 years experience in conducting training workshops and seminars for new panel reviews, project officers and new grantees. In addition, I made a cameo appearance in a video conference concerning Grants Management Training for the Department of Health and Human Services and the Regional Offices.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and information.

_[signature]_
Ms. Lillian Cash
6612 Ian Street
New Carrolton, MD 20784

Sept 12, 2005
Date

- 2 -