

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

ADMINISTRATION FOR CHILDREN AND FAMILIES
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

NOV 1 9 2002

## NOTICE OF RIGHT TO FILE A DISCRIMINATION COMPLAINT

FROM: EEO Counselor

SUBJECT: Notice of Right to File a Discrimination Complaint

To: **Catherine Silver, ACF-013-03**

This is to inform you that, because the matter you brought to my attention has not been resolved by utilizing the Alternative Dispute Resolution (ADR) process, you are now entitled to file a discrimination complaint based on race, color, religion, sex, national origin, physical or mental handicap, age, and/or reprisal. If you file a complaint, it must be in writing, signed, and filed in person or by mail within (15) calendar days after receipt of this notice.

A discrimination complaint must be filed with the following agency official:

> David L. Shorts
> Director
> Equal Opportunity and Civil Rights Staff
> Department of Health and Human Services
> 6th Floor, Aerospace Building
> 370 L'Enfant Promenade, S.W.
> Washington, D.C. 20447

The Complaint must be specific and contain only those issues you discussed with me and raised in mediation. You must cite specific management actions which you believe were discriminatory and you must provide dates when those actions occurred. You must also state whether you have filed a grievance under a negotiated grievance procedure or an appeal to the Merit Systems Protection Board (MSPB) on the same matters.

If you retain an attorney or any other person to represent you, you or your representative must immediately notify the EEO Officer, in writing. You and/or your representative will receive a written acknowledgement of receipt of your discrimination complaint.

If you file a formal complaint with the agency, you are reminded of your responsibility to keep the agency informed of your current mailing address.

_____
Willie H. Sessoms
EEO Counselor

_____
Complainant's Signature

**EXHIBIT**
ROI ex. 1

EXHIBIT ___1___
PAGE ___1___ OF ___1___ PAGES