

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

ADMINISTRATION FOR CHILDREN AND FAMILIES
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

November 19, 2003

To:   David L. Shorts
      Director
      Equal Opportunity and Civil Rights Staff
      Department of Health and Human Services
      6th Floor, Aerospace Building
      370 L'Enfant Promenade, S.W.
      Washington, D.C. 20447

Subject:   Formal Compliant of Discrimination

This is to advise you that I would like to file a Formal Compliant of Discrimination in that the Alternative Dispute Resolution Mediation process was unsuccessful in resolving my issues and concerns regarding non selection to a GS-11, Grants Management Specialist position. I will sign a hard copy of this e-mail and deliver it to your office to make this an official request.

Sincerely yours,

Catherine Silver

Cc: Willie H. Sessoms
    EEO Counselor

EXHIBIT
ROI ex. 2

EXHIBIT 2
PAGE 1 OF 1 PAGES