

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

ADMINISTRATION FOR CHILDREN AND FAMILIES
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

NOV [illegible]

### CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Ms. Catherine Silver
6001 Lucente Avenue
Suitland, Maryland 20746

Re: ACF-013-03
DOF: 11-19-03

Dear Ms. Silver:

The purpose of this letter is to acknowledge receipt and acceptance of your formal complaint of discrimination filed against the Administration for Children and Families (ACF), U.S. Department of Health and Human Services on November 19, 2003.

In your complaint, you alleged that you were discriminated against based on your age (63) when:

> On July 25, 2003 you learned that you were not selected for either of three vacancies for the position of Grants Management Specialist, GS-1101-9/11/12 announced under Vacancy Announcement Number ACF-03-008 and located in the Division of Discretionary Grants, Office of Grants Management, Office of Administration. You applied for the position, was deemed qualified, made the best qualified list, but other employees not in your protected EEO group were selected.

This complaint is being processed pursuant to the provisions of Title 29 Code of Federal Regulations, Section 1614. Under section 1614.106(d), you may amend your formal complaint with issues or claims that are "like or related" to the original complaint prior to the conclusion of the investigation without the need for additional counseling. You may also seek amendment of the complaint after you have requested a hearing by filing a motion with the Administrative Judge to include claims that are like or related to those raised in the complaint pending before the Commission. ACF will acknowledge in writing, any written amendments filed. The regulations require that the investigation be completed by the 180th day after the filing date of the complaint, or the 180th day after the filing date of the last amendment to the original complaint, or the 360th day from the filing date of the original complaint, whichever is earlier.

If you elect not to seek an amendment of a pending complaint before the EEOC, and so inform the agency, the administrative processing of your complaint will continue. An EEO



EXHIBIT ROI ex.3

EXHIBIT  3
PAGE  1  OF  4  PAGES

Page - 2 – Ms. Silver

Investigator will contact you when the investigation of this complaint begins. You should present to the investigator all information you wish considered and the names of any witnesses you believe should be contacted. You must cooperate with the investigator assigned. Failure to do so may result in the dismissal of the complaint.

At the conclusion of the investigation, you will receive a copy of the Report of Investigation (ROI). Within 30 days of receipt of the ROI, you have the right to request a hearing and a decision from an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ), or request a final agency decision based upon the ROI.

Unless you have submitted an amendment or agreed in writing to extend the applicable time period, you have the right to request a hearing and a final decision from EEOC or an immediate final decision from the Department, if the investigation has not been completed within 180 days of the filing of the complaint. Should you elect a hearing, the hearing request must be transmitted to:

> Ms. Tulio L. Diaz
> District Director
> Equal Employment
>   Opportunity Commission
> 1400 L Street, N.W., Suite 200
> Washington, D.C. 20005

Further, in the absence of a complaint amendment or agreed upon extension, you have the right to file a civil action within 180 days from the date of filing an individual or class complaint if no appeal has been filed or final action taken.

If you wish to amend your complaint after you have requested a hearing, you must file a motion to amend your complaint directly with the AJ assigned to hear the case.

Appropriate ACF management officials will be advised of the acceptance of this complaint and will be asked to provide onsite assistance to the investigator. In addition, the Servicing Personnel Office for ACF is being asked to preserve all existing records relevant to your complaint until final adjudication occurs.

3.2

Page – 3 – Ms. Silver

Enclosed is a notice that provides important information concerning the investigation of your complaint. Please read this notice carefully. Inquiries regarding the status of your complaint should be directed to Mr. Willie Sessoms on (202) 401-1448.

FOR THE DEPARTMENT:

                          Sincerely,

                          David L. Shorts
                          Director
                          Equal Employment Opportunity
                            and Civil Rights Staff

Enclosure

cc:    Curtis L. Coy, Deputy Assistant Secretary, OA
       Carol Carter Walker, Acting Director, OGM
       Antonia Harris, PSC Personnel Officer
       Carlos O'Kieffe
       Bonita White
       Complaint File

3.3

## NOTICE REGARDING DISCRIMINATION COMPLAINT INVESTIGATIONS

An EEO Investigator will be assigned to collect the facts that pertain to your complaint. You will be contacted shortly by the Investigator to obtain his/her statement concerning their allegation(s) and legible copies of any pertinent documents in your possession that you feel have relevancy to the complaint. If there are persons whom you believe can provide information concerning your allegations, you should have available their full name, position, office location and telephone number, as well as a summary of the information which they are expected to provide. The EEO Investigator will determine who will be interviewed and what documentation is necessary to complete the investigation.

Your statement and that of witnesses may be obtained under oath or affirmation without a pledge of confidentiality. Alternatively, a written statement may be obtained under penalty of perjury. You have the right to be represented during your testimony; however, your attorney/representative may neither direct the course of the investigation, nor be present during the interviews of other witnesses.

Your disclosure of information is voluntary; however, failure to provide requested information may result in a recommendation that your client's complaint be dismissed. In this regard, you are responsible for prosecution of your complaint. Your attorney is authorized to act in your behalf; however, any failure to do so will be imputed to you and not your attorney.

The information contained in a discrimination complaint is neither anonymous nor confidential, therefore, it is available to any person having a need to know its contents and may be used for program analysis, review, evaluation and statistics. However, if there is a need to disclose information from the complaint file for reasons other than those cited above, or as stated in the Privacy Act of 1974, your prior consent will be requested.

EXHIBIT 3
PAGE 4 OF 4 PAGES