**ACF Intranet**

## OFFICE OF THE DEPUTY ASSISTANT SECRETARY FOR ADMINISTRATION



Administration for Children and Families
Office of the Deputy Assistant Secretary for Administration

- **Deputy Assistant Secretary** — Curtis L. Coy
- **Deputy Director** — Carol Carter Walker
- **Chief of Staff** — Robert Velasco
- **Executive Officer** — Lee Kernan-Ivery
- **EEO & Civil Rights Staff** — David Shorts, Director
- **ACF Ethics Officer** — David Shorts

**Office of Financial Services** — Joel Anthony, Director
- Division of Grants Policy — Deborah Kellaher, Director
- Division of Financial Integrity — Nash Simonet, Director

**Office of Management Resources** — Cheryl Jones Johnson, Director
- Division of Management Resources and Analysis — Eileen Lohr, Acting Director
- Division of Materiel Resources — Rosalie Reggetts, Director
- Division of Organizational and Employee Development Resources — Roberta Katson, Director

**Office of Grants Management** — Carol Carter Walker, Acting Director
- Division of Discretionary Grants — Daphne Weeden, Acting Dir.
- Division of Mandatory Grants — Joseph Lonegran, Director

**Office of Information Services** — Gerald Fralick, Director
- Division of Applications & Software Development — Robert Gignilliat, Acting Dir.
- Division of Computer and Network Services — Joseph Mueller, Director
- Division of Information Management Services — Amy Mankin, Team Leader

May 16, 2003



EXHIBIT RoI 4

EXHIBIT 4
PAGE 1 OF 3 PAGES