# Affidavit

District of Columbia )

I, Daphne J. Weeden, Director
        GS-15 , DoB— 1/23/63 *
at       (Title and grade)
Division of Discretionary Grants
Office of Grants Management
Office of Administration
Administration for Children and Families
901 "D" Street, SW
Washington, DC            hereby solemnly swear as follows:

1. Work history-I have 23 years of Federal Service. In August 1990, I joined ACF as a

Grants Management Specialist, GS-12. In 1999, I was promoted to the position of Grants

Policy Specialist, GS-13. In 2000, I became the lead Grants Management Specialist,

GS-14. In May 2003, I became Acting Director of this division and in September 2003, I

entered my present position.

2. Vacancy Announcement ACF-03-008 for Grants Management Specialist,

GS-1101-9/11/12 was advertised from February 26, 2003 until March 28, 2003. When the

selection certificates were created by personnel and given to Ms. Carol Carter Walker and

then to me, I convened a panel of four grants management officers in the district. We

started interviews at the GS-9 level, because the number of candidates were more

numerous and we were interested in longevity for the positions. The Complainant was the

only inside candidate. The Complainant's COTA indicated that her targeted position was a

Grants Management Specialist at the GS-9 level. It was not a career ladder position.

Page 1 of 2 pages            Affiant's initials DJW

* authorized by witness to insert DoB on affidavit JDC

EXHIBIT
PAGE 1 OF 2 PAGES
EXHIBIT
RoI ex. 7

The two comparisons named by the Complainant, namely, Roni Brooks and Monique Weatherspoon, came into the division as staff assistants, but did Grants Management Specialist work. They became career ladder Grants Management Specialists and thus progressed to their present levels. I might add that the Complainant applied for a Grants Management Specialist position in 2002 and by mistake was put on the certificate at the GS-11 level. The panel judged that she did not interview well. The two selectees for the vacancy announcement ACF-03-008 were Jennifer Richards and Beth Watzman at the GS-9 level. Two other positions were filled off the same GS-9 certificate for Grants Policy Specialists. Our division had nothing to do with those selections.

3. Age discrimination-There was no discrimination against the Complainant because of her age in the selection of the candidates.

I have read the above statement, consisting of two pages. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. I further understand the information given is not confidential and may be shown to the interested parties.

Signature of Affiant

Dated this __ day of January 2004

EXHIBIT 7
PAGE 2 OF 2 PAGES