# Daily Activities Log
## Catherine Silver, Grants Management Specialist

|  |  |
|---|---|
|  | Answer: I have routinely performed this function and I have been successful at it performing it in a number of situations.<br><br>5. Provide technical assistance and guidance to grantees on financial and administrative requirements and closeout procedures.<br>Answer: I have routinely performed this function and I have been successful at it performing it in a number of situations.<br><br>6. Choose a method of consideration- Please select one choice from the follwing:<br>Answer: (MP-only) I am a Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my current Standard Form 50 (Notice of Personnel Action). Please consider me through the merit promotion process in which I will compete with all status applicants.<br><br>6.1. I will fax my Standard Form 50 supporting the claim above to 301-480-3864 by the closing date of this announcement. (Failure to do so will result in the denial of your status claim and you will only be considered under Delegated Examining. Please include the vacancy announcement number on the fax cover sheet.)<br>Answer: Yes<br><br>7. I am a USPHS Commissioned Corps officer.<br>Answer: No<br><br>Please make sure that you have entered your resume. You will be disqualified from consideration if your resume has not been entered before<br>this vacancy closes.<br><br>Please remember to send all supporting documentation to the HR office<br>for proper consideration.<br><br>Thank you for using the United States Department of Health and Human Services Career Site!<br>------------------------------------------------------------<br>--------<br>QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved. |
| May 8, 2003 – e-mail | ACF-03-008<br><br><br>Dear CATHERINE SILVER:<br><br>We have received your application for consideration for employment with<br>Administration for Children and Families for the position of Grants Management Specialist GS-1101-9 / 11 / 12. The following summarizes the status of your application in this recruitment process.<br><br>We have carefully reviewed your application, but cannot consider you for the |

EXHIBIT ROI ex.10

10.9

Catherine Silver          301-735-4839 (H)
.6001 Lucennte Avenue     202-260-6585(FAX)
Suitland, Md. 20746

# Catherine Silver

**Objective**

My goal and objective is to apply the knowledge and skills with respect to the Cost Principles and federal regulations and fiscal and administrative management in becoming Grants Management Officer in the Office of Grants Management.

Health & Human Services          Washington, DC

**Experience**

**Office of Administration**

02/2001 - To Present: GS 1101-9 Grants Management Specialist(COTA)Trainee/
                                 Grants Management Specialist

Alece Morgan, Director until on or about March 2003
Division of Grants Management
202-401-4621

As a Grants Management Specialist (COTA Trainee) I independently apply in-depth knowledge of Federal and HHS grants administration and financial management rules and regulations, directives, policies and procedures in awarding and administering grant awards in providing authoritative technical assistance to program staff and grantees related to discretionary grants. Apply expertise on statutory, regulatory, and policy guidance applicable to grants, and provide detailed information, directives to grantees on responsibilities/requirements inherent in the grants and policies and procedures and objectives of the grants management process which is applied during the (project period) grants life cycle. Grants management assignments requires incisive analytical skills and technical knowledge of the financial policies and procedures, status, directives, rules and regulations, Federal Appropriations Laws, HHS Policy Directives, OMB Circulars - Cost Principles for Non-Profit Organizations A-122, OMB Circular A-133 for Audits, 45 CFR Part 74 - Administrative Requirements, 45 CFR Part 92, Grants Administration Manual (GAM); which includes the program legislation to carry out ACF grants management policies and procedures.

Being trained to serve as a Presenter/Speaker at Conferences/Workshops, providing technical assistance regarding administrative requirements, financial policies, status, rules and regulations. In that capacity, I provide technical assistance to grantees, and program officials regarding OMB A 122, OMB A 133, Federal Appropriations Law, HHS Policy Directives, administrative and fiscal policies, procedures, status, rules regulations and directives pertaining to ACF Discretionary grants for the Office of Community Services grantees at Workshops and Seminars as it relates to financial policies, rules, regulations carrying out ACF grants management activities.

I have over two years of successful experience as a Grants Management Specialist working with grant programs - of that experience and service involving direct accountability for all facets of pre-award, and post award functions for an average of about 80 grants (as many as 100) ranging in scope to about $500,000. These grants (all generally at different stages of progress) ranging over functional area i.e., domestic violence, job opportunity for low income families, community food and nutrition, historical black colleges, sports & youth, loan and equity investments, urban & rural economic development - involve and array of community based agencies, local government agencies, colleges, universities, non-profit organizations and other similar entities across the nation; applying Appropriations Law, OMB Cost Principles, A-122 and A-133 Grant Administration Manual (GAM) policies. 45 CFR Part 74 and 45 CFR 92, program legislation, financial policies, rules and regulations.

My responsibilities involve analysis/evaluation of grant applications, grant actions (responsiveness to program announcements and administrative/fiscal guidance, cost principles/factors) to evaluate the grantees detailed budget justifications to ensure compliance with administrative and fiscal policies, and responsiveness to cost considerations. I conduct negotiations leading to grant budgets, and provide detailed information regarding cost principles and technical assistance to grantees.

Conduct analysis/evaluation of grant applications, grant action requests, in relation to program announcements, compliance with administrative/fiscal policies, responsiveness to cost consideration, adequacy of explanations for proposed deviations and justifications. Provide training and technical consultations to grantees on their programs and projects, resolution of deficiencies in the scopes of work and detailed budget justification, and other functional areas. I possess an in-depth knowledge regarding cost factors, cost analysis and cost principles. Analyzed price practices applicable to personnel costs, equipment and materials. Analyzed cost data submitted by grantees to substantiate direct cost and indirect costs in determining the reasonableness of costs.

Since February 2002, I have officially served as a Grants Management Specialist (GS-1101-9) with the Discretionary Grants Division; and my responsibilities involve performance of comprehensive negotiation, award, technical assistance, advisory, and administration processes. I have acquired over two years of expertise of negotiation experience, and training in the techniques of negotiations. As a result, I have negotiated budgets for grant applications, and various Grant Award Actions, i.e., new carry over balances, continuations, supplements, revisions, successor and replacement grants.

I conduct negotiations leading to clarification grant action request, grant budgets, provide detailed information and directions to grantees on responsibilities and requirements in grant and statutory/regulatory/policy compliance requirement, and prepare grant awards. Also, take necessary actions to protect the Government's interest and minimize potential problems - and to secure grantees commitment to and cooperation ensuring prudent, proper, and legal expenditures of federal funds. Also, monitor grantee's operations and performance to identify, formulate, and initiate corrective responses to program/project, and grantee deficiencies. Review, analyze, interpret, and initiate appropriate responses to negotiations of budgets, administrative requirements, fiscal and financial management performance. Plan and conduct negotiations with Project Officers, and grantee in reference to their

10.2

budgets for new grant applications, continuation, supplements, replacement and successor grants; with unliquidations, unobligations, and deobligations reflected.

GRANTS MANAGEMENT SPECIALIST (COTA Trainee), applied knowledge of the array of Federal/HHS status, regulations, polices, and procedures applicable to all phases of grants in providing technical support and services to the Director of OGM and two Grant Management Officers. Responsibilities focused on monitoring performance/progress of grantees throughout the lifecycle of grants - and included contributing to review of grantees financial and performance reports and ongoing personal contacts with grantees.

As requested by the Grants Management Specialist/Officers, handled contacts with grantees; initiated contacts to determine status/request submission of delinquent reports, acquire periodic status reports, provide information on payments, and pose/respond to questions on grants management issues.

Assembled and dispatch packages to new grantees (including repeat Recipients); maintain logs of all grantee correspondence relating to continuations and supplements. Review extensions and revisions of grants and provided disposition recommendations to support Grants Management Specialists. Prepare/disseminate periodic internal reports on the status of new grants. Handle analytical and administrative tasks associated with the occasional overpayment of a grant - and the grantee's return of the extra funds to the Agency; handle liaison with the Department of Accounting Operations to ensure proper posting/crediting of grantees, reimbursements of overpayments.

Provide delinquent letters to the Grants Management Specialist - and handle subsequent walk-through of those letters to ensure prompt final approval and dispatch to delinquent grantees. Maintain grants documentation/files ensuring that monthly reports are organized.

Maintain authoritative and detail instructions and guidance on processing grants of paperwork to other program staff. Maintain an intensive focus on attainment of optimum levels of customer service, ensure continued personal availability to respond to questions and problems that grantees may have. Apply self-motivation and initiative - voluntarily perform additional grants management technical tasks and support functions in addition of my assigned responsibilities.

Negotiate the amount of continuation and supplemental grant awards with advice and recommendations from the responsible project staff member. Serve as a division contact with the Division of Data Processing to obtain review and correction of problems encountered with GMIS - a grants-tracking automated system.

# Grants Management Specialist's Classes -Courses Completed

## COURSES COMPLETED

Cost Principles for A-21, A-122, and A-87 and FAR 31.2
Grants Management Financial Analysis - 3/26/02
Professional Skills for Quality Grants Management
Grants Automated Tracking 4/27/01
New Professional Orientation for Quality Grants Management

## CLASSES COMPLETED

GATES Overview
Grants Pre-Awards and Completion
Grants Award Action Maintenance and Negotiation Sheet Training

## SPECIAL SKILLS

Proficient in the use of Microcomputers, WINDOWS 98, MS-DOOS, WINDOWS 2000. And an array of applications software (Word Perfect, Excel, Power Point, etc.). Experienced in use of the Grants Automated Tracking and Evaluation System (GATES) and its predecessor system, the Grants Management Information System (GMIS). Experienced in supporting the planning, development, and execution of programs and public policy/public administration issues.

Office of Public Affairs

1989 - 1998:  GS 318-7    Secretary (Typing)
David Siegel, Deputy Director
Office of Public Affairs

Responsible for the overall administrative and support functions for the Office of Public Affairs (OPA) Deputy Director, and the OPA Division of Public Services, including several mid-level public affairs specialists. Assembles source materials and organizes background information for use in reports, proposals, newsclippings, etc.

Responds to inquiries regarding different programs within the administration and informational items, reviews official forms, edit letters, documents, etc., for accuracy and completeness, and ensures compliance with prescribed regulations.

Develop, Implement, and maintain a comprehensive publications information retrieval system.

Requisitions materials, supplies, and prepares justification statements.

Supervise support staff, i.e., student interns in maintaining office files, media library; data entry for mailing lists and print media clips.

10.4

Maintain control records of staff assignments in accordance with procedures for administrative controls. Compile and summarize information, as requested.

Coordinate and arrange meetings and conferences and prepares minutes, as needed.

Secures travel arrangements and keeps abreast of travel-related regulations and practices.

Reviews out-going correspondence for compliance with grammatical principles and content.

Office of Child Support Enforcement

1998 - 2001 -  Program Specialist- GS 301-9
Tony Hardy, Director
Division of Federal Systems

Participate in discussions with Administration Officials, Division and office staff on various Interstate Roster and Referral Guide (IRG) Profile/Interstate Central Registry Address and FIPS codes implementation issues; represent the Office of Child Support Enforcement in meetings and communicate issues raised.

Responsible for analyzing and reviewing Title IV-D requests from States to determine appropriateness of data elements necessary to locate absent parents. Analyze and recommend possible solutions to user problems regarding the FPLS data communications problems with the Interstate and Referral Guide (IRG) address information and Federal Information Processing Standards (FIPS) codes.

Responds to calls and written requests from States for case information obtained through the Social Security Administration's automated system known as SSAPRI. Prepares letters, memorandums, and other correspondence in response to FPLS requests from State and local CSE agencies, and inquiries from other outside sources. Analyzes and recommend possible solution to user problems regarding FPLS data.

Provide address, employment, wages, and SSN information on persons to assist States and local child support enforcement agencies in tracking non-custodial parents.

Responsible for logging and tracking tapes and cartridges submitted by State CSE agencies; send logged media to SSA for processing.

Provide program and technical support on the newly expanded FPLS to State (CSE) offices and Federal agencies on FPLS program activities such as responding to inquiries from employers, State CSE agencies, and the public regarding information contained in the National Director of New Hire (NDNH), Federal Case Registry

(FCR) and State Case Registry (SCR).

Authorized/Responsible for resetting State and Federal authorized users for the MISF and SSAPRI system.

Complete RMR's Required Manual Review - reference: SSN's

Responsible for FPLS Annual Report to IRS - disclosure information

Responsible for distribution of the Monthly Information Report (MI)/Summary for State/Agency of W-4 data through the National Directory of New Hire (NDNH).

Responsible/Backup person for the Overall Legacy of the FPLS Operation System.

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| DATE | ACTIVITY |
|---|---|
| March 2, 2001<br>E-MAIL FROM TONY HARDY | FYI<br>Tony Hardy, Director<br>Division of Federal Systems<br>Phone: (202) 401-9231<br>Fax:    (202) 401-5553<br>---------- Original Text ----------<br><br>From: Hezikiah Dority@OCSE.OMS@ACF.WDC, on 3/2/01 7:23 AM:<br>To: Ella Lawson@OCSE.DFS@ACF.WDC,Maiso Bryant@OCSE.OGM@ACF.WDC,Tony L Hardy@OCSE.DFS@ACF.WDC<br>Cc: Barbara A Butler@OCSE.OMS@ACF.WDC,Harold Staten@OCSE.OMS@ACF.WDC,Jack Canard@OCSE.OMS@ACF.WDC,Marcia W LaRue@OCSE.OMS@ACF.WDC,Shirley J Tyson@OCSE.OMS@ACF.WDC<br><br>I recently learned that Ms. Silver had not reported to her detail assignment in the Office of Grants Management which should have been effective on February 8 (as per paper work that has been sent to the personnel office). This detail was a way to get Ms. Silver in the Grants Office since her reassignment into a Career Opportunities Training Agreement (COTA) in the Grants Office was block by the federal freeze on staff movement. To correct this situation, Ms. Silver should report to the Grants Office on March 5, 2001. For all the parties concerned, please ensure that Ms. Silver report to the Grants Office on March 5.<br><br>Once the freeze is lifted and/or reassignments of staff are resumed, Ms. Silver will be reassigned to the Office of Grants Management. Its my understanding that Ms. Silver's reassignment to the Grants Office has been worked out by management in both the losing and gaining organizations. |
| Friday Feb, 28, 2001 | Career Opportunities Training Agreement<br>Projected Completion Date: 2/27/2002<br>The objective of the training is to provide a systematic learning experience consisting of formal classroom training, on the job training, and self development activities to provide the trainee with a comprehensive background to successfully perform in the target position.....signed by Maiso L. Bryant, Harold Staten, Darryl L. Summers, ACF Personnel and yours truly. 3/2/2001 |
| April 1, 2002<br>APPLYING FOR GRANTS MANAGEMENT SPECIALIST POSITION 9/11/12 | Dear CATHERINE,<br><br>Thank you for applying to the position ACF-03-008, Grants Management Specialist GS-1101-9 / 11 / 12 at Department of Health and Human Services.<br><br>Your responses, as listed below, are being reviewed. You may revise your answers until this vacancy announcement closes April 1, 2003 by logging into QuickHire(tm) and reapplying for the same position or by following this link:<br>https://jobs.quickhire.com/scripts/psc.exe/rundirect?Org=1&Job=119 . |
| April 2, 2002<br>APPLYING FOR GRANTS MANAGEMENT | Dear CATHERINE,<br>Thank you for applying to the position ACF-03-008, Grants Management Specialist GS-1101-9 / 11 / 12 at Department of Health and Human Services.<br><br>Your responses, as listed below, are being reviewed. The vacancy |

10.7

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| | |
|---|---|
| **SPECIALIST POSITION 9/11/12** | announcement closed on April 1, 2003.<br><br>Grade 11 responses:<br><br>1. GS-11 Choose one answer that best describes your education, experience or combination of education and experience:<br>Answer: I possess at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-9 level in the Federal service as described in the vacancy questions.<br><br>All Grades responses:<br><br>1. Apply cost factors, including cost principles, to evaluate grantee requests and justification for funding.<br>Answer: I have performed this task as a regular part of a job, independently and usually without review by supervisor, manager or senior employee.<br><br>2. From the answer choices below, please select the ones that best reflects your experience in working with and providing technical assistance to grantees. I have extensive experience advising grantees on:<br>Answer: grantee financial and administrative requirements closeout procedures<br><br>3. Have you independently negotiated budgets, continuations, and other issues with grantees as it relates to the grant administration?<br>Answer: Yes<br><br>3.1. Please cite examples that illustrate your experience.<br>Answer: As a grants Management Specialist (COTA Trainee) I independently apply in depth knowledge of Federal and HHS grants administration and financial management rules and regulations, directives, policies and procedures in awarding and administering grant awards in providing authoritative technical assistance to program staff and grantees related to discretionary grants. Apply expertise on statutory, regulatory, and policy guidance applicable to grants, and provide detailed information, directives to grantees on responsibilities/requirements inherent in the grants and policies and procedures and objectives of the grants management process which is applied during the (project period) grants life cycle. Grants management assignments requires incisive analytical skills and technical knowledge of the financial policies and procedures, status, directives, rules and regulations, Federal Appropriations Laws, Organizations A-122, OMB Circulars A-133 for Audits, 45 CFR Part 74- Administrative Requirements, 45 CFR Part 92, Grants Administrative Manual (GAM); which includes the program legislation to carry out ACF grants management policies and procedures.<br><br>4. Interpret and apply Federal grant administration laws, policies, procedures and regulations in the review and evaluation of grant applications. |

| | |
|---|---|
| | position because you Lack Specialized Experience. As a Grants Management Specialist Trainee (COTA), GS-1101-09, you were rated ineligible lacking 52 weeks of specialized experience at the GS-09 level. Our decision was based on your Reassignment SF-50 effective 02/25/01 which states in the remarks the following:<br><br>Position is at the Full Performance Level.<br>This is a Career Opportunities Training Agreement (COTA) position. Qualified for this position only under training agreement. Not eligible for other positions in this series until satisfactory completes proscribed training. Training plan must be developed 30 days from the time of ?.<br><br>You did not provide any documentation to prove you have satisfactory completed the COTA training Agreement, and that you were converted off of the Trainee position.<br><br>Thank you for your employment interest in The Departement of Health and Human Services, Administration for Children and Families. Though this position may not have been a good fit, we would like to encourage you to continue exploring employment opportunities with us.<br><br>Sincerely,<br><br><br>Shelly L. Moore<br>Human Resources Specialist |
| May 20, 2003<br>E-MAIL FROM CAROL CARTER WALKER | Catherine:<br>I just double-checked with Lee Kernan-Ivery, OA's Executive Officer.<br><br>OA submitted a personnel action request to the Personnel Office, PSC, on May 14, 2003, requesting that an SF-50 be generated, reassigning you out of COTA and into the full performance level of the GS-09 Grants Management Specialist position, as of February 22, 2002, the date that your COTA was completed, based on agreements by your management chain with you and your Union representative.<br><br>All SF-50s generated between February 22, 2002 and May 14, 2003, will be amended to reflect this change. OA has requested that the PSC expedite the generation of all of the SF-50s and you will be provided a copy as soon as we receive them.<br><br>Based on my written attestation to the PSC, that you had completed all COTA requirements as of February 22, 2002, and were therefore, erroneously classified as a COTA trainee at the time of the posting of a vacancy announcement for the GS-09, 11 and 12 grants management specialist position here in OGM, amended merit promotion certificates were issued to ACF, placing you on the appropriate merit promotion certifications for the grade level(s) for which you filed and were deemed to be among the best qualified.<br><br>The PSC acknowledged and apologized for the lateness of your receipt of the letters regarding your eligibility. Further, as a result of your situation, they have instituted a procedure to verify the status of anyone who files for a position while under a COTA.<br><br>The only action that remains is to have the COTA plan formally amended and that will be done by week's end.<br><br>On behalf of OGM, I apologize for the long delay in setting this matter aright.<br><br>Carol Carter Walker |

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| | |
|---|---|
| | Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>(202) 401-9239 (voice)<br>(202) 401-9238 (office)<br>(202) 401-4869 (fax)<br>cwalker@acf.hhs.gov |
| Tuesday, June 3, 2003<br><br>Also E-mail | FOR THE RECORD – Amendment of Career Opportunities Training Agreement for Catherine Silver – received from Carol Carter Walker ....This document should be used to 'graduate' Ms. Silver from her GS-9 grants management specialist (COTA) position to the full performance GS-09 grants management specialist position effective February 28, 2002. signed by Carol Carter Walker June 3, 2003 (SEE ATTACHMENT)<br><br>Attached is an electronic copy of an amendment to Catherine Silver's COTA. This documentation should satisfy the documentation requirement in order to process the SF-50 to reassign Catherine Silver into the full performance position effective February 28, 2002.<br><br>Joe:<br>Two things:<br>I'm bringing you the signed original to attach to the original of the COTA.<br><br>This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 3002 and now, need to be changed to reflect the February 28, 2002 reassignment date.<br><br>Carol Carter Walker<br>Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4869 (facsimile) |
| Thursday, June 5, 2003 | Catherine Silver brought an error to my attention: The last sentence in this e-mail should read:<br>"This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 2002 and now, need to be changed to reflect the February 28, 2002 reassignment date."<br><br>Carol Carter Walker<br>Deputy Director<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4869 (facsimile)<br>-----Original Message-----<br>From: Walker, Carol Carter (ACF)<br>Sent: Tuesday, June 03, 2003 2:48 PM<br>To: Pike, Aldine (PSC); Kernan-Ivery, Lee (ACF); Moore, Joyce C (ACF); Gulli, Joseph (ACF)<br>Cc: Silver, Catherine (ACF); Weeden, Daphne (ACF)<br>Subject: Amendment To COTA Agreement<br>Importance: High<br><br>Attached is an electronic copy of an amendment to Catherine Silver's COTA. This documentation should satisfy the documentation requirement in order to process the SF-50 to reassign Catherine Silver into the full performance position effective February 28, 2002. |

10.11

# Daily Activities Log
## Catherine Silver, Grants Management Specialist

| | |
|---|---|
| | Joe:<br>Two things:<br>I'm bringing you the signed original to attach to the original of the COTA.<br><br>This is a reminder that once the reassignment action is effected, all personnel actions between February 28, 3002 and now, need to be changed to reflect the February 28, 2002 reassignment date.<br><br>Carol Carter Walker<br>Acting Director<br>Office of Grants Management<br>Office of Administration<br>Administration for Children and Families<br>Department of Health and Human Services<br>cwalker@acf.hhs.gov<br>(202) 401-9239 (voice)<br>(202) 401-4869 (facsimile) |
| Tuesday, June 10, 2003<br>Ee-mail received from Carol Carter Walker | Due to organizational changes and new hires, the Office of Grants Management already has or shortly will have nearly a dozen staff that are relatively new to the ACF discretionary grants management world. Some are new hires whom we expect to report in the next month or so. Some are transfers from mandatory grants with no prior background in discretionary grants. Some have related experience in procurement that can be transferred to the discretionary grants arena. Some have been in the administrative arena, with no federal business background.<br><br>In order to be highly effective, all need a mix of formal training as provided by the HHS grants certification program and other sources; ad hoc training put together by those DDG grants management specialists who are experts; and DDG peer mentors to whom they can go for technical assistance and guidance when their team leaders are not available due to pressing workloads.<br>I am asking for volunteers who are willing to do two things:<br><br>(1)  serve as mentors for the staff who need training; and<br>(2)  form a workgroup to develop and present one-two hour briefings on topics every grants specialist must know to survive.<br><br>You must be willing to serve as a mentor and maintain your regular workload. Since we are scattered over four floors in two buildings, you and/or your trainee(s) may have to travel between buildings.<br>What's in it for you?<br><br>a)  An opportunity to refine what you know by having to prepare for and formally teach and mentor others;<br><br>b)  An additional skill to enhance your professional portfolio;<br><br>c)  'Extra Credit,' in your 2003 EPMS Appraisal for performing this additional responsibility successfully.<br><br>d)  Eligibility for special recognition by way of a Time Off or Special Act Award.<br><br>If you want to be considered, please submit your name, through your Team Leader, to Daphne Weeden, Acting Director, DDG, by no later than Thursday, June 12. The Office of Grants Management management team will make selections and assign you to trainees by mid-June.<br><br>If you have questions or need further information about this opportunity, please let me know. Thank you for your attention.<br>Carol Carter Walker<br>Acting Director<br>Office of Grants Management |

Page 6 of 14 – Daily Activities

EXHIBIT 10
PAGE 12 OF 12 PAGES