## CAREER OPPORTUNITIES TRAINING AGREEMENT

**NAME:**  Catherine Silver

**POSITION TITLE:**  Parental Information Systems Spec., GS-301-9

**SUPERVISOR:**  Maiso L. Bryant
Director, Office of Grants Management

**TARGET POSITION:**  Grants Management Specialist, (COTA Trainee), GS-1101-9

**TARGET POSITION LOCATION:**  Office of Grants Management
Office of Child Support Enforcement
Administration for Children and Families

**SUPERVISOR'S NAME:** Maiso L. Bryant

**DATE SELECTED:  02/28/01**

**PROJECTED COMPLETION DATE:  02-27-02**

**TRAINING OBJECTIVE:**

The objective of the training is to provide a systematic learning experience consisting of formal classroom training, on-the-job training, and self-development activities to provide the trainee with a comprehensive background to successfully perform in the target position.

**FORMAL TRAINING**

Course attendance will be scheduled at intervals to complement on-the-job training. The formal training will begin in 03/01/01 and will continue until required courses are completed.

The trainee will participate in the following courses, which are relevant to qualify for the target position:

| Course Name | Site/Cost | Training Period |
|---|---|---|
| New Professional Orientation for Quality Grants Management | Capitol Hill $135 | TBA * |
| Professional Skills for Quality Grants Management | DHHS; $550 | 06/18–22/01 |
| Grants Management Financial Analysis | DHHS; $550 | 03/26/01 |



EXHIBIT
ROI ex.17

EXHIBIT
7 17
_1_ OF _9_ PAGES

| | | |
|---|---|---|
| Grants Management Process & Authorities | DHHS; $700 | TBA* |
| Project Officer Training | DHHS; No Cost | TBA * |
| Audits for Grants Management | ACF; No Cost | TBA* |
| Grants Automated Tracking | Computer-Based Training | 04/27/01 |

*Required training will be completed prior to 02/27/02.

Catherine Silver may also participate in academic courses offered at local schools, universities, DHHS/ACF Career Education Centers, the ACF Training Resource Center (including lunchtime seminars), or interagency facilities. Formal training courses relevant to the target position may be taken during or after working hours at government expense, subject to the availability and approval of funds for these training purposes.

## ON-THE-JOB TRAINING

The trainee will work under the direction of a Grants Management Officer or senior grants management specialists who will give her assignments geared toward the target position as a Grants Management Specialists. Assignments will include analyzing grant budgets, managing grants, briefing skills, and writing reports.

The trainee will be placed in increasingly responsible and productive work assignments under one or more work mentors.

While attending formal training courses, the trainee will perform assignments that are designed to provide the knowledge, skills, and abilities required to successfully perform as a Grants Management Specialists, GS-1101-9. The trainee is under the supervision of the Director, Office of Grants Management.

## SELF-DEVELOPMENT

The trainee is responsible for reading a wide variety of information, statues, policies, procedures and regulations related to the administration and management of discretionary grants programs. She will become conversant and knowledgeable about cost analysis, Federal, Department, and agency grant administration and financial policies. The trainee will perform and actively participate in a variety of employee activities related to the Office of Grants Management.

## EVALUATION OF THE TRAINEE'S PROGRESS

Evaluations will be made approximately six months after the trainee is placed in the COTA position. Evaluations will assess her progress toward meeting the job element requirements. The Training Agreement will also be reviewed to determine the need for modification. The Employee Performance Management System will be used to evaluate the progress of the employee. A performance plan has been established which indicates the job elements and performance standards against which the employee is expected to perform.

17.2

The following individuals agree with the training plan as written herein:

_Mario Bryant_      _3/2/01_
Immediate Supervisor      Date

_Harold Staten_      _3/2/01_
STAFFDIV Budget Officer *      Date

_Catherine Silver_      _3/2/01_
COTA Trainee      Date

_Darryl L. Dummers, Ph.D._      _5/25/01_
ACF Training Officer      Date

_[signature]_      _6/28/01_
ACF Personnel Officer      Date

\* Required, if costs are associated with the completion of the training plan. Signature certifies that training funds are/will be available for formal training specified in the training plan.

---

Upon successful completion of the approved COTA Training Plan, the following signatures are required:

I certify that the trainee has completed all training described in the Training Plan:

_Carol Carter Walker_      _6/2/03_
Immediate Supervisor      Date

_Catherine Silver_      _6/4/03_
COTA Trainee      Date

_Darryl L. Dummers_      _6/9/03_
ACF Training Officer      Date

17.3

## QUALIFICATIONS ANALYSIS

Name:                         Catherine Silver
Title:                        Parental Information Systems Spec., GS-301-9
Target Position:              Grants Management Specialist, GS-1101-9
Location:                     ACF, Office of Child Support Enforcement
                              Office of Grants Management

### Qualifications Required:

Two (2) full years of graduate level education or Master's Degree or equivalent Graduate Degree - OR - One year of specialized experience equivalent to the next lower grade that equipped the applicant with the particular knowledge, skills and abilities to perform the duties of the position.

### Qualifications Evaluation:

Ms. Silver's application does not reflect the experience that meets the requirements for specialized experience. Consequently, as of the effective date of the Career Opportunities Training Agreement (COTA) assignment, she will need the full complement of experience required by the qualification standards.

Since, Ms. Silver's selection for the Career Opportunities Training Agreement (COTA) assignment was through non-competitive procedures, for each month of training/experience acquired in the trainee position, credit is given for one month of qualifying experience. Accordingly, Ms. Silver will need a total of one year of specialized experience beginning 02-25-01 to qualify for the target position.

### Training Areas Recommended:

To be determined by the supervisor.

Vanessa Jenkins
Personnel Staffing and Classification Specialist

17.4



**FOR THE RECORD**
**Amendment of Career Opportunities Training Agreement**
**for Catherine Silver**

This document amends the Career Opportunities Training Agreement (COTA) executed on behalf of Catherine Silver on February 28, 2001.

Due to scheduling conflicts, Ms. Silver was not able to be scheduled for two courses originally listed as mandatory in her COTA. These courses were: Project Officer and Audits for Grants Management.

Her first- and second-line supervisors subsequently reviewed the COTA and determined that these courses were not critical to her successful completion of the required one-year of specialized training to become a full-performance GS-09 grants management specialist. Her managers agreed to amend her COTA accordingly; however the formal amendment was never effected.

This 'For the Record' documents the agreement to make the above-referenced courses optional rather than mandatory. This document should be used to 'graduate' Ms. Silver from her GS-09 grants management specialist (COTA) position to the full performance GS-09 grants management specialist position, effective February 28, 2002.

Carol Carter Walker
Acting Director
Office of Grants Management
Office of Administration
Administration for Children and Families
June 3, 2003

17-5

```
      To:  Catherine Silver@OCSE.OGM@ACF.WDC, Maiso Bryant@OCSE.OGM@ACF.WDC
    From:  Karol Watson@OA.OHRM@ACF.WDC
      Cc:  Hezikiah Dority@OCSE.OMS@ACF.WDC
 Subject:  Important COTA Information
achment:  BEYOND.RTF
    Date:  3/20/01 4:11 PM
```

## COTA:  THE ROLE OF THE TRAINING TEAM

The Career Opportunities Training Agreement (COTA) is a career development tool that can be used by the Department and its components to train employees for careers in different occupations and/or job series. Employees who successfully compete for and get selected for a COTA vacancy AND successfully complete the required training will be eligible for a promotion to the targeted position.  COTA employees who receive a lateral reassignment do not compete for the position, however, they do need to complete the required COTA training.

The Program Support Center's Staffing and Classification Team provides oversight for the COTA program.  The COTA Vacancy Announcement, Qualifications Analysis, and final paperwork for the targeted series is under their authority.  The Training Team's involvement is with the development and approval of the Training Agreement.

The COTA Training Agreement MUST be developed and submitted to the ACF Training Team NO LATER THAN 30 days after the employee is selected to participate in COTA.  During the development of the Training Agreement the Training Team is available for discussion and review of the document.  A sample COTA Vacancy Announcement, a copy of the COTA Guidelines, and a sample Training Agreement are available on the ACF Intranet at http://intranet.acf.dhhs.gov/offices/oa/ohrm/index.htm (To go to the intranet site click with your mouse on the above line.)

The Training Team reviews and signs the Training Agreement for approval and returns it to the originating office. At the conclusion of the COTA Training, the supervisor signs the Training Agreement to confirm that the Training is complete.  The Training Officer has the final sign-off before returning the COTA to the Staffing and Classification Team for completion of the necessary paperwork for the reassignment or promotion to the targeted position.  Once the signed Training Agreement has been returned to Staffing and Classification, the Training Team is no longer involved in the COTA process.



"Be patient with yourself.  Self-growth is tender; it's holy ground.  There's no greater investment." -- Steven Covey
Karol Taylor Watson



kawatson@acf.dhhs.gov
Phone: 202-401-5614
FAX: 202-401-5546
http://acf.dhhs.gov/

17.7

# OVERVIEW OF DEVELOPMENT, SUBMISSION,
## AND COMPLETION OF COTA TRAINING PLANS

### Development of Training Plan

1. As soon as an employee has been selected for placement into a COTA trainee position, the personnelist should complete a qualifications analysis for the selected trainee, which must include:

- the trainee's name;
- the effective date of the placement action;
- the title, series and grade of the trainee and target positions;
- the qualifications required for the target position;
- an assessment of what, if anything, in the trainee's background, is qualifying and can be subtracted from the required experience;
- the total time the trainee is required to serve as a COTA trainee; and
- the name and organization of the trainee's supervisor.

2. The Personnelist will sign and date the qualifications analysis, forward it to the COTA employee's supervisor, and e-mail the ACF Training Office that the qualifications analysis has been forwarded to the supervisor.

3. The Training Officer or designee will e-mail the trainee's supervisor to alert the supervisor of the requirement to develop, within 30 days of the effective date of the COTA assignment, a training plan for the trainee. The Training Office will provide consultation and guidance to the supervisor in developing the training plan.

### Submission of the Training Plan

1. The completed training plan, signed by both the supervisor and the trainee, must be forwarded to the Training Office. If the training plan requires the expenditure of money, the signature of the official in the trainee's immediate office responsible for authorizing the use of funds for training must be provided on the signature page of the training plan.

2. The ACF Training Officer will review and approve the training plan or communicate suggested changes to the supervisor.

3. After signing the training plan, the Training Officer will obtain the approval of the Personnel Officer; retain a copy of the signed training plan; and return the original copy of the approved COTA training plan to the supervisor.

4. The supervisor should give the COTA trainee a copy of the approved training plan and retain the original.

### Completion/Follow-up of Training Plan

1. Upon completion of the COTA assignment, both the trainee and the supervisor must certify (by signing and dating the signature page of the training plan) that the trainee has satisfactorily fulfilled all training requirements of the plan.

2. The supervisor should immediately forward the certification of completion of the training plan

17-8

to the Training Officer. Concurrently, the supervisor should initiate and forward to OHRM the required paperwork to place the trainee into the target position.

3. The Training Officer will review and sign the completed training plan, obtain any other required signatures, and forward it to the appropriate Personnelist.

4. The Personnelist will ensure that the action required to place the trainee in the target position is acted upon and will ensure the filing of the completed training plan in the Official Personnel Folder.

OTHER AVAILABLE COTA GUIDANCE ON THE ACF INTRANET (OA/OHRM Home Page):



- **DHHS COTA Guidelines**

- **Sample COTA Vacancy Announcement**

- **Sample COTA Training Plan**

EXHIBIT #17

PAGE 9 OF 9 PAGES

of 2                                                                8/26/02 10:52 AM