Required documents and data-Catherine Silver, ACF-013-03

Issue/basis-non-selection for one of the three vacancies of Grants Management Specialist, GS-1101-9/11/12 announced under Vacancy Announcement Number ACF-03-008 and located in the Division of Discretionary Grants, Office of Grants Management, Office of Administration, beause of her age 63

1. agency rules, regulations and procedures for filling this vacancy
2. concerning the vacancy announcement ACF-03-008, please provide
    a. copy of announcement (both the internal and external, if advertised in both areas)
    b. position description of position
    c. application of Complainant and selectees
    d. rating sheets
    e. selection certificates, annotated by age
    f. interview notes of Complainant and selectee
    g. memos related to the selection and reasons for the non-selection of Complainant
    h. documentation related to the evaluation of Complainant and selectees
    i. documentation of selections (SF-50s)
    j. position descriptions of the Complainant and selectees, prior to the time of the selection
3. Please identify the names, postions/grades, telephone numbers of the recommending and selecting officials for this vacancy announcement
4. For the period from 1/1/01 to 12/31/03, please provide a list of selections made in the Division of Discretionary Grants, giving the person's name, date of birth, position, grade level
5. For the same period and within the same division, please provide a list of persons promoted to Grants Management Specialist at GS-9,11,12 levels, giving the person's name, prior position and grade, new position and grade, date of birth and date(s) of promotions
6. Organization chart for the Office of Grants Management, indicating the major divisions and the personnel within each (by name, position, grade level and date of birth)



EXHIBIT ROI 18

#18

EXHIBIT
PAGE 1 OF 4 PAGES