UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER<br>6001 Lucente Avenue<br>Suitland, MD 20746<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF THE UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES<br>330 Independence Avenue<br>Washington, DC 20201<br><br>    Defendant. | Case No.: 1:05cv0968 |

## ORDER

Upon consideration of Plaintiff's Response To Defendant's Motion To Dismiss Or In The Alternative For Summary Judgment And Plaintiff's Cross Motion For Summary Judgment, and any opposition thereto, the Court hereby orders:

ORDERED: that Plaintiff's Cross Motion for Summary Judgment is Granted, or in the alternative, the Court makes a finding of Direct Evidence; and it is further

ORDERED: that the Court grant any other relief that it deems appropriate.

SO ORDERED.

_____
Judge John D. Bates