UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER<br>6001 Lucente Avenue<br>Suitland, MD 20746<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF THE UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES<br>330 Independence Avenue<br>Washington, DC 20201<br><br>    Defendant. | Case No.: 1:05cv0968 |

## **ORDER**

Upon consideration of Plaintiff's Response To Defendant's Motion To Dismiss Or In The Alternative For Summary Judgment And Plaintiff's Cross Motion For Summary Judgment, and any opposition thereto, the Court hereby orders:

ORDERED: that Defendant's Motion to Dismiss or in the Alternative for Summary Judgment is Denied; and it is further

ORDERED: that the Court grant any other relief that it deems appropriate.

SO ORDERED.

_____

Judge John D. Bates