UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER<br>6001 Lucente Avenue<br>Suitland, MD 20746<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF THE UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES<br>330 Independence Avenue<br>Washington, DC 20201<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    **Case No.:   1:05cv0968**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Plaintiff's Cross Motion For Summary Judgment**

COMES NOW Plaintiff Catherine Silver, by and through her undersigned counsel, pursuant to U.S.Dist.Ct.Rules D.C., LcvR 56.1, and hereby files Plaintiff's Cross Motion for Summary Judgment.  Plaintiff refers to the attached Memorandum of Points and Authorities for support.

        Respectfully submitted,

        HENRICHSEN SIEGEL, PLLC


        /s/
        Josh N. Burton, D.C. Bar No. 473332
        Eric L. Siegel, D.C. Bar No. 427350
        Nancy S. Brewer
        Henrichsen Siegel, P.L.L.C.
        5301 Wisconsin Avenue, Suite 570
        Washington, D.C. 20015
        Telephone: (202) 966-6500
        Facsimile: (202) 966-7464
        *Attorneys for Plaintiff*