UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action Number: 1:05CV0968(JDB) |
| | ) |
| | ) |
| U.S. DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE
A REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT, AND MEMORANDUM IN SUPPORT THEREOF**

    The Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to respond to Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment from the current due date of September 29, 2005, up to and including October 3, 2005. Counsel for Plaintiff, has stated that she consents to this motion.

    This extension of time is sought, for purposes of efficiency, to consolidate Defendant's response to Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment and its response to Plaintiff's Cross Motion for Summary Judgment.

    In light of the foregoing, Defendant requests an enlargement of time within which to respond to Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Opposition to

Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment up to and including October 3, 2005.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov