UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER<br>6001 Lucente Avenue<br>Suitland, MD 20746<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF THE UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES<br>330 Independence Avenue<br>Washington, DC 20201<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Case No.: 1:05cv0968 |

**MOTION FOR THE ADMISSION *PRO HAC VICE* OF
NANCY S. BREWER**

COMES NOW the Plaintiff Catherine Silver, by and through its undersigned counsel, pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia, and hereby moves this Honorable Court for an order admitting Nancy S. Brewer, Esq., to this Court for the conduct of co-counsel in the above-captioned case.  In support hereof the undersigned states as follows:

    1.    Nancy S. Brewer, is a member in good standing of the Bar of the District of Columbia, the Michigan State Bar, and the West Virginia State Bar.

    2.    The undersigned attorneys are members of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers shall be served.

    3.    A Certification is attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 26, 2005 | _____/s/_____<br>Josh N. Burton, D.C. Bar No. 473332<br>Eric L. Siegel, D.C. Bar No. 427350<br>HENRICHSEN SIEGEL, P.L.L.C.<br>5301 Wisconsin Avenue, NW<br>Suite 570<br>Washington, D.C. 20015<br>(202) 966-6500 (telephone)<br>(202) 966-7464 (facsimile)<br><br>*Counsel for Plaintiff Catherine Silver* |