## CERTIFICATION OF NANCY S. BREWER

I, Nancy S. Brewer, being duly sworn and deposed, state as follows:

1. I submit this Certification in support of the motion of Catherine Silver, for my admission *pro hac vice* to the United States District Court of the District of Columbia to appear as additional attorney of record on behalf of Catherine Silver.

2. I am an attorney for the law firm of Henrichsen Siegel, P.L.L.C., located at 5301 Wisconsin Avenue, NW, Suite 570, Washington, D.C. 20015; (202) 966-6500 (telephone).

3. I am a member in good standing of the Bar of the District of Columbia, the Michigan State Bar, and the West Virginia State Bar.

4. I am admitted to practice before the following courts:

| | | |
|---|---|---|
| (1) | WV State Courts | September 2000 |
| (2) | Michigan State Courts | November 1993 |
| (3) | District of Columbia | February 2004 |
| (4) | U.S. Federal District of S.D. WV | September 2000 |
| (5) | U.S. Federal District of E.D. MI | June 1995 |
| (6) | U.S. Federal District of N.D. TX | June 1997 |
| (7) | U.S. Court of Appeals for the 4th Circuit | Summer 2002 |

5. I am a member in good standing of all of the bars to which I have been admitted and have no disciplinary or grievance proceedings filed against me.

6. I have been admitted zero (0) times *pro hac vice* in this Court in the last two years.

8. I have read and agree to abide by the Rules of the United States District Court for

-3-

the District of Columbia

9.      I respectfully request that this Court grant the motion of Plaintiff Catherine Silver, for my admission *pro hac vice*.

>                                                     /s/ Nancy S. Brewer
> Nancy S. Brewer, D.C. Bar No.
> HENRICHSEN SIEGEL, P.L.L.C.
> 5301 Wisconsin Avenue, NW
> Suite 570
> Washington, D.C. 20015
> (202) 966-6500 (telephone)
> (202) 966-7464 (facsimile)

SUBSCRIBED AND SWORN to before me this 26th day of September, 2005.

>                                                     /s/ Susan N. Wysocki
> Notary Public

My Commission Expires:
Susan N. Wysocki
Notary Public, District of Columbia
My Commission Expires 07-14-2008
( S E A L )

-4-