UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER<br>6001 Lucente Avenue<br>Suitland, MD 20746<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF THE UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES<br>330 Independence Avenue<br>Washington, DC 20201<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.:  1:05cv0968<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Having considered the Motion for the Admission Pro Hac Vice of Nancy S. Brewer, and any opposition thereto, it is this ____ day of September, 2005,

**ORDERED** that the Motion for the Admission Pro Hac Vice of Nancy S. Brewer be, and hereby is, **GRANTED**, and it is further

**ORDERED** that the Clerk shall distribute copies of this Order to all parties listed below.

_____
Judge John D. Bates

Copies to:

Benton G. Peterson
Assistant U.S. Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington D.C. 20530
*Attorney for Defendant*

Josh N. Burton, D.C. Bar No. 473332
Eric L. Siegel, D.C. Bar No. 427350
Henrichsen Siegel, P.L.L.C.
5301 Wisconsin Ave, Suite 570
Washington, DC  20015
*Counsel for Plaintiff Catherine Silver*