UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER )<br>6001 Lucente Avenue )<br>Suitland, MD 20746 )<br>)<br>    Plaintiff, )<br>)<br>v.   )<br>)<br>MICHAEL O. LEAVITT, )<br>SECRETARY OF THE UNITED STATES )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>SERVICES )<br>330 Independence Avenue )<br>Washington, DC 20201 )<br>)<br>    Defendant. )<br>_____) | Case No.:   1:05cv0968 |

**ORDER**

Upon consideration of Plaintiff's for Partial Summary Judgment, Plaintiff's Response, and Plaintiff's Reply, the Court hereby orders:

ORDERED:  that Plaintiff's Motion Partial Summary Judgment is Granted; and it is further

ORDERED:  The Court finds that age discrimination was a motivating factor regarding rejection of Plaintiff for selection and promotion.  Defendant shall proceed with his affirmative defense.

SO ORDERED.

_____
Judge John D. Bates