UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHERINE SILVER<br>6001 Lucente Avenue<br>Suitland, MD 20746<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>SECRETARY OF THE UNITED STATES<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES<br>330 Independence Avenue<br>Washington, DC 20201<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.: 1:05cv0968<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Plaintiff's for Partial Summary Judgment, Plaintiff's Response, and Plaintiff's Reply, the Court hereby orders:

ORDERED: that Plaintiff's Motion Partial Summary Judgment is Denied.

_____
Judge John D. Bates