UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHERINE SILVER,

    Plaintiff,

        v.

MICHAEL O. LEAVITT, SECRETARY
OF THE U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

    Defendant.

Civil Action No. 05-0968 (JDB)

### ORDER

Upon consideration of defendant's motions to dismiss and for summary judgment, plaintiff's cross-motion for partial summary judgment, the memoranda of the parties, applicable law, and the entire record herein, and for the reasons stated in the Memorandum Opinion posted on this date, it is this thirteenth day of March, 2006, hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that defendant's motion for summary judgment is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that plaintiff's cross-motion for partial summary judgment is denied; and it is further

**ORDERED** that plaintiff's action is **DISMISSED**.

                                    /s/       John D. Bates
                                          JOHN D. BATES
                                   United States District Judge

Dated:   March 13, 2006

*Copies to:*

Joshua N. Burton
HENRICHSEN SIEGEL, P.L.L.C.
5301 Wisconsin Avenue
Suite 570
Washington, DC 20015
(202) 966-6500
Fax: (202) 966-7464
Email: jburton@hslawyers.com
Eric Lee Siegel
HENRICHSEN SIEGEL, P.L.L.C.
5301 Wisconsin Avenue,NW
Suite 570
Washington, DC 20036
(202) 966-6500
Fax: (202) 966-7464
Email: esiegel@hslawyers.com

      *Counsel for plaintiff*

Benton Gregory Peterson
ASSISTANT UNITED STATES ATTORNEY
Judiciary Center Building
Civil Division
555 Fourth Street, NW
Room E4905
Washington, DC 20530
(202) 514-7238
Fax: (202) 515-8780
Email: benton.peterson@usdoj.gov

      *Counsel for defendant*