UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CATHERINE SILVER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05cv0968 |
| ) | |
| MICHAEL O. LEAVITT, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 201, Nancy S. Brewer of Henrichsen Siegel, P.L.L.C., hereby gives notice that she is entering her appearance as counsel of record in the above-captioned matter on behalf of Plaintiff, Catherine Silver.

Respectfully submitted,

HENRICHSEN SIEGEL, PLLC

_____/s/_____
Neil L. Henrichsen, D.C. Bar No. 420277
Josh N. Burton, D.C. Bar No. 473332
Nancy S. Brewer, D.C. Bar No. 484917
Henrichsen Siegel, P.L.L.C.
5301 Wisconsin Avenue, N.W.
Suite 570
Washington, D.C. 20015

(202) 966-6500 (telephone)