# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CATHERINE SILVER

        Plaintiff

vs.                                  Civil Action No. 1:05cv0968 JDB

MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services,

        Defendant

## NOTICE OF APPEAL

Notice is hereby given this 6th day of April, 20 06, that

Catherine Silver, Plaintiff in the above-named case

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 13th day of March, 20 06

in favor of Defendant Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services

against said Plaintiff Catherine Silver.

                                              _____
                                              Attorney or Pro Se Litigant
                                              DC Bar # 484917

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Benton G. Peterson
Assistant U.S. Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington D.C. 20530

**RECEIVED**
APR 6 – 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Serve:

Robert C. Utiger, Esq.
Senior Counsel
Office of the Attorney General, DC
441 4th Street, N.W. - 6th floor south
Washington, DC 20001

Eden I. Miller, Esq.
Assistant Attorney General, DC
441 4th Street, N.W. - 6th floor south
Washington, DC 20001

Edward E. Schwab, Esq.
Deputy Attorney General, DC
Appellate Division
441 4th Street, N.W. - 6th floor south
Washington, DC 20001

```
00
THANK YOU
    CHECK TENDERED $         $255.00
         255.00
===== T O T A L =======
          255.00
086900    FILING FEE   CIVIL
CASE # 05-0968
======NO REFUND WITHOUT RECEIPT======
DC   1-1 LATO           Receipt # 143957
04/07/06                     2:54:47 PM
           WASHINGTON D.C.
       U.S. DISTRICT COURT
```